☑017/018

Def's Mst.
Exi 3

## Property Seizure Identification Log

Name: Clark
Address: 194 Hewett Rd
Case Number:
District Court Location:
Date: 1/9/07    1/19/08

Page 1 of 2

### Property Seized

| Id # | Description of item seized | Location | Collected By |
|---|---|---|---|
| F/3 | Kodak easy share C-533 | Bedroom Ferns 1st floor bedroom | Norma/Beth |
| F/2 | Baywing ABC | direct line forward from kitchen | " |
| F/3 | Vet records | " | " |
| F/4 | Sales records/Contracts | " " | " |
| F/5 | Kennel license records | " | " |
| F/6 | dept of Agriculture records | " | " |
| F/7 | Daily planners | " " | " |
| | Spotlights | Ceramic room | Norma |
| | Sellers certificate 1984 | " | Norma |
| | Bag of trash | Ferns Bedroom | Norma |
| | | 1st floor direct line from kst + Linen | |
| | Various dog + cattle | Kitchen Hallway | Beth/ |
| | Medication | | Norma |

District Humane Agent                    Date 1/19/07  1/19/08

Original: Court          Copy: DA          Copy: File

United States v. Matthew Clark
10 - cr - 62 - P - S

00067

07/22/2008 07:11 FAX

@018/018

Def. Mot
Ex. 3

## Property Seizure Identification Log

Name: Clark
Address: 24 Hewett Rd Somerville, M
Case Number: _____
District Court/Location: _____
Date: 1/19/07  1/19/08

Page 2 of 2

### Property Seized

| Id # | Description of item seized | Location | Collected By |
|---|---|---|---|
| | Misc paperwork/records/ | 1st floor bed room directly across from kitchen | Norney/Betz |
| | Correspondence | | |
| | pictures - dogs | | |
| | Sign from Front door | | |
| | Misc Financial records | | |
| | | | |
| | | | |
| | | | |

Christine Swan DHA

District Humane Agent

Date  1/19/07  1/19/08

Original: Court        Copy: DA        Copy: File

00068