

Attachment A1