UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| v. | ) Crim. No. 10-62-P-S |
| MATTHEW G. CLARK, | ) ) ) |
| Defendant | ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 27, 2010, his Recommended Decision (Docket No. 52). Defendant filed his Objection to the Recommended Decision (Docket No. 57) on November 15, 2010. The Government filed its Response to Defendant's Objection to the Recommended Decision (Docket No. 59) on December 1, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Suppress (Docket No. 23) is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 2nd day of December, 2010.