UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA,

vs.   CRIMINAL NO. 2:10-CR-62-GZS

MATTHEW G. CLARK,
    Defendant.

## WAIVER OF TRIAL BY JURY

I acknowledged that I was fully informed of my right to trial by jury in this cause. I hereby waive that right, request the court to try all issues of fact and law without a jury, and waive my right to special findings.

Dated: December 20, 2010

_____
Matthew G. Clark, Defendant

_____
Theodore Griswold Fletcher, Esq. Counsel
for Defendant

The United States of America consents to the defendant's waiver of a jury trial and waives its right to request special findings.

_____
Craig M Wolff, Asst. U.S. Attorney

I find the defendant has knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

_____
George Z. Singal, U.S. District Judge