UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.                                                                                              DOCKET NO. CR-10-62-P-S

MATTHEW G. CLARK

### DEFENDANT'S FIRST MOTION IN LIMINE - Fed. R. Evid. 404 (b) and 414

**NOW COMES MATTHEW G. CLARK,** by and through his Counsel, moving this court, to preclude the Government from making reference as character evidence, (or any other kind of evidence), to the defendant's prior criminal record. Fed. R. Evid. 404 (b).

Defendant's criminal record includes convictions of two prior sex crimes. Those convictions were over twenty-five years ago and were unrelated in any way to pornography or child pornography, or the visual exploitation of a child. The defendant also has two misdemeanor convictions for negotiating a worthless instrument. Those convictions date back over thirty-five years and thus are too old to be of probative evidentiary value.

The Defendant further submits the Government has not provided notice under section (b) of Rule 414 and thus should be precluded from introducing this evidence under this rule.

**WHEREFORE** Matthew G. Clark moves this court to exclude from any mention in the Government's case in chief or in any cross examination of the defendant mention of or questions relating to the defendant's prior convictions.

Dated this 7th Day of January 2011

/s/ Theodore G. Fletcher
Theodore G. Fletcher
Attorney for Matthew Clark


Theodore G. Fletcher
CJA Panel Attorney
ME. Bar Lic. 9358
P.O. Box 8
Southwest Harbor, ME 04679
(207)-244-5225
law@tgfletcher.us

CERTIFICATE OF SERVICE

I, Theodore G. Fletcher, attorney for Matthew Clark, hereby certify that I have served electronically a copy of the within "Unopposed Motion for Enlargement of Time, Speedy Trial Waiver and Incorporated Memorandum" upon Richard Murphy, Esq. Deputy United States Attorney, United States Attorney's Office, 100 Middle Street, 6th Floor, East Tower, Portland, Maine 04101 and Craig Wolff, Esq. Assistant United States Attorney, United States Attorney's Office, 100 Middle Street, 6th Floor, East Tower, Portland, Maine 04101 via the ECF system

Date:  7 January 2011                                  /s/ Theodore G. Fletcher
                                                       Theodore G. Fletcher