UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.                                                    DOCKET NO. CR-10-62-P-S

MATTHEW G. CLARK


**Defendant's Second Motion in Limine - Fed. R. Evid. 402, 403, 404 & 405**

Now Comes Matthew G. Clark, by and through his counsel Theodore G. Fletcher,

moving preclude the Government from introducing certain evidence seized from his

living area. In particular the Mr. Clark challenges the introduction of a hardboard

containing lists of websites and photographs taken from his collection of papers.


These items contain references to "boys" and the Government suggests that Mr.

Clark's interest in "boys" indicates possession of gay child pornography.  Mr Clark

submits that it is common for <u>adult</u> gay men to refer to each other as "boys," just as

women are often referred to as "girls," especially in the pornographic context. Lists of

websites with "boy" within its name, even the suggestion "young boys," in itself do not

establish a character trait leading to possession of child pornography, nor does it indicate

"motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of

mistake." Fed. R. Evid. 404 and 405. The government has not established that the videos

and computer files it asserts contain child pornography are casually linked or came from

the listed websites. The government has not produced any evidence linking these lists to

any other evidence it intends to introduce.

Almost all of photographs seized date back twenty-five or more years.  Those photograph show boys or young men in street clothes, except for one photograph of a male of indeterminate age exposing his penis. On information and belief counsel states that none of the people in the photograph are identified, nor are their ages known

Evidence that is not relevant is not admissible. Fed R. Evid. 402; United States v. Huddleston, 485 U.S. 681, 682-92 (1988). Mr. Clark insists that these items are not relevant to two counts of possession of child pornography that he faces.  Neither the list of names nor the photographs make it more or less probable that he possessed the other items .

Mr. Clark insists that the introduction of these items leads to confusion and is prejudicial. That Vladimir Nabokov wrote Lolita does not make it more or less likely that Nabokov possessed images of pre-pubescent girls. Similarly that Mr. Clark may have had a list with "lolita.com" on it does not make it more or less likely that he visited a website with images of pre-pubescent children. Mr. Clark does not dispute that he is attached to other males. But that attraction does not establish intent to possess child pornography or knowledge of that possession. Even assuming *arguendo* that Mr. Clark is attracted to under age males, that attraction alone does not establish an interest in the visual depiction of under-age males engaged in sexually explicit act. Mr. Clark asserts that the introduction of these materials, the list of website names and the photographs, confuses his sexual identity with the possession of child pornography.  That Mr. Clark is a gay man interested in other men is irrelevant to the issues before this court, and all these materials suggest is that Mr. Clark may be attracted to other gay men.

**WHEREFORE** Matthew G. Clark moves this court to preclude the Government from introducing lists of websites and photographs he may have kept.

Dated this 7th Day of January 2011

/s/ Theodore G. Fletcher
Theodore G. Fletcher
Attorney for Matthew Clark

Theodore G. Fletcher
CJA Panel Attorney
ME. Bar Lic. 9358
P.O. Box 8
Southwest Harbor, ME 04679
(207)-244-5225
law@tgfletcher.us

CERTIFICATE OF SERVICE

I, Theodore G. Fletcher, attorney for Matthew Clark, hereby certify that I have served electronically a copy of the within "Unopposed Motion for Enlargement of Time, Speedy Trial Waiver and Incorporated Memorandum" upon Richard Murphy, Esq. Deputy United States Attorney, United States Attorney's Office, 100 Middle Street, 6th Floor, East Tower, Portland, Maine 04101 and Craig Wolff, Esq. Assistant  United States Attorney, United States Attorney's Office, 100 Middle Street, 6th Floor, East Tower, Portland, Maine 04101  via the ECF system


Date:  7 January 2011                                              /s/ Theodore G. Fletcher
                                                                            Theodore G. Fletcher