ONboys.com
boys-heaven.Net
New-boys.Net
Little-boyz.com
Nudeboysworld.com
boys-love.com
lolita-boy.com
boysvirgins.com
Nudist-paradice.com
boy-films.com
charmingboys.com
BOYZMOVIES.com
virginsboys

D34 34M LOL

Coyote Gallery         pics of [illegible]
Cut things
[illegible] Boys
Little Socks
Photofair's Free Homepage
Ty Top Boy K photo Gallery
Blueboy's Pages

**nudeboysworld.net/euro/**
208.231.14.50/cgi-bin/links2/link.cgi

myname
          **fashion-boys.com/eurobill/index.html**
**mc-boy.com/outlauto**
**oriental-LOLITAS**
**CURO-LOLITAS com**
**16-PLUS com** /outlauto
**sex-porn-lolitas-teens.com/**
Boys Fantasy      b.Fantasy.com/eurobill/[illegible]
      preteen-boy-colors-nude,[illegible].worldsex..com/
      PhotoART BOYS
      Boy-Zone.com
      LOLITAS-smile.com
      boys.nothot.com/preteen-boy[illegible]
      preteen-boy-sex-pics[illegible]
      preteen-boys[illegible].com/
      preteen-nudeboys.[illegible].com/
      boy-gay-little-preteen-russian.x19yo.com/
      preteen-[illegible].[illegible]
      russian-porn[illegible]

gayjuice.com/index.shtml
gaytgp.all-boys.com/?id=young-boy-sex.com
young-boy-sex.com/
young-boy-sex.com
hubbig1.com/9761/105739795.shtml
gay69boy.com
dadaboy.com
Screen Names
Contacts
Free.gaylist.net OK
17free.mrporn.net
Parental Controls
Top VIP-boy.com/index.html?31
boysnv.com/ultra/?ft=free.gaylist.net
boysmaster.com OK
BoysFirstTime.com OK
boysexit.net OK
free.mrporn.net OK
gayasianboy.com
gays.young-gal.biz/1.shtml
otcoc.net/?id=dadauboy.com
Kunive.com/
eastboysex.com/tgp/ OK
d)gay.com OK
sexpistons.com
gayszoutil.com OK
otcoc.net/bonus.php OK
Tichathi.com OK
free-gay-sex.ws/
boysearch.org/ ✓
boy-young.com OK

traffic-avenue.com
/cgi-bin/o.cgi
GetBoyz.com OK
naughtycuteboys.com/cgi-bin
cgi-bn
VIP-Boys.com
boys6.com OK
Zuzian.com OK
Modem Standard (hayes compatible) on com 3
sexpistons.com OK
#genova.com/gay/ OK 6NB
boyspics4u.com
gayteenboypics.com
boys.Net OK
streetgayvideos.com OK
Free-Boys-Pics.Net OK
URALBOYS.com OK
BoysLuv.com OK
otcoc.Net OK
boysfreebesthosti.com OK
boysnudity.com OK
Boys Love TGP OK
Dad-and-boy.com OK
To-sex.com OK
Young City Boys.com OK
boys-love.ws/ OK
innocent-boys.com OK
Freetion11.com OK

boyH...com
tgp.focus.d-boys.net/boys/ OK
Sweet Tiny Boys.com OK
Foxy-OH-Addison OK
b.h.boy14.net/pb1 O/po

free.boytoons.com/o+

Newboys-cc+
Newboys.boy-cc-shop.log.mpv
Tasty.amaty.boy-cc-shop.logoin.html
Preview.

php.offshoreclicks.com/dialup/actwex.php?u=under&framecheck=1

Boyshine.Top

del+u.boystraffic.com/index.php?re=mini+op1

kappaboytraffic.com/
index.php?re=mini+top1

gay.true-pics.com oR

GAY18SEX.com

Tboyz.com

Fbudz.com

to-sex.com oR

Boystopid.com

gamma.boystraffic.com/index.php?+r=boys+op

GAY___TGP.com

gay.Boysextasy.com oR

Allxboys.com (Yuby)

BOXERFECTION.com

BOYZOOK

gayteensporn.com/egogo2.html

captured gays.com

Boys-11.com

AllBoys.com

SAMSAMURA-BOYS

erotica-11.com

little.boyz.com

boysok.com
Kappa.boys.traffic.com/gal_2_2.php
GayBoysTop.com
topgaylist.com
ruvirgins.com
preteenlist.com

silver.onlyporn.net
www.sexlola.com
shymodels.net         NO
sexi.littledream.org
pics.preteendigest.org - FreeLolitas BBS   NO
boy-love.info    ✓
smteeny.org    NO
boybbs.com
topkids.com         NO
virginz.Hot         ✓
**LOLITA.NEWS.ORG**   NO
www.rusboys.com   ✓

- BoysFirstTime.com
- VirginxBoys.com
- rvsboys.com
- boys-top.com
- boylist.org
- crectxboys.com
- getboyz.com
- solitaryboys.com
- playingboys.com
- my.boy-love.info
- sphosting.com/bnboys/gallery03.html
- djgay.com
- gaysboat.com
- pichack.com
- boy-loving.com
- boys.net
- boysexit.net
- boys.16-gay.com

members17.clubphoto.com/stu1789145/guest-1.phtml
207.44.150.94
boyisland.de
sboy.spb.ru
rewindpictures.com
boyaddict.enter-to.net
johnie.boyhoodparadise.com
blondheaven.de
boyhood.at
storyboy.org
star-kids.ws
JAYSEE.com
punk.star-kids.ws
andypioneer
boyhoodparadise.com
gilligan.8509.com
boys2haven.org
alt.binaries.jetski.xusenet.com
photosight.ru
kruvon-image international
cuteboys.boom.ru
Lesani.fotoweb.cz
brotherstouch.com
DOJKEN-M1  -DES
Wolfgang.enter-to.net/wolfgang-castle/index1.htm