UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Matthew G. Clark

DOCKET NO:  2:10-CR-62-GZS

PROCEEDING TYPE: Bench Trial

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | DVD recording of 1/19/08 search | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 2 | | | Photo of outside of house | 1/24/11 | 1/24/11 | | 1/24/11 |
| 3 | | | Photo of stairs to second floor | 1/24/11 | 1/24/11 | | 1/24/11 |
| 4 | | | Photo of dog Baldy | 1/24/11 | 1/24/11 | | 1/24/11 |
| 5 | | | Schematic diagram of bedroom | 1/24/11 | 1/24/11 | | 1/24/11 |
| 6 | | | Photo of nightstand with clipboard | 1/24/11 | 1/24/11 | | 1/24/11 |
| 7 | | | Photo of bedroom area from entrance | 1/24/11 | 1/24/11 | | 1/24/11 |
| 8 | | | Photo of computer desk area | 1/24/11 | 1/24/11 | | 1/24/11 |
| 9 | | | Photo of bed, nightstand, and bookshelf | 1/24/11 | 1/24/11 | | 1/24/11 |
| 10 | | | Photo of area #3 shelf | 1/24/11 | 1/24/11 | | 1/24/11 |
| 11 | | | Photo of area #2 shelf | 1/24/11 | 1/24/11 | | 1/24/11 |
| 12 | | | Photo of area #2 television on chest | 1/24/11 | 1/24/11 | | 1/24/11 |
| 13 | | | Video camcorder (VHS) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 13A | | | Video camcorder charger | 1/24/11 | 1/24/11 | | 1/24/11 |
| 14 | | | Photo of powered-on computer and monitor | 1/24/11 | 1/24/11 | | 1/24/11 |
| 15 | | | Computer tower #1 | 1/24/11 | 1/24/11 | | 1/24/11 |
| 15A | | | Maxtor hard drive, serial number L22B26NC | 1/24/11 | 1/24/11 | | 1/24/11 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 15B | | | Photograph close up of computer tower #1 (exhibit 15) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 16 | | | VHS tape 4A | 1/24/11 | 1/24/11 | | 1/24/11 |
| 16A | | | DVD copy of exhibit 16 | 1/24/11 | 1/24/11 | | 1/24/11 |
| 17 | | | VHS tape 4E | 1/24/11 | 1/24/11 | | 1/24/11 |
| 17A | | | DVD copy of exhibit 17 | 1/24/11 | 1/24/11 | | 1/24/11 |
| 18 | | | VHS tape 4C | 1/24/11 | 1/24/11 | | 1/24/11 |
| 18A | | | DVD copy of exhibit 18 | 1/24/11 | 1/24/11 | | 1/24/11 |
| 19 | | | Photo of seized photographs | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 20 | | | Brown envelope with seized photographs | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 21 | | | "Matt's Electric" clipboard with website lists | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 22 | | | Notebook with website lists | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 23 | | | Notebook with website lists | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 24 | | | Photo of website lists | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 25 | | | Photo of website lists | 1/24/11 | 1/24/11 | X | 1/24/11 |
| 26 | | | CD with recording of 1/20/08 interview | 1/24/11 | 1/24/11 | | 1/24/11 |
| 26A | | | Transcript of 1/20/08 interview | 1/24/11 | 1/24/11 | | 1/24/11 |
| 27 | | | Photograph of front exterior of computer | 1/24/11 | 1/24/11 | | 1/24/11 |
| 28 | | | Photograph of rear exterior of computer | 1/24/11 | 1/24/11 | | 1/24/11 |
| 29 | | | Photograph of interior of computer | 1/24/11 | 1/24/11 | | 1/24/11 |
| 31 | | | Photograph of Maxtor hard drive | 1/24/11 | 1/24/11 | | 1/24/11 |
| 32 | | | Forensic synopsis | 1/24/11 | 1/24/11 | | 1/24/11 |
| 33 | | | Computer and OS information reports | 1/24/11 | 1/24/11 | | 1/24/11 |
| 34A | | | Image of two boys (recycle bin) | 1/24/11 | 1/24/11 | | 1/24/11 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 34B | | | Image of two boys (recycle bin) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 34C | | | Image of two boys (recycle bin) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 35 | | | CD containing video file Dc7.mpg (recycle bin) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 36 | | | Image of boy (.max document) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 37 | | | Image of boy (.max document) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 38 | | | Image of boy (.max document) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 39 | | | File information for recycle bin and .max documents | 1/24/11 | 1/24/11 | | 1/24/11 |
| 40 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 41 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 42 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 43 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 44 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 45 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 46 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 47 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 48 | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 49A | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 49B | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 49C | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 49D | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 49E | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 49F | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 49G | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 49H | | | Photo from unallocated space | 1/24/11 | 1/24/11 | | 1/24/11 |
| 50 | | | CD containing five video files (unallocated space) | 1/24/11 | 1/24/11 | | 1/24/11 |
| 51 | | | Notebook containing internet history entries | 1/24/11 | 1/24/11 | | 1/24/11 |
| 54 | | | Dr. Jerrold Olshan's resume | 1/25/11 | 1/25/11 | | 1/25/11 |
| 55 | | | Pubertal Growth Chart (boys) | 1/25/11 | 1/25/11 | | 1/25/11 |
| 56 | | | Pubertal Growth Chart (girls) | 1/25/11 | 1/25/11 | | 1/25/11 |
| 57 | | | Pubertal stage changes for males (photographs) | 1/25/11 | 1/25/11 | | 1/25/11 |
| 40A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 41A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 42A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 43A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 44A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 45A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 46A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 47A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 48A | | | Copies of photographs from exhibits 40-48 | 1/25/11 | 1/25/11 | | 1/25/11 |
| 58 | | | Stipulation re: David Clark | 1/25/11 | 1/25/11 | | 1/25/11 |
| 59 | | | Stipulation re: Fern Clark | 1/25/11 | 1/25/11 | | 1/25/11 |
| 53 | | | Stipulation re: manufacture of VHS tapes, hard drive | 1/25/11 | 1/25/11 | | 1/25/11 |
| | 1 | | Redacted version of Government's exhibit 26A | 1/25/11 | 1/25/11 | X | 1/25/11 |
| | 2 | | Tami Loehrs Report of Forensic Examination | 1/26/11 | 1/26/11 | | 1/26/11 |