# UNITED STATES DISTRICT COURT
District of Maine

## Amended Witness List

| Case Name: USA v. Matthew G. Clark<br>Case No.: 2:10-CR-62-GZS | | | | Proceeding Type:<br>Bench Trial |
| --- | --- | --- | --- | --- |
| Presiding Judge: George Z. Singal | | | Government's Attorney:<br><br>Richard W. Murphy, AUSA<br>Craig M. Wolff, AUSA | Defendant's Attorney:<br><br>Theodore Griswold Fletcher, Esq. |
| Courtroom Deputy: Lindsey Caron | | | | |
| Court Reporter: Dennis Ford | | | | |

| Gvt | Dft | Date | WITNESS |
| --- | --- | --- | --- |
| X | | 1/24/11 | Norma Worley |
| X | | 1/24/11 | Robert McFetridge |
| X | | 1/24/11 | James K. Lechner |
| X | | 1/24/11 | Scot Bradeen |
| X | | 1/25/11 | Jerrold Olshan |
| X | | 1/25/11 | Scot Bradeen (continued) |
| X | | 1/25/11 | Roger Clark |
| X | | 1/25/11 | Eric Brelsford |
| X | | 1/25/11 | James Boylan |
| | X | 1/26/11 | Tami Loehrs |
| X | | 1/26/11 | Scot Bradeen (rebuttal) |