# UNITED STATES DISTRICT COURT
District of Maine

## Witness List

| Case Name: USA v. MATTHEW G. CLARK  Case No.: 2:10-CR-62-GZS | Proceeding Type: Sentencing |
|---|---|
| Presiding Judge: George Z. Singal  Courtroom Deputy: Lindsey Caron  Court Reporter: Dennis Ford | Government's Attorney:  Craig M. Wolff, AUSA | Defendant's Attorney:  Theodore Griswold Fletcher, Esq. |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
|  | X | 4/29/11 | Roger Clark |
|  |  |  |  |