1              UNITED STATES DISTRICT COURT

2                   DISTRICT OF MAINE

3     _____

4     UNITED STATES OF AMERICA,        CRIMINAL ACTION

5              Plaintiff          Docket No:  2:10-CR-62-GZS

6

7        -versus-                     Trial Day #2

8

9     MATTHEW G. CLARK,

10             Defendant
      _____

11                  Transcript of Proceedings

12

13    Pursuant to notice, the above-entitled matter came on
      for **TRIAL** held before **THE HONORABLE GEORGE Z. SINGAL,**
14    United States District Judge, in the United States
      District Court, Edward T. Gignoux Courthouse, 156
15    Federal Street, Portland, Maine on the 25th day of
      January, 2011 at 9:30 AM as follows:

16

17    Appearances:

18    For the Government: Richard W. Murphy, Esquire

19                        Craig M. Wolff, Esquire
                          Assistant United States Attorneys

20

21    For the Defendant:  Theodore G. Fletcher, Esquire

22

23

24                    Dennis R. Ford
                   Official Court Reporter

25          (Prepared from manual stenography and
                computer aided transcription)

**I N D E X**

| Witness | Direct | Cross | Redirect | Recross |
|---------|--------|-------|----------|---------|
| Jerrold Olshan | 188 | 219 | | |
| Scot Bradeen | 227 | 238 | | |
| Roger Clark | 245 | 251 | 255 | |
| Eric Brelsford | 257 | 266 | | |
| James Boylan | 267 | | | |

**E X H I B I T S**

| Govt's | Description | Page/Admit |
|--------|-------------|------------|
| 54 | Curriculum Vitae | 190/191 |
| 55 | Chart | 193/195 |
| 56 | Chart | 193/195 |
| 57 | Chart | 198/199 |
| 16A | Video | 202/261 |
| 16 | Video | 202/261 |
| 17A | Video | 204 |
| 17 | Video | 204 |
| 35 | Video | 205 |
| 15A | Hard Drive | 205,237,252 |
| 50 | DVD | 207 |
| 40-48 | Photographs | 209 |
| 40A-48A | Photographs | 210/211 |
| 47A | Photograph | 211 |
| 40A | Photograph | 212 |
| 48A | Photograph | 213 |
| 41A | Photograph | 214 |
| 46A | Photograph | 214 |
| 43A | Photograph | 215 |
| 44A | Photograph | 216 |
| 45A | Photograph | 216 |
| 51 | Report | 229 |
| 15 | Computer | 237,247 |
| 58 | Stipulation | 243/256 |
| 59 | Stipulation | 243/256 |
| 8 | Photograph | 254 |
| 53 | Stipulation | 257/257 |
| 50 | DVD | 264 |
| 44 | Photograph | 265 |
| 46 | Photograph | 265 |
| 17A | DVD | 269 |

| Deft's | | |
|--------|--|--|
| 1 | Redacted Transcript | 271 |

**SIDEBAR CONFERENCES**

**CHAMBERS CONFERENCES**

```
 1              (OPEN COURT. DEFENDANT PRESENT)

 2              THE COURT:  Good morning, counsel.

 3              MR. WOLFF:  Good morning, Your Honor.

 4              MR. FLETCHER:  Good morning, Your Honor.

 5              THE COURT:  Ready to proceed?

 6              MR. FLETCHER:  We are.

 7              THE COURT:  All right.

 8              MR. MURPHY:  Government calls Dr. Jerrold

 9    Olshan.

10              THE CLERK:  Please raise your right hand.  Do

11    you solemnly swear that the testimony you will give in

12    the cause now in hearing will be the truth, the whole

13    truth, and nothing but the truth, so help you God?

14              THE WITNESS:  I do.

15              THE CLERK:  Thank you.  Please be seated.

16    Please state your name, spelling your first and last

17    name for the record.

18              THE WITNESS:  Jerrold Olshan, J-e-r-r-o-l-d

19    O-l-s-h-a-n.

20              THE COURT:  You may proceed.

21              MR. MURPHY:  Thank you, Your Honor.

22                   DIRECT EXAMINATION

23    BY MR. MURPHY:

24    Q    Please tell the Court your occupation.

25    A    I'm a physician.
```

1    Q    Do you have a specialty?

2    A    Yes.  I'm a pediatric endocrinologist.

3    Q    Please explain briefly if you would what your

4    specialty entails.

5    A    I'm a physician who then specialized in pediatrics

6    and did some specializing in the field of pediatric

7    endocrinology, which endocrinology is hormones and so I

8    specialize in children with hormone disorders.

9         The major areas that we deal with with

10   children with hormone disorders is thyroid, growth,

11   puberty issues and so on.  A physician evaluates

12   children for problems with growth, puberty and hormone

13   problems.

14   Q    So is your practice generally restricted to the

15   treatment of children?

16   A    Correct.

17   Q    What ages of children do you treat?

18   A    Generally up to 21.  Occasionally, depending on

19   the diagnoses, I'll follow kids up until their late

20   20's or 30's, but usually 21 is the typical age where

21   they go to an adult doctor.

22   Q    Where did you attend college, Dr. Olshan?

23   A    University of Chicago.

24   Q    Where did you attend medical school?

25   A    University of Chicago, School of Medicine.

1    Q    What year did you graduate from the University of

2    Chicago School of Medicine?

3    A    1984, I believe.

4    Q    Are you Board certified in pediatric

5    endocrinology?

6    A    I am.

7    Q    Dr. Olshan, have you prepared a curriculum vitae?

8    A    I have.

9    Q    I'm going to hand you Government's Exhibit 54.

10   Ask you to take a look at that and tell the Court

11   whether that is your most recently updated resume.

12   A    Yes, I believe so.

13        MR. MURPHY:  Your Honor, I'll note for the

14   record that the resume has been slightly redacted to

15   remove personal identifying information that Dr. Olshan

16   placed on there, things like Social Security Number and

17   home address and so forth.

18        THE COURT:  All right.

19   BY MR. MURPHY:

20   Q    That resume does indicate that you're Board

21   certified both in pediatric endocrinology and also in

22   pediatrics.  Is that particular section in need of an

23   updating?

24   A    Well, yes.  I have not continued to keep the

25   updated general pediatrics Board because it's not

Olshan-Direct/Murphy

1    required if you have the subspecialty Board.

2    Q    Other than that, is that resume -- the contents of

3    the resume true and accurate?

4    A    Yes, it's correct.

5         MR. MURPHY:  I move for admission of

6    Government's Exhibit 54, Your Honor.

7         MR. FLETCHER:  No objection.

8         THE COURT:  Admitted.

9    BY MR. MURPHY:

10   Q    Doctor, where are you presently practicing

11   medicine?

12   A    Maine Medical Center, Barbara Bush Children's

13   Hospital.

14   Q    How long have you been there?

15   A    Roughly 19 years.

16   Q    Did you practice in other cities or other states

17   prior to coming to Maine Med?

18   A    Um, yes.  In Pennsylvania as part of my training

19   as well and then I stayed an extra year so I was, in a

20   sense, in practice, but still in a program at

21   Children's Hospital in Philadelphia.

22   Q    How many children do you typically see as patients

23   in the course of, say, a month?

24   A    Um, I see on average ten a day.  So about 40, 40 a

25   week.  So about 160 a week -- a month, I'm sorry, 160 a

1    month.

2    Q    Doctor, based on your training and experience, are

3    you able to provide an assessment of the age of a child

4    based on your observation of that child?

5    A    Certainly a reasonable range, yes.

6    Q    Is the most accurate method actual physical

7    face-to-face examination?

8    A    Correct.

9    Q    Are you able to render an opinion on an -- by

10   observation of a photograph or a video clip of a child?

11   A    Certainly to a degree, yes.

12   Q    Do you utilize a tool called the Tanner Scale to

13   determine probable age or age ranges of a child?

14   A    Indirectly, yes.

15   Q    Please explain to the Court how you utilize that

16   tool in your assessment of the age or the age range of

17   a child?

18   A    So Tanner Staging is the most accepted way that we

19   rate the pubertal status of a child and then there is

20   data that is published showing at a given pubertal

21   stage what is the likely age.

22        That's the standard that we use.  In fact,

23   I'll often use it.  A significant percentage of the

24   patients I see come to me because they're not going

25   through puberty and going through puberty, I have to

Olshan-Direct/Murphy

1    know the ages that that happens to know what's normal

2    and abnormal.

3    Q    So is the Tanner Scale generally accepted, is it a

4    generally accepted method for assessing pubertal

5    status?

6    A    Yes.

7    Q    Does that Tanner Scale or Tanner Staging provide a

8    statistical probability of the age of a child at

9    various stages of pubertal development?

10   A    The Tanner Scale is used for the statistical data

11   that is presented for that, yes.

12   Q    Has Tanner Staging been used by physicians for a

13   number of years?

14   A    Decades.

15   Q    You said you went to law --  law school.  Medical

16   school back in the '80's; correct?

17   A    Correct.

18   Q    Were you instructed and did you learn about the

19   Tanner Scale back then?

20   A    And I'm an associate professor at Tufts now and I

21   teach students about Tanner Scales regularly.

22   Q    Doctor, I'm going to show you what had been marked

23   as Government's Exhibits 55 and 56.  Could you take a

24   look at those, please.

25   A    Yup.

1   Q    Could you please explain to the Court what those

2   exhibits are.

3   A     These are growth charts using standardized data.

4   The purpose of the charts -- both have linear growth

5   data, but the more relevant issue, I believe, here is

6   the pubertal stage which are the bar graphs towards the

7   bottom and what they give are percentiles at which

8   children will see or will achieve certain pubertal

9   stages of development.

10  Q    The bar graphs that you refer to on the two

11  charts, those correspond to Tanner Scaling; is that

12  correct?

13  A     Correct.

14  Q    And there are two charts, 55 and 56.  What's the

15  difference between the two charts?

16  A     One is for boys and one is for girls.

17  Q    And would you utilize --  strike that.  Where did

18  these charts come from?  What was the source for the

19  production of these charts?

20  A     Well, they're made and provided to our clinic.

21  These are actually -- were provided, as it says at the

22  top, from Serono, but they are used on data that is

23  published in the Journal of Pediatrics and it's

24  standard representative data for children in North

25  America.

1    Q     So you might use these in connection with your

2    practice; is that correct or reference them in

3    connection with Tanner Scaling?

4    A     Yes.

5          MR. MURPHY:  Your Honor, I move at this time

6    for admission of Government's Exhibits 55 and 56.

7          MR. FLETCHER:  No objection.

8          THE COURT:  Admitted.

9    BY MR. MURPHY:

10   Q     What I would like to do with respect to the boy's

11   chart -- is that 55, doctor?

12   A     Correct.

13   Q     You'll see on the screen in front of you that

14   chart and I'm going to enlarge a portion of that for

15   you.  Do you see that on the screen in front of you?

16   A     Yes.

17   Q     Could you please explain to us what that bar graph

18   is and how you would utilize that to determine the

19   probable age or age range of a child based on pubertal

20   development?

21   A     Sure.  So the chronological ages are along the

22   bottom and what it shows is the 3rd through 97th

23   percentiles of what you would expect an individual to

24   be at any given age.

25          So, for example, if one were to look at the

1    three for pubic hair Stage II, it would say that

2    97 percent of the population has achieved a Tanner

3    Stage II by 14 years of age.

4    Q    So we are looking at the portion of the chart that

5    I just highlighted; is that correct?

6    A    Correct.

7    Q    So if we go all the way out on that chart to the

8    three at the end.

9    A    Correct.

10   Q    Could you tell us what that three represents.

11   A    Again, that would be the third percentile, which

12   would mean that only three percent of boys have not yet

13   had pubertal changes at 14 years of age and it's a

14   relatively normally distributed curve so that

15   percentile drops rapidly beyond that.

16   Q    So would it be accurate, so that we understand

17   this, to say that at pubic hair Stage II, that only

18   three percent of boys would be -- have yet attained age

19   14?

20   A    I believe.  In other words -- how about if I were

21   to reword it, then I can be clear what I'm saying.

22   Q    You explain it the way you think it best.

23   A    At 14 years of age, 97 percent of boys will have

24   had some pubic hair development which means less than

25   percent or three percent or less would have not.

1    Q    So if we were trying to assess --  if you're

2    looking at somebody with a pubic hair Stage II, and

3    we'll talk in a moment how you determine whether

4    someone's at pubic hair Stage II, if you've made that

5    determination that the pubic hair stage is two, then

6    how likely would it be that that child would be older

7    than 14 years old?

8    A    It would be a three percent chance that that child

9    would be 14 years of age or younger --  I'm sorry, a

10   97 percent chance that he will be 14 years of age or

11   younger.  A three percent chance that he would be 14

12   years -- over 14 years of age.

13   Q    Okay, very good.  On that chart, there are three

14   different bar graphs; penis stage, pubic hair stage and

15   testes volume.

16   A    Correct.

17   Q    Could you briefly explain what those are to the

18   Court.

19   A    When Tanner published the information on pubertal

20   stage as it relates to age, he picked these three

21   general areas.  Looking at the volume of testes as one

22   measurement of pubertal development; the pubic hair,

23   which is the hair distribution; and the penis stage

24   which is, in a simplistic way, the size of the penis,

25   but it's also the development of the penis.

1    Q    All right.  And moving to the girl's chart which

2    is now on the screen in front of you, I'm going to

3    enlarge for you again the Tanner Scaling section bar

4    graph of that.  I guess I'll highlight it.  I want to

5    enlarge it for you.  Let me do that.

6         There are three different bar charts.  Could

7    you explain those to us, please.

8    A    Sure.  So again, the chronologic ages along the X

9    axis at the bottom.  The relevant parts are the breast

10   staging and pubic hair staging.

11        The breast staging again is rated there from

12   two to five.  Tanner breast two is the presence of

13   breast tissue and again, what that would show, the

14   number three under breast Stage II would say that

15   97 percent of girls have had breast development by

16   13 years of age.

17   Q    What is menarche?

18   A    Menarche.

19   Q    Menarche.

20   A    Menarche is the onset of menstrual bleeding so --

21   Q    I want to show you what's been marked as

22   Government's Exhibit 57.  Could you please tell the

23   Court what Government's 57 is.

24   A    This is a reproduction of a page discussing the

25   pubertal staging of males -- of males from data

1  obtained from Tanner and it shows the changes that

2  you'd expect both for pubertal hair, phallic

3  development and genital development.

4  Q    In males?

5  A    In males.

6  Q    And these actually are showing a number of

7  illustrations; is that correct?

8  A    Correct.

9  Q    Or actual photographs, perhaps.  And the source of

10  this is --

11  A    It's listed on the bottom.  The reference is

12  Tanner, Growth of Adolescents, 1982.

13  Q    J.N. Tanner?

14  A    Correct.

15  Q    Is that the Tanner of the Tanner Scale?

16  A    Correct.

17         MR. MURPHY:  Your Honor, I move for admission

18  of Government's 57 at this time.

19         MR. FLETCHER:  No objection.

20         THE COURT:  Admitted.

21  BY MR. MURPHY:

22  Q    I'm going to put back 57 on the screen in front of

23  you; do you see that?

24  A    Yes.

25  Q    All right.  First, let's go to the top half of

1    those illustrations.  Let me enlarge those a little bit

2    to make it easy for us all to see.

3             Explain to the Court what those illustrations

4    are.

5    A    So this is Stage I through Stage V of pubertal

6    development in the male genitalia and one can see that

7    there is changes in the size and growth of the phallus

8    and scrotum and also changes in the hair distribution

9    and this is what we use -- what I use regularly to

10   assess pubertal status.

11   Q    So those stages that we saw referred to in the

12   charts that we just looked at, this --  these

13   illustrations show what those stages actually look

14   like?

15   A    Correct.

16   Q    And very briefly, the bottom half are a series of

17   other illustrations and please briefly explain those to

18   the Court.

19   A    So this focuses on just the pubic hair

20   distribution for boys at the different stages of

21   puberty as opposed to the genitalia stages.

22             I guess to make it a little clearer, the

23   easiest way, and the way I would teach my medical

24   students is Tanner Stage II is the presence of any

25   pubic hair.  So if you have any pubic hair present,

1    that would be -- in the distribution that you can see,

2    that would be Tanner Stage II.

3    Q    Okay.  Other than Tanner Scaling, are there other

4    methods that you utilize to gain the possible age or

5    age range of a child?

6    A    Certainly.

7    Q    Explain those to the Court, please.

8    A    Well, clinically, the overall appearance, the body

9    habitus of a child certainly allows me to make a

10   general assessment of relative age and then when

11   needed, I can do more specific testing.  One can use a

12   dental age.  One can use what's called a skeletal age,

13   a bone age where you take an x-ray of the left hand and

14   so --

15   Q    If you were looking at a photograph or a video of

16   a child or a person, other than Tanner Scaling, are

17   there other things that you would look for?

18   A    Yes.  The maturity of the face, the body habitus,

19   the body hair distribution, the size all figure into my

20   decision.  I've been seeing children for more than

21   30 years in what I've been doing in training and

22   practice and I only see children and so I've gotten

23   pretty good at assessing general age.

24   Q    Okay.  Doctor, have you had an opportunity on a

25   couple of occasions in the recent past to view a series

1    of video clips and a series of still photographs which

2    were presented to you by myself and Agent Lechner of

3    the FBI and asked to evaluate whether or not the

4    individuals pictured in the videos and stills were

5    18 years or less than 18 years of age?

6    A    Yes.

7    Q    And what I'm going to do now is to go through with

8    you a series of those video clips and still images and

9    ask you please to provide your professional opinion on

10   the age or age range of the children depicted therein.

11        The video clips sometimes run at some length

12   so I'll only show you as far as you need to go in order

13   to provide that opinion.  If you let me know at that

14   point, I'll stop and I'll let you speak; okay?

15   A    Yes.

16        MR. MURPHY:  Your Honor, the first clip that

17   I'm going to show is from Exhibit 16A previously

18   entered into evidence.  This is an excerpt from the

19   videotape, VHS tape that had been previously admitted

20   as Exhibit 16.

21        The clip is of a time frame, elapsed frame from

22   one hour 43 minutes 58 seconds of Exhibit 16A through

23   one minute 40 --  one hour 46 minutes and 18 seconds

24   and I'll start that for Dr. Olshan to look at with the

25   Court's permission.

1          THE COURT:  Go ahead.

2          (Video played)

3    A    That is certainly long enough for me to assess

4    that the child is not 18 years of age.

5    BY MR. MURPHY:

6    Q    Can you explain the basis of that?

7    A    The overall appearance of the child is clearly

8    below 18 years of age.  The pubertal status of the

9    child is clearly less than Tanner III, likely less than

10   Tanner II and most likely Tanner I, and that is true

11   for both pubic hair as well as the genitalia.

12   Q    I'm next going to show you a clip from again

13   Exhibit 16A, the DVD previously admitted as

14   Government's Exhibit 16A which is a copy of again the

15   contents of VHS tape 16.  This clip runs from one hour

16   22 minutes and 56 seconds on that DVD through one hour

17   36 minutes and 25 seconds.

18          I'm going to start the DVD and then I'm going

19   to --  I'm sorry, the clip and then I'm going to move

20   to one hour 24 minutes 50 seconds inside the clip which

21   I believe is a portion that you viewed.

22          (Video played)

23          MR. MURPHY:  Coming up on 1:24:50 now.

24   A    Okay.  I can assess that the female child lying

25   supine there is clearly not 18 years of age.  Again,

1    she is Tanner III at most, much more likely Tanner I or

2    Tanner II.

3            Her body habitus, her size, her facial

4    appearance all -- I'm convinced that she is not 18.  I

5    cannot make a confirmatory age statement of the male

6    that was visualized in that.

7    BY MR. MURPHY:

8    Q    The next clip I'm going to show you is taken from

9    Government's Exhibit 17A which is a DVD copy of the

10   contents of the VHS tape presented as Government's

11   Exhibit 17.

12           The clip that is to be presented to you runs

13   from one minute and eight seconds to 14 minutes and

14   34 seconds on that DVD, 17A, and what I would like to

15   do is start it and then move to 12 minutes 45 seconds

16   in that clip and ask you to observe that for a few

17   seconds and let me know when you've seen enough to

18   render an opinion.

19           (Video played)

20           MR. MURPHY:  I'm going to go to 12:45.

21   A    I'm comfortable making an opinion.

22           MR. MURPHY:  I would prefer you to look at

23   12:45 if you would.

24   A    Okay.  Yes.

25           (Video played)

1         MR. MURPHY:  Sorry for the imprecision here.

2    12:45 is coming up in a moment.  If you will just view

3    that.

4         (Video played)

5    BY MR. MURPHY:

6    Q    Let me know when you've seen enough.

7    A    Yes, I'm comfortable.

8    Q    Can you please provide us an opinion.

9    A    Having seen much of the child's body, it's clearly

10   not adult appearing in nature.  The Tanner Staging

11   again would be less than Tanner III and so based on

12   body habitus, Tanner Staging, I feel very comfortable

13   that is not an 18-year old, not a child who is 18 years

14   of age or older.

15   Q    The next clip is from Government's Exhibit 35

16   previously admitted.  This is a computer video from the

17   recycle bin of the hard drive which was admitted as

18   Government's Exhibit 15A.  This is a very short clip of

19   about five seconds so let me play that for you.

20        THE COURT:  Where is it on the video?

21        MR. MURPHY:  This is the entire video.  It's

22   only five seconds, Judge.

23        THE COURT:  Okay.

24        (Video played)

25   BY MR. MURPHY:

1    Q      Would you please give us your opinion as to the

2    ages of both of the males depicted in that video?

3    A      The proximate child, the child closer to us in the

4    view, again clearly was less than Tanner III.  Probably

5    less than Tanner II based on body habitus and overall

6    appearance and I'm confident he is less than 18 years

7    of age.  The other child does have pubertal changes.

8    He is less than Tanner V for sure.  Can I have that --

9    just that still again.

10   Q      Certainly.

11          (Video played)

12   A      So he has a body habitus again that does not

13   appear to be adult male, but the genitalia are at least

14   Tanner III.

15   Q      You're referring to the male with the glasses on?

16   A      Correct.  So one child is at most Tanner II to

17   III, and clearly less than 18 years of age and I would

18   assess the other child as less than 18 years of age,

19   but at a later stage of development than the child in

20   the fore -- in the proximal position.

21          MR. MURPHY:  Your Honor, I'm now going to,

22   with the Court's permission, show computer videos that

23   were recovered from the unallocated clusters from the

24   hard drive previously admitted as --  the hard drive is

25   Government's Exhibit --  I'm sorry, let me clarify for

1    the record.

2         The hard drive from the computer is 15A, but my

3    colleague, Mr. Wolff, who I think through Detective

4    Bradeen introduced a DVD that is labeled Government's

5    Exhibit 50 which contains the selected clips that we're

6    going to show to Dr. Olshan.

7         So I'm actually playing clips that are both

8    residing on 15A, the hard drive, but also for ease of

9    viewing, on the DVD Government's Exhibit 50 previously

10   admitted.

11        So with that, I'm going to show you the first

12   clip, unallocated cluster video from Government's

13   Exhibit 50.  For the record, Your Honor, this would be

14   the file that you would see on that DVD that ends with

15   the offset number 1254611.

16   BY MR. MURPHY:

17   Q    Dr. Olshan, here is the clip and tell me when to

18   stop.

19             (Video played)

20   A    Okay.  So again, this is a child who is clearly

21   Tanner III or less in genitalia and in puberty and his

22   overall body habitus and appearance makes it clear to

23   me that he is less than 18 years of age.

24   Q    I'm now going to show you a second clip from the

25   unallocated clusters section from Exhibit 50.

1        MR. MURPHY:  Your Honor, this is the file that

2    is labeled as end offset 1466735.

3        (Video played)

4    A    Okay.  Again, this child has not achieved adult

5    pubertal status.  I base that on overall body

6    appearance, facial hair, facial features and the

7    genitalia is less than Tanner IV or less.  So this

8    child is not -- is less than 18 years of age.

9    BY MR. MURPHY:

10   Q    Now, moving to the next clip again from

11   Exhibit 50.  This is identified as the file that has

12   end offset number 90409222.

13       (Video played)

14   A    That is adequate.  All three of those children are

15   clearly less than 18 years of age, in my opinion.

16   Q    Based on what?

17   A    Based on their pubertal appearance with regard to

18   --  or their lack of pubertal appearance in the

19   genitalia region and based on their overall appearance.

20   Q    Now, showing you an additional video from

21   Exhibit 50.  This is end offset file number 43123237.

22       (Video played).

23       Have you seen enough of that?

24   A    I have.  I believe the full body appearance ends

25   up later so I would -- I clearly would say that's a

1    child who has not reached adult stage of pubertal

2    development.

3    Q    Very good and the final clip --

4         THE COURT:  Does that mean under 18?

5    A    Correct.

6         MR. MURPHY:  And the final clip from the

7    unallocated clusters video, Exhibit 50.  This is, Your

8    Honor, file end offset number 1472265.

9    BY MR. MURPHY:

10   Q    And I'm going to bring you 45 seconds into this

11   video where I think you'll have a better view of the

12   two boys depicted.

13        (Video played).

14   A    Again, I believe --  that's enough.  Based on the

15   appearance of their genitalia and their total body

16   picture as shown here, these children are not adults

17   and are less than 18 years of age, in my opinion.

18   Q    That's with reference both to Tanner Scaling and

19   the other --

20   A    Tanner Scale and overall body habitus, size,

21   appearance.

22   Q    That's all the videos that are going to be

23   displayed.  We have had previously admitted a series of

24   photographs which are Government's Exhibits 40 through

25   48.  I'm going to ask you to take a look at those and

1   let us know whether you have seen those particular

2   photographs before.

3   A    I have.

4   Q    Now, where did you see those?

5   A    In my office when you brought them in to show them

6   to me.

7   Q    With FBI Agent Lechner?

8   A    Yes.

9   Q    Did you, when these were shown to you, these

10  photographs that are now marked as Government's

11  Exhibits 40 through 48, notate on the back side of each

12  photograph your estimation of the Tanner Scale

13  applicable to the depicted individuals and any other

14  comments that you had regarding age?

15  A    Yes.  It was noted on the back of the pictures.

16  Q    I'm going to show you --

17       MR. MURPHY:  Your Honor, I have marked 40A

18  through 48A the same photographs that are in evidence

19  as 40 through 48, but these are the copies that have

20  Dr. Olshan's Tanner markings on the back.

21       I'm going to provide those to him and ask whether

22  he can verify that those are his handwriting on the

23  back.  I'll note for the record that I have stickies

24  with numbers which are only there to help you reference

25  these on the computer and they are not part of the

Olshan-Direct/Murphy

```
1    exhibit and you shouldn't pay any attention to those.
2             THE COURT:  The witness is looking at 40A
3    through 48A?
4             MR. MURPHY:  Correct, Your Honor.
5    BY MR. MURPHY:
6    Q    Have you had a chance to look at those, doctor?
7    A    Yes.
8    Q    Are Exhibits 40A through 48A identical copies of
9    the photographs that we just looked at marked as
10   Government's Exhibits 40 through 48?
11   A    Yes.
12   Q    And do each of the exhibits you've just looked at,
13   40A through 48A, bear writing on the back side?
14   A    Yes.
15   Q    And who placed that writing there?
16   A    I did.
17   Q    And I just want to very quickly go through --
18   well, let me leave those.
19            MR. MURPHY:  Your Honor, I move for admission
20   of Government's Exhibits 40 through --
21            MR. FLETCHER:  Your Honor, we will not object
22   to the admission of these photographs on the
23   foundational question.
24            THE COURT:  40A through 48A?
25            MR. MURPHY:  Correct, Your Honor.
```

1          THE COURT:  They are admitted without

2     objection.

3     BY MR. MURPHY:

4     Q     Could you please turn to Government's Exhibit 47A,

5     Dr. Olshan; do you have that?

6     A     Yes.

7     Q     And on the screen in front of you, is that the

8     same photograph?

9     A     Yes.

10    Q     And what did you evaluate that --  I'm sorry, did

11    you do a Tanner Scale evaluation with respect to that

12    photograph?

13    A     I did.

14    Q     And what was your opinion or what is your opinion

15    with respect to the Tanner Scaling of that young boy?

16    A     That he is less than Tanner IV pubic hair and that

17    his overall appearance of the scrotum, the genital

18    region and his total body habitus and facial

19    appearance, that he is less than 18 years of age.

20    Q     Would you turn to Government's Exhibit 40A please.

21    A     That's 4-0?

22    Q     4-0 capital A.  Is that photograph that you have a

23    hard copy of the same as that on the screen?

24    A     Yes.

25    Q     And could you --  did you write a Tanner Scale

1    estimate on the back of that photograph?

2    A    Yes.

3    Q    And what did you write?

4    A    Less than or equal to Tanner II.

5    Q    Is that still your opinion with respect to the

6    proper Tanner Scaling of the individual in that

7    photograph?

8    A    Yes.

9    Q    And what does that lead you to conclude with

10   respect to probable age?

11   A    Less than 18 years of age.

12   Q    Please turn to Government's Exhibit 48A in front

13   of you.  Is that photograph, corresponding photograph

14   now on the screen in front of you?

15   A    Yes.

16   Q    Did you write on the back of that photograph 48A

17   your Tanner Scale estimate with respect to the two

18   individuals depicted in that photo?

19   A    Um, I certainly did it to the person who is

20   proximal, who is closer to us.  They are different so

21   this rating is for the child who is --  oh, I did it

22   for both.  No, I did it for the one.

23        So I have pubic hair less than or equal to

24   Tanner II which I certainly state is the case for the

25   closer child.  The individual in the back is Tanner III

1    appearing with pubic hair.  The genitalia in the front

2    individual is clearly less than Tanner III.

3            So I am completely comfortable stating that

4    the proximal child, the one closer to us, is less than

5    18 years of age.  I am less comfortable, although I

6    certainly would expect based on the appearance of the

7    other one is less than 18 as well.  I'm less than --

8    I'm less comfortable with that one.

9    Q    Turn if you would please to the photograph marked

10   as Government's Exhibit 41A.  Is that photograph 41A

11   the same image as displayed on the screen?

12   A    Yes.

13   Q    Did you place on the back of 41A your Tanner

14   estimate of that individual?

15   A    Yes.

16   Q    This is a female clad in a red shirt; correct?

17   A    Correct.

18   Q    What was or what is the estimate you wrote on the

19   back of that photograph?

20   A    Less than or equal to Tanner III which I agree

21   with my previous assessment and therefore feel that she

22   is clearly less than 18 years of age.

23   Q    Do you still hold that assessment today as you

24   look at that again?

25   A    Yes.

 1    Q     If you would please turn to Government's

 2    Exhibit 46A.  Is the photograph 46A identical to the

 3    image displayed on your screen?

 4    A     Yes.

 5    Q     Did you write on the back of image 46A your Tanner

 6    Scale assessment of the male depicted in that

 7    photograph?

 8    A     No because --

 9    Q     What did you write?

10    A     I wrote that based on the appearance of the

11    genitalia that I can see and the body habitus and that

12    it is clearly an individual less than 18 years of age,

13    but I cannot make a complete Tanner assessment.

14    Q     Because of the view?

15    A     Because of the view, because it's just posterior.

16          THE COURT:  I'm not clear what you're saying.

17    Are you saying that you're less sure that this child or

18    this male is under 18 or --

19    A     No.

20          THE COURT:  -- just you cannot use the Tanner

21    Scale.

22    A     Correct, thank you.  I am confident that this

23    child is less than 18 years of age, but I'm unable to

24    use the Tanner Scale fully to its effect.

25    BY MR. MURPHY:

1  Q     Please turn to photograph 43A.  Is that photograph

2  the same as the image displayed on the screen before

3  you?

4  A     Yes.

5  Q     Did you write on the back of that photograph 43A a

6  Tanner Scale assessment of the female depicted in the

7  photograph?

8  A     Yes and in this case, I wrote both for breast

9  development and pubic hair development because both are

10  presented and she is less than Tanner III for breast

11  development, less than or equal to Tanner II for pubic

12  -- I'm sorry, less than or equal to Tanner III for

13  breast development.  Less than or equal to Tanner II

14  for pubic hair development and based on that pubertal

15  assessment and that overall appearance, she is clearly

16  less than 18 years of age.

17  Q     Turn to if you would Government's Exhibit 44A in

18  front of you; do you have that?

19  A     Yes.

20  Q     Is that photograph identical to the image on the

21  screen in front of you?

22  A     Yes.

23  Q     Did you write on the back of that photograph 44A

24  your Tanner Scale assessment or other assessment with

25  respect to the male depicted in the photograph?

Olshan-Direct/Murphy

1    A    Yes.  I again was not able to assess a Tanner

2    Scale, but felt that his facial appearance and chest

3    appearance made me comfortable that this is not an

4    adult and is a child less than 18 years of age.

5    Q    If you could turn to Government's Exhibit 45A.

6    A    Yes.

7    Q    Did you -- in that, the images that are displayed

8    on the computer screen, are they the same as the three

9    images displayed in Government's Exhibit 45A?

10   A    Yes.

11   Q    Referring just to the male depicted on the

12   left-hand side of that image, did you notate a Tanner

13   Scale assessment on the back of 45A?

14   A    Yes.

15   Q    What was that?

16   A    Less than or equal to Tanner IV pubic hair.

17   Q    Is that your current assessment?

18   A    Yes.

19   Q    And what did that lead you to believe regarding

20   the probable age of that male?

21   A    Certainly the probable age is that he is less than

22   18.

23           THE COURT:  Are you any more certain than

24   that?

25   A    I am quite comfortable, but I would say probably

 1   less convinced than in many of the other photographs,

 2   although I would say it is certainly a better than a 99

 3   in 100 chance that he is less than 18.

 4   BY MR. MURPHY:

 5   Q     Now, Dr. Olshan, is it true that currently it is

 6   in vogue for teenagers to remove or shave pubic hair?

 7   A     I certainly see a significant number of adolescent

 8   boys who shave their pubic hair.

 9   Q     On several of the assessments that you've provided

10   to the Court during the testimony, you did make

11   reference to pubic hair or lack of pubic hair as part

12   of your assessment process; is that correct?

13   A     Yes.

14   Q     With respect to those various images, were you

15   also able to make separate assessments with respect to

16   the males regarding the development of the genitalia?

17   A     Yes.

18   Q     And so do you feel comfortable with respect to all

19   of the video clips and the still images that you have

20   evaluated that even if pubic hair had been artificially

21   removed, are you still comfortable with your evaluation

22   and opinion that it's likely, or however you state it

23   with respect to each individual video clip or

24   photograph, that the individual is less than 18 years

25   of age?

1    A    Yes.

2         MR. MURPHY:  Your Honor, that's all the

3    questions I have of this witness.  Thank you.

4         THE COURT:  Thank you.  Cross-examination.

5    Mr. Murphy, remove the item on the screen, please.

6         MR. MURPHY:  Remove the --  is that okay, Your

7    Honor?

8         THE COURT:  That's fine.

9              CROSS EXAMINATION

10   BY MR. FLETCHER:

11   Q    Good morning, doctor.

12   A    Good morning.

13   Q    You noted that many of your patients shaved their

14   pubic region.  Isn't it true that that's also true for

15   female patients as well as the male patients?

16   A    Yes.  In my observation, it's a lower percentage.

17   Q    A lower percentage of your females --

18   A    That shave their pubic hair region, but yes, I

19   have seen that as well.

20   Q    What kind of percentage are we talking about for

21   males to females?

22   A    For shaving?

23   Q    Yes.

24   A    Of patients I see or of patients --  what are you

25   asking because it depends what the denominator is.  If

1    you're talking about population overall, I can't say.

2    If you're talking about the number of patients I see, I

3    would say it's less than 20 percent of girls for sure

4    in my opinion shave.

5    Q    But that's just within your practice.  What about

6    males?

7    A    I would say that less than 20 percent of males

8    that I see shave.

9    Q    And wasn't it your testimony that more males shave

10   than females?

11   A    Yes.

12   Q    But they are equal percentage?

13   A    No, they are both less than because I don't have a

14   significant number, a significant status --  I'm saying

15   my best guess is to a 10th percentile so I would say

16   they are both in the same range, less than

17   20th percentile.  That's a rough estimate.

18   Q    From these video clips and from these still

19   images, you can't tell whether they've shaved or not;

20   can you?

21   A    In some I can say they certainly don't look like

22   the appearance of the children I see who have shaved.

23   So yes, I believe I can tell if they've shaved fully or

24   not.

25   Q    Certainly the Tanner Scale is going to have some

1    methodological limitations; is that correct?

2    A    I guess the devil's in the details of what you

3    mean.

4    Q    Well, you spent a considerable amount of time

5    discussing body habitus and facial hair and yet neither

6    of those items are reflected in either of these two

7    exhibits.

8    A    Correct.

9    Q    And are there medical thesis or other

10   presentations that discuss those two things?

11   A    I'm not aware, but there may well be.

12   Q    And they are not part of the Tanner Scale.

13   A    Correct.

14   Q    So it's just based on your experience, not based

15   on the Tanner Scale when you talk about facial hair and

16   body habitus?

17   A    My experience is based solely on the comparative

18   analysis based on Tanner Scales and what I was educated

19   to assess pubertal status, so --

20   Q    And when you say comparative analysis, I guess

21   that's what you said, what is the range that we are

22   talking about here?  Is it your practice?  Is there

23   other professional development that you've done?  I

24   mean how do you come up with this range?

25   A    Range of age?

1  Q     Range of your experience in terms of population

2  you've seen.

3  A     I evaluate children.  A significant percentage of

4  the patients I see are for growth and pubertal related

5  issues and it is my job to be able to assess pubertal

6  status and related to height and age.

7  Q     And your practice is limited mostly to Americans

8  in the northeastern United States?

9  A     No.  I have a -- we have non-Americans as well.

10 Q     Isn't it true that there's considerable variation

11 based on ethnicity for pubertal development, at least

12 as it relates to pubic hair?

13 A     This is a variation, yes.

14 Q     And in fact, Eastern Europeans, for example, have

15 very light pubic hair and other genital development

16 that might be inconsistent or different from what you

17 might see in North America; is that correct?

18 A     It is different, but it is -- it still has been

19 assessed and I have seen many patients of Asian decent

20 and African-American and Hispanic and refugees from all

21 of the Far East countries, Cambodia or whatever, and to

22 have a good comfort in my mind that I can assess a

23 pubertal or non-pubertal -- an adult or non-adult

24 individual.

25 Q     Getting back to my question, the point of the

1 matter is that depending on one's ethnicity and maybe

2 even racial background, one would have a considerable

3 range of pubertal development and, in fact, Native

4 Americans, for example, have a different pubertal

5 development than Caucasians, as do Eastern Europeans

6 and Asians and stuff that --

7 A You keep mentioning pubertal development.  Do you

8 mean pubertal appearance of pubic hair or do you mean

9 their ages of different -- of pubertal development?

10 Q I'm talking about their appearance.

11 A No.  The --

12   THE COURT:  You're asking about appearance of

13 a specific age?

14   MR. FLETCHER:  Right.

15 BY MR. FLETCHER:

16 Q And the point is you're making your assessment

17 based not on examination that we will get to in a

18 minute, but you're not making your assessment based on

19 a clinical examination of someone who's on a table.

20 You're making it based on video clips and on stills so

21 we're talking about pubertal appearances.

22 A Okay.

23 Q And the question is isn't it true that there is a

24 considerable range of pubertal appearance based on

25 ethnicity and race?

Olshan-Cross/Fletcher

1   A    I guess I would be careful with the word
2   "considerable."  There is variation, but I'm not sure
3   it's considerable variation.
4   Q    It's within the margin of error; is that correct?
5   A    No.  Between Tanner II and Tanner IV, that is not
6   within the margin of error, no.
7   Q    You'd agree with me, wouldn't you, that it's
8   considerably more difficult to make a Tanner Scale
9   evaluation or any other evaluation based on video clips
10  sometimes one to five seconds and these still images?
11  A    More difficult?
12  Q    Yes.  That is your confidence in your assessment.
13  A    Not more difficult in these individuals for me to
14  assess whether they're an adult or a child.  I am
15  comfortable with my assessment with these patients
16  based on the amount of time I had and their view of
17  their age being less than 18 years than the one's that
18  I've stated.
19  Q    So there are three bases for your assessment.  Let
20  me make sure that I'm right about what they are.
21  You're assessment based on Tanner Scale.
22  A    Correct.
23  Q    Your assessment based on body habitus.
24  A    Correct.
25  Q    And your assessment based on facial

1    characteristics, um, either body hair or facial hair or

2    other changes in the face; is that correct?

3    A    I guess I would be more general in saying that

4    when I state body habitus and facial hair, I'm in the

5    more general sense describing the overall appearance of

6    the child which those are some of the factors, but my

7    brain takes in to account many years of experience to

8    make an overall assessment of the child.

9    Q    A significant portion of the Tanner Scale is

10   actually the size or shape of the genitalia; is that --

11   A    I missed the first part of your question.

12   Q    The size or shape of genitalia is significantly

13   important in the Tanner Scale; am I correct in that?

14   A    In males, it is a part of the assessment.

15   Q    But not completely or you couldn't say?

16   A    Well, the size of the genitalia, no.  Clitoral

17   size is not part of the assessment.

18   Q    Right.  And given the nature that these are

19   photographs which can be easily manipulated, how can

20   you have much confidence in the size issue?

21        I mean we have focus issues.  We have all

22   kinds of issues that go into photographs.

23        MR. MURPHY:  Your Honor --

24   BY MR. FLETCHER:

25   Q    How are you able to be or are you able to be so

1    confident that these are not manipulated in some way?

2    I'm not talking about --

3              MR. MURPHY:  I object to --

4              THE COURT:  Just a second.  Go ahead.

5              MR. MURPHY:  I object to the characterization

6    by counsel that photos could be easily manipulated.

7    There is no evidence in the record to support that.

8              THE COURT:  You're asking a number of

9    questions all together.

10             MR. FLETCHER:  Fine.

11             THE COURT:  You're running on.  Let's try to

12   take this slow.

13             MR. FLETCHER:  Let me break this down for you.

14             THE COURT:  Take your time.

15   BY MR. FLETCHER:

16   Q    These photographs -- we're not talking about

17   digital manipulation here.  I'm talking about issues of

18   focus or the way they are presented, whether they're

19   maybe shot at an angle and other things would -- could

20   lead one to make an assessment that would be different

21   if it was photographed in a different way; is that not

22   correct?

23   A    That is not correct for the question of whether

24   these children are above 18 or below 18.  In my

25   opinion, the angle of the photography, the filtering of

```
1    the photography would not change my opinion.

2    Q    Okay.

3    A    To make that clear, obviously --

4    Q    I appreciate you wanting to clarify, but let me

5    ask a question.

6               THE COURT:  Wait for another question.

7               MR. FLETCHER:  I have no other questions, but

8    let me ask my client if he has a question.

9               THE COURT:  All right, take your time.

10              (Discussion off the record between the

11   defendant and counsel)

12              MR. FLETCHER:  No further questions.

13              THE COURT:  Redirect?

14              MR. MURPHY:  No, Your Honor.

15              THE COURT:  Thank you.  You may step down.

16   Thank you, doctor.  The doctor may be excused?

17              MR. MURPHY:  Yes, please.

18              THE COURT:  The doctor is excused.

19              THE WITNESS:  Do you want these?

20              THE COURT:  Leave everything that you didn't

21   bring with you.

22              MR. MURPHY:  Your Honor, may I retrieve those

23   exhibits and put them on the table?

24              THE COURT:  Certainly.

25              MR. WOLFF:  Your Honor, the Government recalls
```

 1    Detective Bradeen.

 2              THE COURT:  All right.  Detective Bradeen,

 3    you're still under oath.  You may be seated.

 4              THE WITNESS:  Thank you.

 5              MR. WOLFF:  Thank you, Your Honor.

 6              THE COURT:  You may proceed.

 7                    DIRECT EXAMINATION

 8    BY MR. WOLFF:

 9    Q    Detective Bradeen, when we broke in your testimony

10    yesterday, I believe that we had just admitted your

11    Internet history report and I'd like to ask you some

12    questions about, generally speaking, information that's

13    contained in that report and then ask you some

14    questions about some specific entries in that report.

15              First of all, generally speaking, is it -- are

16    all of the entries in the report in chronological

17    order?

18    A    No.

19    Q    And why is that?

20    A    Um, some of them came from the unallocated

21    clusters of the drive versus allocated files which we

22    spoke of yesterday.

23    Q    Is it all -- is it possible that there may be

24    duplicate entries in your report as well?

25    A    Yes, it is.

1   Q    And why would that be?

2   A    Again, the recovery from the unallocated clusters

3   of the drive mixes in some different aspects of the

4   Internet Explorer history.  Internet Explorer history

5   can be broken down into days, weeks or what's called

6   visited links, which is an overview.  Because it came

7   from a non -- file that was recovered from the

8   unallocated clusters, the structure is not clear.

9   Q    Let me pull up the first page of Exhibit 51, which

10  is your Internet history report and just use the first

11  entry as an example and ask you some questions about

12  what information is contained in each of these entries.

13          Under name, it has index.dat.  Where does that

14  information -- what does that signify?

15  A    That is an allocated space file that is the

16  Internet history for Microsoft Internet Explorer.  It

17  is stored in -- the history itself is stored in a file

18  called an index.dat which is a compound file.  It

19  contains multiple entries for history for surfing of

20  the World Wide Web by the user.

21  Q    The in report; what does that mean?

22  A    Whether or not it's included in this report.

23  Q    Search hits, no.

24  A    It is possible with EnCase for me to conduct a

25  keyword search, a search for a specific word or words

 1     within the Internet history.  In this case, I did no --

 2     conducted no forensic keyword searches of the Internet

 3     history so there was no hits.

 4     Q     Additional fields.

 5     A     Additional fields deals with the way that the

 6     Internet history is stored.  There are potential to

 7     have or there is the potential to have additional

 8     fields of information.  In this case, it's referring to

 9     fields such as the visitor account, the artifact type,

10     browser type hit.

11     Q     Is there any significance to message size for the

12     purposes of this report?

13     A     No.

14     Q     The profile name, I take it that is the profile --

15     one of the profiles that we discussed yesterday?

16     A     That is actually the user name of the profile on

17     the computer.

18     Q     We talked yesterday how --

19               THE COURT:  Move the microphone closer to you,

20     if you will.  It will slide.  Thank you.

21     BY MR. WOLFF:

22     Q     You talked yesterday how there were administrator,

23     guest and me; is that correct?

24     A     Yes.

25     Q     And this is the user created profile?

1    A     Correct.

2    Q     The URL name, I take it that's in this case the

3    Web address that was visited; is that correct?

4    A     That's correct.

5    Q     How about the last access date and expiration

6    date.

7    A     The last access date is the last time someone

8    visited -- the user visited this particular website.

9    The expiration date, the reason that there is such a

10   thing as an expiration date, the purpose of the

11   Internet history is to allow the user to go back in

12   time and look at websites they previously visited and

13   to make the Internet work faster, in essence.

14   Especially during the early days, the Internet, when it

15   was on dial up, Internet connections was very slow so

16   this is a way to speed up that process.

17          The expiration date, if that expiration date

18   has been met or exceeded, rather than reload part of a

19   page from the local computer, it would get the entire

20   Web page again from the source.

21   Q     And visit account.

22   A     How many times this user visited this particular

23   website.

24   Q     Turning to page three of Exhibit 51.  What can you

25   glean from this very long URL name that's depicted on

1    this portion of Exhibit 51, page 3.

2    A     This is a result of a search conducted on Netscape

3    for the keyword PreteenBoySex.

4    Q     And this occurred on January 1st of 2008; is that

5    correct?

6    A     That's correct.

7    Q     And in this case, what is a visit count of two

8    signify with respect to an Internet search of this

9    kind?

10   A     That someone had conducted this search from the

11   Internet, from Netscape on two different occasions to

12   result in that same two entries for the same search.

13   Q     Turn to page 19.  You had mentioned index.dat

14   files and here we have an entry from unallocated

15   clusters; is that right?

16   A     That's correct.

17   Q     And in your -- does your comprehensive search

18   capture both types of entries?

19   A     Yes, it does.

20   Q     You also yesterday had talked about potential

21   significance in your mind of an incomplete file name.

22   Can you describe that for us, please.

23   A     Well, this is an example of an incomplete file

24   name appearing as well as the instance of a double-

25   click of a local file.  If you look at the URL name

1    field here where it says file:/// and then it has a

2    path to the file that's called IncompleteFishBoyJack, a

3    string of numbers .jpeg.  This tells me that the user

4    had double-clicked a file that was named

5    IncompleteFishBoyJack with a long stretch of numbers

6    .jpg with a picture.

7            That the file was a locally sourced file; in

8    other words, it did not --  the user did not have to go

9    off the Internet in this particular instance to view

10   this file.  It is on their computer already and the

11   fact that it says "incomplete" tells me that the source

12   of the file was a peer-to-peer networking, was not

13   necessarily a complete copy of the image.

14   Q    Under profile name, there is the name Matthew.  I

15   take it -- am I correct that that is not a profile that

16   exists on the computer as of the time that you --  on

17   the operating system as of the time you examined it?

18   A    That's correct.

19   Q    And you told us yesterday based on the information

20   you got from EnCase that the operating system was

21   installed sometime in 2007; is that right?

22   A    That's correct.

23   Q    What significance, if any, do you draw from the

24   fact that this has a last access date in 2006?

25   A    Again, because this came from the unallocated

1   clusters, this was an Internet history activity that

2   occurred in 2006 in that the user name that was doing

3   this, visiting this particular file or viewing these

4   files, the user's name was Matthew.

5          Since that time, the operating system had been

6   reinstalled and a different user name of "me" was

7   applied rather than Matthew.

8   Q    Turn to page 29.  You had mentioned a few moments

9   ago the difference between accessing an Internet site

10  and double-clicking on a file in the hard drive.  Is

11  the example on the page in front of you an example of

12  double-clicking on a file?

13  A    Yes, it is.

14  Q    Page 130, at the bottom of that page.  Is this

15  another Internet search or the result of an Internet

16  search?

17  A    Yes, it is.

18  Q    And what was the search term in this case?

19  A    Preteen.

20  Q    Turn to page 273, the middle entry.  Here we have

21  a URL name that commences with e:; what do you glean

22  from that?

23  A    In this particular case, the e: or the E drive is

24  what that's referring to is referring to a CD drive.

25  It's not on the hard drive in the computer.  This file

Bradeen-Direct/Wolff

1    did not exist of the hard drive.  It was on a CD and it

2    was accessed by double-clicking this particular file

3    that was on a CD on March 5th, 2006.

4    Q    So again, we're dealing with the prior operating

5    system.  This information is derived from unallocated

6    clusters information left over from the previous

7    installation; is that correct?

8    A    Absolutely correct.

9    Q    Page 286, the top of that page.  There is another

10   entry for a particular file on the C drive and the last

11   access date for this is in December of 2007; is that

12   right?

13   A    That's correct.

14   Q    Would that fall under the operating system as it

15   was installed at the time that you conducted the

16   examination?

17   A    That's correct.  Yes, it was.

18   Q    Turning to page 309, the middle of that page.

19   This is another search result; is that correct?

20   A    Yes, it is.

21   Q    And what was the search term in this case?

22   A    BoyLovers.

23   Q    And the access date was January 5th of '08, that

24   would have been about two weeks before the search

25   warrant in this case; is that correct?

1    A    Correct.

2    Q    And how many visits?

3    A    Six visits for Netscape search.

4    Q    Turning to page 312.  Top of that page.  Is that

5    another Internet search?

6    A    It is.

7    Q    And what was the term searched for in that case?

8    A    DiaperLovers.

9    Q    Turning to page 444, top of that page.  This is a

10   visit to a particular Internet website; is that

11   correct?

12   A    Yes, it is.

13   Q    Boylinks.net-nudity?

14   A    Boylinks.net is the website.  Nudity.hgml would be

15   the Web page within that website.

16   Q    And that was accessed on the 5th of January of

17   2008?

18   A    That's correct.

19   Q    And how many visit?

20   A    20 to this account, to Boylinks.net, this

21   particular nudity page.

22   Q    Turning to page 644 and I'm almost -- this is the

23   next to last page, Detective Bradeen.  This is --

24   appears to be another category of file the name here

25   was user.dmp; are you familiar with that term?

1    A      Yes.

2    Q      Can you tell us what type of file is this or what

3    type of information this is?

4    A      This is the result of the Web browser crashing

5    when it stopped working suddenly.  The Web browser or

6    the program itself had some kind of internal problem

7    and it stopped working.  It generated a dump file or

8    another program on the computer that was monitoring --

9    created this dump file.  Within that dump file, it just

10   happened to be the Internet history.

11   Q      And then a final example from Exhibit 51, page

12   706, at the top of that page, there is an entry from

13   January 12th of 2008.  Is that another double-clicking

14   on a specific file on the hard drive?

15   A      Yes, it is.

16   Q      What type of file is this?

17   A      This is a movie, digital video.

18   Q      And does the four visits mean that this file was

19   actually clicked on four separate times?

20   A      It was double-clicked and viewed four separate

21   times, yes.

22   Q      Finally, Detective Bradeen, some of the

23   photographs that I showed you yesterday that were taken

24   off of the defendant's computer, Exhibit 15 and the

25   hard drive 15-A had both boys and girls.  There were

 1   some images of boys and some images of girls; is that

 2   correct?

 3   A    Yes.

 4   Q    And in your experience in these type of

 5   investigations, is that unusual to have both boys and

 6   girls in the same -- on the same collection.

 7   A    Not necessarily.  I've seen instances where the

 8   predominance are females, but there are a few males

 9   involved and just the opposite, where the predominance

10   are males and a few females are involved so it's not

11   terribly unusual.

12           MR. WOLFF:  Thank you, Detective Bradeen.  I

13   have no further questions, Your Honor.

14           THE COURT:  Cross-examination.

15              CROSS EXAMINATION

16   BY MR. FLETCHER:

17   Q    Good morning, Detective Bradeen.  I'm not a

18   computer expert as you are so my questions may seem a

19   little basic.

20           First question, isn't it possible to set the

21   BIOS clock that you could, as a user, you could reset

22   the time on your clock?

23   A    Yes.  It is possible.

24   Q    So when we think about the times that you

25   testified to yesterday, it is possible those times

1   could have been manipulated?

2   A     It is possible.

3   Q     Similarly, in most of these files, with the

4   exception of, I believe --  let me ask a different way.

5   The index.dat file that you had displayed here, is that

6   in the unallocated cluster or is that in some other

7   part of the drive?

8   A     The index.dat file that's reported in the Internet

9   history is in the allocated space of the drive, not the

10  unallocated space.

11  Q     So that could be accessed by the user?

12  A     Yes.

13  Q     And similarly, a dump file though is an

14  unallocated space; am I correct on that?

15  A     No, that's not correct.  The user.dmp file that

16  you're referring to --

17  Q     Right.

18  A     -- is an allocated space file.  In the instances

19  where it says unallocated clusters in the report, those

20  came from the unallocated space.  Anything else

21  appearing there would be an allocated space file,

22  user.dmp as well as index.dat.

23  Q     The only thing that was in the dat file was

24  Internet history.  There wasn't any images; am I

25  correct in that?

Bradeen-Cross/Fletcher

1    A    That's correct.  There are no images in the

2    index.dat file.

3    Q    And that's also true for the dump file.  It just

4    shows Internet history.

5    A    That's correct in this particular case.

6    Q    And you're not actually aware necessarily that

7    those websites, even though they're suggestive of child

8    pornography, actually contain child pornography; is

9    that correct?

10   A    That's correct.  I don't know what the actual

11   content is.

12   Q    In fact, it's possible that perhaps most analysts

13   of this website LittleDiapers, it could be an adult

14   website; is that correct?

15   A    That is possible.

16   Q    Isn't it correct that all of the images and all of

17   the videos were found in unallocated clusters?

18   A    That is not correct.

19   Q    How many images were not found in the unallocated

20   clusters is it your testimony?

21   A    There were -- the three images, three digital

22   images from the recycle bin, which is an allocated

23   space file, there were other -- I believe it was --

24   Q    Three in the recycle bin.

25   A    Three or four.  I would have to go back and be

Bradeen-Cross/Fletcher

1   sure, but three or four that I found in the scanner

2   software folder.

3   Q    Those are the max files.

4   A    And then there was the one video which was found

5   in the recycle bin.

6   Q    So they are all either in unallocated space or the

7   recycle bin?

8   A    Or the Scansoft document folder.

9   Q    Wouldn't something in the recycle bin suggest a

10  lack of intent to possess?

11       MR. WOLFF:  Objection, Your Honor.  That asks

12  for a legal conclusion.

13       THE COURT:  It is a legal conclusion.

14       MR. FLETCHER:  No further questions.

15       THE COURT:  Thank you.

16       MR. WOLFF:  No redirect, Your Honor.

17       THE COURT:  Thank you.  You may step down.

18       THE WITNESS:  Thank you, Your Honor.

19       THE COURT:  Is this witness subject to recall?

20       MR. WOLFF:  Potentially on rebuttal case, Your

21  Honor.

22       THE COURT:  You're not excused.  Don't return

23  to the courtroom.  Don't watch, in other words.

24       THE WITNESS:  Understood.

25       MR. WOLFF:  Your Honor, the defense expert in

1     this case is not scheduled to testify until tomorrow.

2     May Detective Bradeen be excused with the understanding

3     that he is subject to recall at anytime?

4              THE COURT:  Absolutely.

5              MR. FLETCHER:  There would be our expert and

6     Detective Bradeen's testimony so he probably would be

7     needed here tomorrow.

8              THE COURT:  All right.  Very good.

9              MR. WOLFF:  Thank you, Your Honor.

10             THE COURT:  Next witness.

11             MR. MURPHY:  Your Honor, I have discussed with

12    defense counsel the possibility of stipulations to

13    replace the testimony of the next three witnesses.  He

14    wasn't able to discuss that with his client.

15             THE COURT:  Do you want a few minutes?

16             MR. MURPHY:  Yes.  Five minutes.

17             THE COURT:  We will take a ten-minute recess.

18             (RECESS CALLED)

19             THE COURT:  Go ahead.

20             MR. MURPHY:  Your Honor, during the break, the

21    Government and defense counsel were able to reach a

22    stipulation with regard to the anticipated content of

23    the testimony of two witnesses the Government was going

24    to call and we have written stipulations with respect

25    to them.  They are short and what I propose to do is to

```
 1    read those into the record and then submit those as
 2    exhibits, if that's --
 3              THE COURT:  That's fine.
 4              MR. MURPHY:  Thank you.  Your Honor, the first
 5    stipulation is entitled trial stipulation three,
 6    carries the caption of this case, Government's
 7    Exhibit 58.  It states that it is hereby stipulated and
 8    agreed by the parties that if David Clark were called
 9    as a trial witness, he would testify that he did not
10    own or ever possess or have knowledge of the existence
11    of the VHS videotapes entered into evidence as
12    Government's Exhibits 16, 17 and 18.
13         He would testify further that he did not place or
14    download any image or video files on the computer
15    entered into evidence as Government's Exhibit 15.
16         Trial stipulation number two states that it is
17    hereby stipulated --
18              THE COURT:  That's Exhibit Number?
19              MR. MURPHY:  Exhibit Number 59.
20              THE COURT:  Thank you.
21              MR. MURPHY:  It is hereby stipulated and
22    agreed by the parties that if Fern Clark were called as
23    a trial witness, she would testify that she did not own
24    or ever possess or have knowledge of the existence of
25    the VHS videotapes entered into evidence as
```

1    Government's Exhibits 16, 17 and 18.

2         She would testify further that she did not place

3    or download any image or video files on the computer

4    entered into evidence as Government's Exhibit 15.

5         Ms. Clark also would testify that at the time of

6    the searches on January 19, 2008, she maintains her

7    bedroom on the first floor and the defendant maintains

8    his living area on the second floor of the house at

9    Hewett Road.

10        Finally, Ms. Clark would testify that at the time

11   of the search, Matthew Clark had a dog named Baldy.

12        Your Honor, it occurs to me and forgive me because

13   it occurs to me at the moment, these stipulations were

14   entered into between the Government and defense and we

15   do believe that the witnesses would testify to these

16   facts based on past Grand Jury testimony, interviews

17   and so forth.

18        However, since the witnesses are available here,

19   it probably would be best, out of abundance of caution,

20   to have the witnesses themselves who are outside review

21   these and confirm that, in fact, is what they would

22   testify to under oath here today.

23        I propose that we simply send the stipulations out

24   for them to review while I put the next witness on and

25   once we confirm that, we can move these into evidence;

1    is that satisfactory to the Court?

2            THE COURT:  Satisfactory, counsel?

3            MR. FLETCHER:  Yes.

4            MR. MURPHY:  Thank you, Your Honor.  Just give

5    me a moment to start that process.

6            THE COURT:  I'm not going to accept the

7    stipulations at this time.  Go ahead.

8            MR. MURPHY:  Thank you, Your Honor.  The

9    Government now calls Roger Clark.

10           THE CLERK:  Please raise your right hand.  Do

11   you solemnly swear that the testimony you will give in

12   the cause now in hearing will be the truth, the whole

13   truth, and nothing but the truth, so help you God?

14           THE WITNESS:  I do.

15           THE CLERK:  Thank you.  Please be seated.

16   Please state your first and last name for the record.

17           THE WITNESS:  My name is Roger Clark.

18           MR. MURPHY:  May I proceed, Your Honor?

19                   DIRECT EXAMINATION

20   BY MR. MURPHY:

21   Q    Mr. Clark, what town do you currently live in?

22   A    Windsor, Maine.

23   Q    How long have you lived there?

24   A    Approximately 17 years.

25   Q    How are you employed?

Roger Clark-Direct/Murphy

1    A    The State of Maine.

2    Q    Could you stay close to that microphone so we can

3    all hear you.

4         THE COURT:  The mic will move toward you if

5    you care.

6    A    Thank you, Your Honor.

7    BY MR. MURPHY:

8    Q    What's your position with the State of Maine, sir?

9    A    I'm an information support specialist.

10   Q    Where do you work?

11   A    26 Center Street Drive for OIT.

12   Q    Prior to that position at the State of Maine, did

13   you hold another position with the state?

14   A    Yes.  I was a senior computer operator.

15   Q    What did you do in that be job?

16   A    I was working on the mainframe computers and data

17   processing.

18   Q    Is Fern Clark your mother?

19   A    Yes, she is.

20   Q    Are you familiar with the house that your mother

21   lives in on Hewett Road in Somerville?

22   A    Yes, I am.

23   Q    Did you ever live there?

24   A    Yes, I did.

25   Q    When did you live there?

1    A    Um, it wasn't when I was born there.  They didn't

2    move there until after I was born.

3    Q    Let me rephrase that and ask when was the last

4    time you lived there.

5    A    Okay.  The last time I was living there was in

6    '74.

7    Q    Okay.  I'm going to direct your attention to

8    Government's Exhibit 15 which is this computer tower

9    sitting over here to my left and your right.  Can you

10   see that from where you're sitting?

11   A    Yes, I can.

12   Q    Do you recognize that computer?

13   A    Yes, I do.

14   Q    Why do you recognize it?

15   A    I built it.

16   Q    You built it?  When?

17   A    That I cannot tell you.  I don't remember.  It was

18   sometime ago.

19   Q    Did you build it for anybody in particular?

20   A    Um, that particular one I initially built for

21   David, then later on I built it for Matthew.

22   Q    Who is David?

23   A    David is my other brother.

24   Q    So you built that computer for David?

25   A    Initially, yes.

Roger Clark-Direct/Murphy

1   Q      Did you give it to David?

2   A      Yes, I did.

3   Q      When was that?

4   A      It was -- I can't remember dates that well to be

5   honest with you.  It had to be at least seven or eight

6   years ago.

7   Q      When did Matthew take possession of it; do you

8   know?

9   A      About a year or two after David had it.

10   Q      Okay.

11   A      That would be about six years ago.

12   Q      About six years ago.  There was a search at your

13   mother's home in early 2008; are you familiar with

14   that?

15   A      Yes, I am.  I've heard of it and I'm --

16   Q      And so your brother Matthew had possession of the

17   computer at that time?

18   A      To the best of my knowledge, I believe.

19   Q      And for several years prior to that?

20   A      A few years, yes.

21   Q      Where did you get the parts to build the computer?

22   A      Um, several different places.  Either online or

23   surplus from the state.

24   Q      Did you ever use the computer?

25   A      No, sir other than to build it.

Roger Clark-Direct/Murphy

1    Q    So once you built it, did you ever service it or

2    assist in troubleshooting with that computer?

3    A    Yes.

4    Q    And when was that?

5    A    Again, it was probably two months or so or three

6    months after he had the computer.

7    Q    He being who?

8    A    Matthew.

9    Q    So shortly after he took possession of it, you did

10   some troubleshooting?  You have to answer out loud.

11   A    Yes, I did.

12   Q    Of what nature?

13   A    Mostly to do with the sound -- not the sound card,

14   but the modem because he was having a lot of trouble

15   with modems.  He had to keep replacing them and modem

16   drivers had to be loaded into the system once they

17   were -- the modem was installed because it's an older

18   system so it's a little more complicated to get them

19   completed correctly so he can use them to dial up.

20   Q    Dial up the Internet?

21   A    That was the main purpose my understanding, yes.

22   Q    So as far as you knew, when you were servicing the

23   computer some numbers of years ago, your brother had a

24   connection to the Internet?

25   A    Yes.

1    Q    And he was having trouble with that connection and

2    you helped out?

3    A    Yes.

4    Q    Did you ever download any files from the Internet

5    on to that computer?

6    A    I'm going to answer that with a yes because to get

7    some of the drivers, I had to get them off the

8    Internet.

9    Q    Did you download any video or image files from the

10   Internet on to that computer?

11   A    No.

12   Q    Did you, when you were working with that computer,

13   observe any sort of images or video files on the

14   computer depicting minors or younger children or adults

15   without clothes on?

16   A    No, I did not.

17   Q    Did you, in servicing that computer, go through

18   all of the files that were stored on it?

19   A    No.

20        MR. MURPHY:  May I have one moment, Your

21   Honor.

22   BY MR. MURPHY:

23   Q    Mr. Clark, when you helped your brother out,

24   Matthew, with the computer, did you know whether he had

25   any user accounts set up on the computer?

1    A     User accounts as far as the initial login or just

2    any user account?

3    Q     Well, what I'm referring to is -- was there a

4    Windows operating system on the computer when you

5    helped him with it?

6    A     Yes.  Windows 2000.

7    Q     And my understanding is from --  what I'm

8    referring to is when you open and start your computer,

9    generally you get a screen and then it will have user

10   accounts, it might have a guest account and then they

11   have named accounts.

12   A     That -- it does have an account, but being a

13   single user account, you can make it so you do not have

14   to logon.  It automatically logs on for you and brings

15   up your desktop.

16   Q     Do you recall at the time you were servicing the

17   computer whether or not there was a name or named user

18   accounts on the computer?

19   A     To answer that, there is always a named account on

20   the computer, whether it's owner or something, there is

21   always a named account, but you don't have to logon to

22   it.  It automatically logs on.

23   Q     Was it just a single user account on that computer

24   when you serviced it?

25   A     Yes.

1          MR. MURPHY:  That's all the questions I have,

2     Your Honor.  Thank you.

3          THE COURT:  Cross-examination.

4               CROSS EXAMINATION

5     BY MR. FLETCHER:

6     Q    Good morning, Mr. Clark.

7          MR. FLETCHER:  May I approach?

8     BY MR. FLETCHER:

9     Q    I'm going to show you Government's Exhibit 15A.

10    Is that a hard drive that you put in the computer?

11    A    I'm going to answer that and say it is very

12    possible it could be.  I can't identify it

13    individually.

14    Q    Do you believe it is state surplus?  Is there any

15    marking on it?

16    A    There is no marking on it indicating it's state

17    surplus.  Usually state surplus has a yellow tag on it

18    similar to the one that you have that's a Government's

19    Exhibit that's saying where it came from.

20          That's -- the reason is this an older one so

21    I'm not -- I can't verify whether I had that sticker on

22    it or not or I, in fact, may have removed it.

23    Q    Is it possible it's a surplus hard drive; isn't

24    it?

25    A    Yes, it is.

1    Q    It's possible that, in fact, there could have been

2    things on the hard drive when it was put in?

3    A    Possible, but not probable because they have a

4    practice in place to remove stuff from the hard drive

5    and try to restore it back to original as it came out

6    of the system.  It is possible that that did not

7    happen.

8    Q    Isn't it nearly impossible to really clear out a

9    hard drive?  I mean that there are often things that

10   one thinks are not on the hard drive but are on the

11   hard drive; isn't that true?

12   A    Please restate it.

13        MR. MURPHY:  Objection, Your Honor.

14        THE COURT:  Rephrase it please.  Start over.

15   BY MR. FLETCHER:

16   Q    Let me see how I can put this.  When you go

17   through refurbishing the hard drive, it's not a

18   100 percent process; am I correct?

19   A    To my knowledge, it depends on how you do it.  The

20   process may or may not be 100 percent.

21   Q    Could you explain to the Court please how it may

22   be that the directory is gone, but the materials are

23   still on the hard drive.

24   A    Okay.  If you do a quick format as opposed to a

25   full surface format, the quick format just changes the

Roger Clark-Cross/Fletcher

1  label information on the hard drive itself and leaves

2  the data intact.  If you do a complete format, which is

3  what they're supposed to do, it does wipe out the whole

4  hard drive.  Is that clear?

5  Q    I guess.

6  A    It's hard for me to explain.

7  Q    I'm going to show you Government's Exhibit 8 and

8  if you -- you mentioned that there was a login screen,

9  but also an automatic logging in process; am I correct?

10  A    True.

11  Q    And isn't the --  I'm wondering if the Court

12  needs -- I have to get it up anyway.  The picture in

13  Exhibit 8 shows the login, the user login name for you;

14  is that correct?

15  A    That is correct, yup.

16  Q    So that's not the automatic process?

17  A    That is not the automatic process.  You have to

18  actually type in a password.

19  Q    Do you know, yes or no, do you know whether

20  Matthew used the automatic process or whether he used

21  the login?

22  A    I can't honestly say.  I do not know which way he

23  used it.

24  Q    Okay.  One last question.  You're familiar with

25  your mother's house -- well, where she lived?

 1    A      Yes.

 2    Q      And do you know whether or not Matthew considered

 3    his living quarters to be separate from his mothers?

 4    A      Yes, he did.

 5    Q      And why did he consider it to be separate?

 6            MR. MURPHY:  Objection.  Why did Matthew

 7    consider it to be --

 8            MR. FLETCHER:  All right.

 9    BY MR. FLETCHER:

10    Q      Did you see it as a separate --  I'll ask you --

11    A      From my viewpoint, it is a separate residence.

12    Q      And what is the basis for your thinking it's a

13    separate residence?  Why do you say it is a separate

14    apartment?

15    A      Um, it's just -- it appears to be if you walk into

16    the place because the only access to it is -- you have

17    one room.  He has a separate kitchen, separate bedroom.

18    He has a separate living room.  He has a separate bath,

19    toilet and sink, you know.

20            MR. FLETCHER:  No further questions.

21            THE COURT:  Questions?

22            MR. MURPHY:  Brief redirect, Your Honor.

23            THE COURT:  All right.

24                   REDIRECT EXAMINATION

25    BY MR. MURPHY:

Roger Clark-Redirect/Murphy

1    Q    Mr. Clark, there is nothing on that hard drive 15A

2    that you looked at that indicates it came from state

3    surplus; correct?

4    A    At this particular moment, no, there's not.

5    Q    You've purchased or obtained hard drives from

6    state surplus before?

7    A    Yes, I do.

8    Q    And have they always been wiped clean?

9    A    As far as I know, yes.

10   Q    And to your knowledge, working for the state and

11   working in computers, does the state take great care in

12   your experience to make sure that all data gets removed

13   from hard drives before they resell them?

14   A    To the best of my knowledge, yes.

15         MR. MURPHY:  That's all I have.  Thank you,

16   Your Honor.

17         MR. FLETCHER:  No questions.

18         THE COURT:  Thank you.  You may step down.

19         THE WITNESS:  Thank you.

20         MR. MURPHY:  Your Honor, if I may, we have had

21   an opportunity to consult with the witnesses, potential

22   witnesses David Clark and Fern Clark to confirm the

23   accuracy of the stipulations read into the record,

24   Government's Exhibits 58 and 59, so at this time, we

25   move for them into evidence.

1          THE COURT:  By agreement?

2          MR. FLETCHER:  No objection.

3          THE COURT:  Admitted.

4          MR. MURPHY:  If I may, Your Honor, there is

5     one further stipulation that was signed at the

6     beginning of trial that we have not yet put into

7     evidence and it has to do with the interstate

8     manufacture of the computer hard drive and two of the

9     videotapes and I would offer that into evidence at this

10    time.  It's marked as Government's Exhibit 53.

11         MR. FLETCHER:  No objection.

12         THE COURT:  Admitted.

13         MR. WOLFF:  Your Honor, the Government at this

14    time calls Eric Brelsford.

15         THE CLERK:  Please raise your right hand.  Do

16    you solemnly swear that the testimony you will give in

17    the cause now in hearing will be the truth, the whole

18    truth, and nothing but the truth, so help you God?

19         THE WITNESS:  Yes, I do.

20         THE CLERK:  Thank you.  Please be seated.

21    Please state your name and spell your first and last

22    name.

23         THE WITNESS:  My name is Eric E-r-i-c

24    Brelsford B-r-e-l-s-f-o-r-d

25                    DIRECT EXAMINATION

```
 1    BY MR. WOLFF:

 2    Q     Good morning, sir.

 3    A     Good morning.

 4    Q     Could you tell us where you work please.

 5    A     I'm employed as a Special Agent with the Federal

 6    Bureau of Investigation.

 7    Q     How long have you been with the FBI?

 8    A     Eight years.

 9    Q     And where are you currently assigned?

10    A     I'm currently assigned to the Chicago field office

11    of the FBI.

12    Q     Have you had any previous assignments prior to

13    Chicago?

14    A     Yes, I have.

15    Q     Where were you assigned?

16    A     I was previously assigned to the Milwaukee field

17    office of the FBI.

18    Q     How long were you in Milwaukee?

19    A     Approximately three years.

20    Q     What type of work -- what type of investigations

21    do you conduct at this time?

22    A     I currently specialize in computer intrusion

23    investigations.

24    Q     And how about when you were in Milwaukee?

25    A     When I was in Milwaukee, I worked a wider range of
```

1    violations, including child exploitation

2    investigations.

3    Q    Special Agent Brelsford, are you familiar with the

4    National Center for Missing and Exploited Children?

5    A    Yes, I am.

6    Q    Is there an acronym that they go by?

7    A    They go by NCMEC.

8    Q    And are you --

9         MR. FLETCHER:  Objection, this is leading.

10   Can you not lead?

11        MR. WOLFF:  Absolutely, Your Honor.

12        THE COURT:  That's not leading.  Move on.

13   Just slow down a little bit.

14        MR. WOLFF:  I will, Your Honor.  Thank you.

15   BY MR. WOLFF:

16   Q    In your experience, does NCMEC assign names to

17   particular series of images?

18   A    Yes, they do.

19   Q    Are you familiar with the Hotel and Dalmatian

20   series?

21   A    Yes, I am.

22   Q    How are you familiar with those series of images?

23   A    The Hotel and Dalmatian series are the identifiers

24   that NCMEC has assigned to a large number of images and

25   videos that I recovered during an investigation I

1    conducted while in the Milwaukee field office of the

2    FBI.

3    Q    When did that investigation occur?

4    A    It began in January of 2004.

5    Q    And how long were you personally involved with it?

6    A    Until the conclusion of the case, which was

7    approximately May of 2005.

8    Q    And this was a child exploitation investigation?

9    A    Yes, it was.

10   Q    How many minors were involved as victims in that

11   investigation?

12   A    Um, there were ten minors we identified in

13   Wisconsin involving kids.

14   Q    And of those ten, how many did you meet with

15   personally?

16   A    All ten.

17   Q    The same number, approximately the same number of

18   times for all of them?

19   A    Um, approximately.  A minimum of two times for

20   each of them.  Many of them I met at least three times.

21   Q    And where did those meetings occur?

22   A    Those meetings occurred -- one was at the county

23   prosecutor's office in a small town northwest of

24   Milwaukee.  The other meeting occurred at the United

25   States Attorney's Office in Green Bay, Wisconsin.

Brelsford-Direct/Wolff

1  Q    Do you feel, based on the personal contacts you've

2  had with these victims, that you would be able to

3  identify them in a still image or video clip?

4  A    Yes.

5  Q    I would like to show you a couple of video clips

6  and a couple of still images that had already been

7  admitted into evidence in this case.  You should be

8  able to view them on the screen that you have in front

9  of you.

10       The first clip is from what has been already

11  introduced as Government's Exhibit 16A which is, Your

12  Honor, a copy of Exhibit 16 which is what was

13  identified as tape 4A during Detective McFetridge's

14  investigation, and this clip starts at one hour

15  43 minutes and 58 seconds into the DVD copy of that

16  tape.

17       Special Agent Brelsford, I'm going to play a

18  little bit and then stop it and ask you a little bit

19  about the individuals depicted in the videos.

20  A    Okay.

21       (Video played)

22  Q    Special Agent Brelsford, there are two individuals

23  depicted in that frame from this clip; is that correct?

24  A    Yes, there are.

25  Q    Have you personally met both of those individuals?

1   A   Yes, I have.

2   Q   To preserve these individual's privacy, I'm going

3   to ask you if you can identify them by their initials.

4   Now, I understand -- we've met previously; is that

5   correct?

6   A   That's correct.

7   Q   And there are some individuals who have the same

8   initials?

9   A   That's correct.

10  Q   So if you could go to the second letter when

11  that's necessary.

12  A   Okay.

13  Q   The individual who's on the left, the left most

14  individual depicted on the screen at this point, one

15  hour 44 minutes and two seconds into it, what are the

16  initials of that individual?

17  A   That individual initials of JD

18  Q   And have you met personally with him?

19  A   Yes, I have.

20  Q   How about the individual who's to the right of

21  him?

22  A   The individual to the right, the first two

23  initials of his first name are KE and the first initial

24  of his last name is M.

25  Q   Playing some more of the video.

1           (Video played)

2       There is now a single individual on the screen,

3   one hour 44 minutes and five seconds into the video.

4   Have you met personally with this individual.

5   A    Yes, I have.

6   Q    What are his initials?

7   A    The first two initials of his first name are KY,

8   first initial of his last name is M.

9           (Video played)

10  Q    I'll play this video forward a bit and see if

11  there are any other individuals who you can identify.

12  Actually, before I go through the process of doing

13  that, having seen this clip before, are there other

14  individuals in addition to the three that you've

15  already mentioned?

16  A    Yes, there are.

17          (Video played)

18  Q    There is another individual who just came on to

19  the screen.  We're one hour 44 minutes 29 seconds into

20  it.  Who is the second individual who just come on to

21  the screen?

22  A    The initials of this individual are M.C.

23  Q    When is the first time that you saw this

24  particular video clip or video that this is a portion

25  of?

1    A    Um, this particular video clip, actually the first

2    time I believe I had seen this actually is in the

3    conduct of this trial.  It's one of a number of videos

4    that I've seen over the years which depict the victims

5    in this case that weren't initially part of our

6    submission to the National Center for Missing and

7    Exploited Children.

8    Q    Are there any other individuals depicted in this

9    clip to your recollection?

10   A    Um, I believe that is the totality of the

11   individuals depicted in this particular clip.

12   Q    Okay.  I'm going to move now to another clip.

13        MR. WOLFF:  It is one of the video files, Your

14   Honor, that's contained on Government's Exhibit 50 and

15   as Mr. Murphy did earlier with another witness, I'll

16   identify this as the file with the offset number

17   90409222.

18   BY MR. WOLFF:

19   Q    And I'll play this now for you, Special Agent

20   Brelsford.

21        (Video played)

22        Special Agent Brelsford, there are three

23   individuals depicted in this clip at this points; is

24   that correct.

25   A    That is correct.

1   Q    And we are five seconds into this video file.

2   What are the initials of the three individuals depicted

3   from left to right, please?

4   A    The left most individual his initials are I.C.

5   The middle individual, first two initials of his first

6   name are KE, first initial last name M, and then the

7   third individual to the far right has initials of J.D.

8   Q    And were any of these three individuals depicted

9   in the previous clip that we just watched?

10  A    Yes.  The individual in the middle and the

11  individual to the right are both in the previous clip

12  as well.

13  Q    I'll play -- this is a short clip.

14       (Video played)

15       Are those the same two individuals you just

16  identified?

17  A    Yes, they are.

18  Q    I'm going to move on now to two still images.

19  First what has already been admitted as Government's

20  Exhibit 44.  Had you seen the individual whose depicted

21  in this image before?

22  A    Yes, I have.

23  Q    And what are his initials?

24  A    His initials are J.D.

25  Q    And finally, Exhibit 46.  Do you know the

Brelsford-Cross/Fletcher

1    individual depicted in this image?

2    A    Yes, I do.

3    Q    And what are the initials of this individual?

4    A    That's the same individual.  Again, the initials

5    are J.D.

6    Q    Is the same individual depicted in both

7    Exhibits 44 and 46?

8    A    Yes, that's correct.

9    Q    Special Agent Brelsford, are all of the

10   individuals whom you've just identified, were they all

11   victims in the investigation that you personally were

12   involved with?

13   A    Yes, they were.

14        MR. WOLFF:  Your Honor, just one moment,

15   please.  Your Honor, I have no further questions for

16   Special Agent Brelsford.  Thank you.

17             CROSS EXAMINATION

18   BY MR. FLETCHER:

19   Q    I just want to clarify with one question, Agent

20   Brelsford.  You interviewed these individuals in

21   Milwaukee or near there; is that correct?

22   A    Um, the majority of the victims live in a small

23   town about an hour northwest of Milwaukee so one of the

24   occasions I met with all of the victims in this

25   particular case was at the county prosecutor's office

1   for the county representing that small town.

2   Q      But these individuals lived in Wisconsin?

3   A      That's correct.

4          MR. FLETCHER:  No other questions.

5          MR. WOLFF:  No redirect.

6          THE COURT:  You may step down.  Thank you.

7          THE WITNESS:  Thank you, Your Honor.

8          MR. WOLFF:  Your Honor, the Government calls

9   James Boylan.

10         THE CLERK:  Please raise your right hand.  Do

11  you solemnly swear that the testimony you will give in

12  the cause now in hearing will be the truth, the whole

13  truth, and nothing but the truth, so help you God?

14         THE WITNESS:  Yes.

15         THE CLERK:  Thank you.  Please be seated.

16  Please state your name and spell your last name for the

17  record.

18         THE WITNESS:  James Boylan, B-o-y-l-a-n

19                 DIRECT EXAMINATION

20  BY MR. WOLFF:

21  Q    Good morning, Mr. Boylan.  Can you tell us where

22  you are employed, please.

23  A    I'm employed with the Hernando County Sheriff's

24  Office in Brooksville, Florida.

25  Q    Hernando County?

Boylan-Direct/Wolff

1    A     Yes.

2    Q     Can you give us a sense of where that's located in

3    Florida?

4    A     About 30 minutes north of Tampa Bay on the west

5    coast of Florida.

6    Q     How long have you been employed by the Hernando

7    County Sheriff's Department?

8    A     20 years.

9    Q     What is your current assignment?

10   A     I'm a detective with the Major Case Section.

11   Q     And during the course of your career, have you

12   been involved in child exploitation cases?

13   A     Yes, I have.

14   Q     Are you familiar with the National Center for

15   Missing and Exploited Children?

16   A     Yes, I am.

17   Q     Are you familiar with the series of images that

18   have been called the Devon series?

19   A     Yes.

20   Q     And how are you familiar with that series?

21   A     I was the detective that worked that case in

22   another county who identified several victims in the

23   investigation.  We were working -- one of them was the

24   Devon series.

25              THE COURT:  Move a little closer to the

1    microphone.

2    A     Sure.

3    BY MR. WOLFF:

4    Q     You can also pull that microphone closer to you,

5    if you like.  When did that investigation take place?

6    A     2004.

7    Q     And how many -- how many victims were there that

8    you personally interacted with?

9    A     I interacted with personally eight.  I believe

10   there were 12 all together.

11   Q     And I'm going to -- what I'd like to do is show

12   you a clip from a video that's already been admitted

13   into evidence in this case and see if you recognize

14   anybody depicted in there, in the video.

15   A     Okay.

16         MR. WOLFF:  This is a clip, Your Honor, from

17   Exhibit 17A which is the DVD copy of Exhibit 17 which

18   is tape 4E.  The clip starts at one minute and eight

19   seconds into the footage.

20         (Video played)

21         I'll move forward so you can get a better view of

22   the child that's depicted there.

23   BY MR. WOLFF:

24   Q     Detective Boylan, are you familiar with the

25   individual who's depicted in this clip?

Boylan-Direct/Wolff

1    A    Yes.

2    Q    And right now we are about 12 minutes 47 seconds

3    into the clip.  How are you familiar with them?

4    A    He was one of the victims in our investigation and

5    I met him.

6    Q    Just in keeping with our attempt to try to

7    maintain privacy of minors, can you identify him by

8    initials?

9    A    Yes, D.P.

10   Q    How many times did you meet with D.P. during the

11   course of your investigation?

12   A    Half a dozen times.

13   Q    And where did that take place?  Where did those

14   meetings take place?

15   A    At the sheriff's office.

16   Q    In Hernando County?

17   A    In Hernando County, yes.

18   Q    What time frame did these meetings take place?

19   A    Um, approximately March of 2004.

20   Q    And have you had more recent contact with D.P. as

21   well?

22   A    Yes, I have.

23   Q    And when is the last time that you personally

24   interacted with him?

25   A    About six months ago.

Boylan-Direct/Wolff

1   Q    And have you -- the clip that I just showed you

2   from Exhibit 17A, have you seen that particular video

3   clip before?

4   A    Yes, I had.

5   Q    Was that uncovered as part of your investigation?

6   A    Yes, it was.

7        MR. WOLFF:  No further questions, Your Honor.

8   Thank you.

9        THE COURT:  Cross-examination.

10       MR. FLETCHER:  We have no questions.

11       THE COURT:  Thank you.  You may step down.

12       THE WITNESS:  Thank you.

13       THE COURT:  Have a good trip.

14       MR. WOLFF:  Your Honor, if I may consult with

15  Mr. Murphy.  Your Honor, the Government has no further

16  witnesses.  What we would like to do, if we could

17  consult with the clerk to make sure -- consult with the

18  deputy clerk to make sure that all of our exhibits are

19  in before with we rest.

20       THE COURT:  We will take a ten-minute recess.

21       MR. WOLFF:  Thank you.

22       (RECESS CALLED)

23       THE COURT:  Mr. Murphy or Mr. Wolff.

24       MR. WOLFF:  Your Honor, the Government rests

25  at this time.

```
 1            THE COURT:  All right, Mr. Fletcher.

 2            MR. FLETCHER:  I would like to propose

 3    introducing, first by agreement with the Government,

 4    this redacted transcript as Defendant's Exhibit 1.

 5            THE COURT:  You want to introduce what?

 6            MR. FLETCHER:  You may have remembered we had

 7    a discussion of a transcript of an interview with --

 8            THE COURT:  I thought that transcript was

 9    already in.

10            MR. MURPHY:  It is, Your Honor.  I believe,

11    and we may have misunderstood, that you had asked that

12    Mr. Fletcher indicate to you what portions that he

13    would not want --

14            THE COURT:  Right.

15            MR. FLETCHER:  I marked that on the back and

16    I'll draw your attention to what I don't want you to

17    look at.

18            THE COURT:  All right.  The red highlighting

19    is the portion that you believe should not be used by

20    me.

21            MR. FLETCHER:  That's correct.

22            THE COURT:  Does the Government disagree?

23            MR. MURPHY:  We do.

24            THE COURT:  You think it all should be used?

25            MR. MURPHY:  Yes.
```

1           THE COURT:  All right.  Let me see it.

2           (Transcript handed to the Court)

3       All right, with regard to highlighting on page

4   three, the first highlighting, the first line of

5   highlighting is excluded.  The second line of

6   highlighting is excluded.  The third line of

7   highlighting is included.  The fourth line is not

8   excluded.

9       On page four, the first line of highlighting is

10  not excluded.  The second and third lines are excluded.

11  I believe those are the only issues.

12          MR. FLETCHER:  I think actually the fourth

13  line actually highlights what I'm asking so that's

14  why --

15          THE COURT:  It's not excluded.  All right

16  those are my rulings.

17          MR. FLETCHER:  Your Honor, as you know, Tammy

18  Lord is coming from Tucson tomorrow morning.

19          THE COURT:  Tonight.

20          MR. FLETCHER:  Tonight, yes.  Well, she will

21  be here tomorrow morning before you.

22          THE COURT:  Tomorrow morning.

23          MR. FLETCHER:  And I would like to -- I don't

24  really have a long opening and I would like to --

25          THE COURT:  Do you want to do your opening

1    now?

2            MR. FLETCHER:  I would prefer to do it then.

3            THE COURT:  Sure, absolutely.  Do you have any

4    witnesses today?

5            MR. FLETCHER:  I don't have any witnesses

6    today.

7            THE COURT:  Do you want to continue this until

8    tomorrow morning?

9            MR. FLETCHER:  Exactly at 8:30.

10           THE COURT:  Government object?

11           MR. FLETCHER:  Mr. Clark will tell me whether

12   he wants to testify after Ms. Lord.  I've obviously

13   advised him of my professional opinion.

14           THE COURT:  Fine.  I'll talk to him once he

15   makes his decision.  Government?

16           MR. MURPHY:  Yes, Your Honor.  I don't know if

17   Mr. Fletcher was planning on making any motions now or

18   hold off until tomorrow morning would be fine.

19           THE COURT:  Let's do it now.

20           MR. FLETCHER:  I make a Rule 29 motion for a

21   motion of acquittal and I should argue it, but would

22   like me to argue?

23           THE COURT:  No.  Motion is denied.

24           MR. FLETCHER:  All right.

25           THE COURT:  Anything else?

1          MR. WOLFF:  Not from the Government, Your

2    Honor.  Thank you.

3          THE COURT:  Defense?

4          MR. FLETCHER:  No.

5          THE COURT:  All right.  We're going to then

6    stand in recess until 8:30 tomorrow morning.  Mr.

7    Fletcher, you have your expert witness; correct?

8          MR. FLETCHER:  That's correct.

9          THE COURT:  Do you have any other witnesses

10   besides possibly your client and the expert witness?

11         MR. FLETCHER:  No.  On our list, we have Roger

12   Clark down.  We had that conversation and

13   cross-examination and I don't believe there would be

14   any other witnesses.

15         THE COURT:  So we should expect to finish

16   tomorrow.

17         MR. FLETCHER:  Absolutely.

18         THE COURT:  Very good.  Thank you, counsel.

19   We will be in recess.

20         (Proceeding adjourned to Wednesday,

21   January 26, 2011 at 8:30 AM)

22         (END OF DAY)

23              **C E R T I F I C A T I O N**

24   I, Dennis R. Ford, Registered Merit Reporter and

25   Official Court Reporter for the United States District

Court, District of Maine, certify that the foregoing is

a correct transcript from the record of proceedings in

the above-entitled matter.

Dated:  June 1, 2011

                /s/ Dennis R. Ford

                Official Court Reporter

'

**'08** [1] - 235:23
**'74** [1] - 247:6

**/**

**/s** [1] - 276:5

**1**

**1** [3] - 187:21, 272:4, 276:4
**100** [3] - 218:3, 253:18, 253:20
**10th** [1] - 220:15
**12** [3] - 204:15, 269:10, 270:2
**1254611** [1] - 207:15
**12:45** [3] - 204:20, 204:23, 205:2
**12th** [1] - 237:13
**13** [1] - 198:16
**130** [1] - 234:14
**14** [10] - 196:3, 196:13, 196:19, 196:23, 197:7, 197:9, 197:10, 197:11, 197:12, 204:13
**1466735** [1] - 208:2
**1472265** [1] - 209:8
**15** [5] - 187:16, 237:24, 243:15, 244:4, 247:8
**15-A** [1] - 237:25
**156** [1] - 186:14
**15A** [6] - 187:10, 205:18, 207:2, 207:8, 252:9, 256:1
**16** [6] - 187:8, 202:20, 203:15, 243:12, 244:1, 261:12
**160** [2] - 191:25
**16A** [6] - 187:7, 202:17, 202:22, 203:13, 203:14, 261:11
**17** [6] - 187:9, 204:11, 243:12, 244:1, 245:24, 269:17
**17A** [6] - 187:8, 187:20, 204:9, 204:14, 269:17, 271:2
**18** [34] - 202:5, 202:23, 203:4, 203:8, 203:25, 204:4, 205:13, 206:6, 206:17, 206:18,

207:23, 208:8, 208:15, 209:4, 209:17, 212:19, 213:11, 214:5, 214:7, 214:22, 215:12, 215:18, 215:23, 216:16, 217:4, 217:22, 218:3, 218:24, 224:17, 226:24, 243:12, 244:1
**18-year** [1] - 205:13
**188** [1] - 187:2
**19** [3] - 191:15, 232:13, 244:6
**190/191** [1] - 187:5
**193/195** [2] - 187:6, 187:6
**198/199** [1] - 187:7
**1982** [1] - 199:12
**1984** [1] - 190:3
**1:24:50** [1] - 203:23
**1st** [1] - 232:4

**2**

**2** [1] - 186:7
**20** [4] - 220:3, 220:7, 236:20, 268:8
**20's** [1] - 189:20
**2000** [1] - 251:6
**2004** [3] - 260:4, 269:6, 270:19
**2005** [1] - 260:7
**2006** [3] - 233:24, 234:2, 235:3
**2007** [2] - 233:21, 235:11
**2008** [5] - 232:4, 236:17, 237:13, 244:6, 248:13
**2011** [3] - 186:15, 275:21, 276:4
**202/261** [2] - 187:7, 187:8
**204** [2] - 187:8, 187:9
**205** [1] - 187:9
**205,237,252** [1] - 187:10
**207** [1] - 187:10
**209** [1] - 187:11
**20th** [1] - 220:17
**21** [2] - 189:18, 189:20
**210/211** [1] - 187:11
**211** [1] - 187:12
**212** [1] - 187:12
**213** [1] - 187:13
**214** [2] - 187:13, 187:14

**215** [1] - 187:14
**216** [2] - 187:15, 187:15
**219** [1] - 187:2
**22** [1] - 203:16
**227** [1] - 187:2
**229** [1] - 187:16
**237,247** [1] - 187:16
**238** [1] - 187:2
**24** [1] - 203:20
**243/256** [2] - 187:17, 187:17
**245** [1] - 187:3
**25** [1] - 203:17
**251** [1] - 187:3
**254** [1] - 187:18
**255** [1] - 187:3
**257** [1] - 187:3
**257/257** [1] - 187:18
**25th** [1] - 186:15
**26** [2] - 246:11, 275:21
**264** [1] - 187:19
**265** [2] - 187:19, 187:20
**266** [1] - 187:3
**267** [1] - 187:4
**269** [1] - 187:20
**271** [1] - 187:21
**273** [1] - 234:20
**286** [1] - 235:9
**29** [3] - 234:8, 263:19, 274:20
**2:10-CR-62-GZS** [1] - 186:5

**3**

**3** [1] - 232:1
**30** [2] - 201:21, 268:4
**30's** [1] - 189:20
**309** [1] - 235:18
**312** [1] - 236:4
**34** [1] - 204:14
**35** [2] - 187:9, 205:15
**36** [1] - 203:17
**3rd** [1] - 195:22

**4**

**4-0** [2] - 212:21, 212:22
**40** [8] - 191:24, 202:23, 209:24, 210:11, 210:19, 211:10, 211:20
**40-48** [1] - 187:11
**40A** [7] - 187:12,

210:17, 211:2, 211:8, 211:13, 211:24, 212:20
**40A-48A** [1] - 187:11
**41A** [4] - 187:13, 214:10, 214:13
**43** [2] - 202:22, 261:15
**43123237** [1] - 208:21
**43A** [3] - 187:14, 216:1, 216:5
**44** [6] - 187:19, 262:15, 263:3, 263:19, 265:20, 266:7
**444** [1] - 236:9
**44A** [3] - 187:15, 216:17, 216:23
**45** [2] - 204:15, 209:10
**45A** [4] - 187:15, 217:5, 217:9, 217:13
**46** [4] - 187:20, 202:23, 265:25, 266:7
**46A** [4] - 187:14, 215:2, 215:5
**47** [1] - 270:2
**47A** [2] - 187:12, 212:4
**48** [4] - 209:25, 210:11, 210:19, 211:10
**48A** [8] - 187:13, 210:18, 211:3, 211:8, 211:13, 211:24, 213:12, 213:16
**4A** [1] - 261:13
**4E** [1] - 269:18

**5**

**50** [11] - 187:10, 187:19, 203:20, 207:5, 207:9, 207:13, 207:25, 208:11, 208:21, 209:7, 264:14
**51** [5] - 187:16, 229:9, 231:24, 232:1, 237:11
**53** [2] - 187:18, 257:10
**54** [3] - 187:5, 190:9, 191:6
**55** [5] - 187:6, 193:23, 194:14, 195:6, 195:11
**56** [5] - 187:6, 193:23, 194:14, 195:6, 203:16

**57** [5] - 187:7, 198:22, 198:23, 199:18, 199:22
**58** [5] - 187:17, 202:22, 243:7, 256:24, 261:15
**59** [3] - 187:17, 243:19, 256:24
**5th** [1] - 235:3, 235:23, 236:16

**6**

**644** [1] - 236:22

**7**

**706** [1] - 237:12

**8**

**8** [3] - 187:18, 254:7, 254:13
**80's** [1] - 193:16
**8:30** [3] - 274:9, 275:6, 275:21

**9**

**90409222** [2] - 208:12, 264:17
**97** [4] - 196:2, 196:23, 197:10, 198:15
**97th** [1] - 195:22
**99** [1] - 218:2
**9:30** [1] - 186:15

**A**

**able** [11] - 192:3, 192:9, 217:1, 218:15, 222:5, 225:25, 242:14, 242:21, 261:2, 261:8
**abnormal** [1] - 193:2
**above-entitled** [2] - 186:13, 276:3
**Absolutely** [4] - 235:8, 242:4, 259:11, 275:17
**absolutely** [1] - 274:3
**abundance** [1] - 244:19
**accept** [1] - 245:6
**accepted** [3] -

192:18, 193:3, 193:4
**access** [6] - 231:5, 231:7, 233:24, 235:11, 235:23, 255:16
**accessed** [3] - 235:2, 236:16, 239:11
**accessing** [1] - 234:9
**account** [11] - 225:7, 230:9, 231:21, 236:20, 251:2, 251:10, 251:12, 251:13, 251:19, 251:21, 251:23
**accounts** [5] - 250:25, 251:1, 251:10, 251:11, 251:18
**accuracy** [1] - 256:23
**accurate** [3] - 191:3, 192:6, 196:16
**achieve** [1] - 194:8
**achieved** [2] - 196:2, 208:4
**acquittal** [1] - 274:21
**acronym** [1] - 259:6
**ACTION** [1] - 186:4
**activity** [1] - 234:1
**actual** [3] - 192:6, 199:9, 240:10
**addition** [1] - 263:14
**Additional** [2] - 230:4, 230:5
**additional** [2] - 208:20, 230:7
**address** [2] - 190:17, 231:3
**adequate** [1] - 208:14
**adjourned** [1] - 275:20
**administrator** [1] - 230:22
**admission** [5] - 191:5, 195:6, 199:17, 211:19, 211:22
**admitted** [12] - 202:19, 203:13, 205:16, 205:17, 206:24, 207:10, 209:23, 212:1, 228:10, 261:7, 265:19, 269:12
**Admitted** [5] - 191:8, 195:8, 199:20, 257:3, 257:12
**adolescent** [1] - 218:7

**Adolescents** [1] - 199:12
**adult** [10] - 189:21, 205:10, 206:13, 208:4, 209:1, 217:4, 222:23, 224:14, 240:13
**adults** [2] - 209:16, 250:14
**advised** [1] - 274:13
**African** [1] - 222:20
**African-American** [1] - 222:20
**age** [59] - 189:20, 192:3, 192:13, 192:16, 192:21, 193:8, 195:19, 195:24, 196:3, 196:13, 196:18, 196:23, 197:9, 197:10, 197:12, 197:20, 198:16, 201:4, 201:5, 201:10, 201:12, 201:13, 201:23, 202:5, 202:10, 203:4, 203:8, 203:25, 204:5, 205:14, 206:7, 206:17, 206:18, 207:23, 208:8, 208:15, 209:17, 210:14, 212:19, 213:10, 213:11, 214:5, 214:22, 215:12, 215:23, 216:16, 217:4, 217:20, 217:21, 218:25, 221:25, 222:6, 223:13, 224:17
**Agent** [11] - 202:2, 210:7, 258:5, 259:3, 261:17, 261:22, 264:19, 264:22, 266:9, 266:16, 266:19
**ages** [6] - 189:17, 193:1, 195:21, 198:8, 206:2, 223:9
**ago** [7] - 234:9, 247:18, 248:6, 248:11, 248:12, 249:23, 270:25
**agree** [2] - 214:20, 224:7
**agreed** [2] - 243:8, 243:22
**agreement** [2] - 257:1, 272:3
**ahead** [4] - 203:1, 226:4, 242:19, 245:7
**aided** [1] - 186:25

**allocated** [6] - 228:21, 229:15, 239:9, 239:18, 239:21, 240:22
**allow** [1] - 231:11
**allows** [1] - 201:9
**almost** [1] - 236:22
**AM** [2] - 186:15, 275:21
**America** [2] - 194:25, 222:17
**AMERICA** [1] - 186:4
**American** [1] - 222:20
**Americans** [3] - 222:7, 222:9, 223:4
**amount** [2] - 221:4, 224:16
**analysis** [2] - 221:18, 221:20
**analysts** [1] - 240:12
**angle** [2] - 226:19, 226:25
**answer** [4] - 249:10, 250:6, 251:19, 252:11
**anticipated** [1] - 242:22
**anytime** [1] - 242:3
**anyway** [1] - 254:12
**apartment** [1] - 255:14
**appear** [1] - 206:13
**appearance** [25] - 201:8, 203:7, 204:4, 206:6, 207:22, 208:6, 208:17, 208:18, 208:19, 208:24, 209:15, 209:21, 212:17, 212:19, 214:6, 215:10, 216:15, 217:2, 217:3, 220:22, 223:8, 223:10, 223:12, 223:24, 225:5
**appearances** [1] - 223:21
**Appearances** [1] - 186:17
**appearing** [4] - 205:10, 214:1, 232:24, 239:21
**applicable** [1] - 210:13
**applied** [1] - 234:7
**appreciate** [1] - 227:4
**approach** [1] - 252:7
**area** [1] - 244:8
**areas** [2] - 189:9, 197:21

**argue** [2] - 274:21, 274:22
**artifact** [1] - 230:9
**artificially** [1] - 218:20
**Asian** [1] - 222:19
**Asians** [1] - 223:6
**aspects** [1] - 229:3
**assess** [10] - 197:1, 200:10, 203:3, 203:24, 206:18, 217:1, 221:19, 222:5, 222:22, 224:14
**assessed** [1] - 222:19
**assessing** [2] - 193:4, 201:23
**assessment** [26] - 192:3, 192:16, 201:10, 214:21, 214:23, 215:6, 215:13, 216:6, 216:15, 216:24, 217:13, 217:17, 218:12, 223:16, 223:18, 224:12, 224:15, 224:19, 224:21, 224:23, 224:25, 225:8, 225:14, 225:17, 226:20
**assessments** [2] - 218:9, 218:15
**assign** [1] - 259:16
**assigned** [5] - 258:9, 258:10, 258:15, 258:16, 259:24
**assignment** [1] - 268:9
**assignments** [1] - 258:12
**assist** [1] - 249:2
**Assistant** [1] - 186:19
**associate** [1] - 193:20
**attained** [1] - 196:18
**attempt** [1] - 270:6
**attend** [2] - 189:22, 189:24
**attention** [3] - 211:1, 247:7, 272:16
**Attorney's** [1] - 260:25
**Attorneys** [1] - 186:19
**automatic** [4] - 254:9, 254:16, 254:17, 254:20
**automatically** [2] -

251:14, 251:22
**available** [1] - 244:18
**average** [1] - 191:24
**aware** [2] - 221:11, 240:6
**axis** [1] - 198:9

## B

**background** [1] - 223:2
**Baldy** [1] - 244:11
**bar** [6] - 194:6, 194:10, 195:17, 197:14, 198:3, 198:6
**Barbara** [1] - 191:12
**base** [1] - 208:5
**based** [26] - 192:2, 192:4, 195:19, 205:11, 206:5, 208:19, 214:6, 215:10, 216:14, 221:14, 221:17, 221:18, 222:11, 223:17, 223:18, 223:20, 223:24, 224:9, 224:16, 224:21, 224:23, 224:25, 233:19, 244:16, 261:1
**Based** [3] - 208:16, 208:17, 209:14
**bases** [1] - 224:19
**basic** [1] - 238:19
**basis** [2] - 203:6, 255:12
**bath** [1] - 255:18
**Bay** [2] - 260:25, 268:4
**bear** [1] - 211:13
**bedroom** [2] - 244:7, 255:17
**began** [1] - 260:4
**beginning** [1] - 257:6
**below** [2] - 203:8, 226:24
**best** [5] - 196:22, 220:15, 244:19, 248:18, 256:14
**better** [3] - 209:11, 218:2, 269:21
**Between** [1] - 224:5
**between** [4] - 194:15, 227:10, 234:9, 244:14
**beyond** [1] - 196:15
**bin** [6] - 205:17, 240:22, 240:24, 241:5, 241:7, 241:9

**BIOS** [1] - 238:21
**bit** [5] - 200:1, 259:13, 261:18, 263:10
**bleeding** [1] - 198:20
**Board** [4] - 190:4, 190:20, 190:25, 191:1
**body** [20] - 201:8, 201:18, 201:19, 204:3, 205:9, 205:12, 206:5, 206:12, 207:22, 208:5, 208:24, 209:15, 209:20, 212:18, 215:11, 221:5, 221:16, 224:23, 225:1, 225:4
**bone** [1] - 201:13
**born** [2] - 247:1, 247:2
**bottom** [6] - 194:7, 195:22, 198:9, 199:11, 200:16, 234:14
**boy** [1] - 212:15
**boy's** [1] - 195:10
**BOYLAN** [1] - 267:18
**Boylan** [5] - 187:4, 267:9, 267:18, 267:21, 269:24
**Boylinks.net** [3] - 236:13, 236:14, 236:20
**Boylinks.net-nudity** [1] - 236:13
**BoyLovers** [1] - 235:22
**boys** [6] - 194:16, 196:12, 196:18, 196:23, 200:20, 209:12, 218:8, 237:25, 238:1, 238:5
**Bradeen** [10] - 187:2, 207:4, 228:1, 228:2, 228:9, 236:23, 237:22, 238:12, 238:17, 242:2
**Bradeen's** [1] - 242:6
**brain** [1] - 225:7
**break** [2] - 226:13, 242:20
**breast** [9] - 198:9, 198:11, 198:12, 198:13, 198:14, 198:15, 216:8, 216:10, 216:13
**Brelsford** [11] - 187:3, 257:14, 257:24, 259:3, 261:17, 261:22,

264:20, 264:22, 266:9, 266:16, 266:20
**BRELSFORD** [1] - 257:24
**Brief** [1] - 255:22
**briefly** [4] - 189:3, 197:17, 200:16, 200:17
**bring** [2] - 209:10, 227:21
**brings** [1] - 251:14
**broke** [1] - 228:9
**broken** [1] - 229:5
**Brooksville** [1] - 267:24
**brother** [4] - 247:23, 248:16, 249:23, 250:23
**brought** [1] - 210:5
**browser** [3] - 230:10, 237:4, 237:5
**build** [3] - 247:19, 248:21, 248:25
**built** [6] - 247:15, 247:16, 247:20, 247:21, 247:24, 249:1
**Bureau** [1] - 258:6
**Bush** [1] - 191:12
**BY** [38] - 188:23, 190:19, 191:9, 195:9, 199:21, 203:5, 204:7, 205:5, 205:25, 207:16, 208:9, 209:9, 211:5, 212:3, 215:25, 218:4, 219:10, 223:15, 225:24, 226:15, 228:8, 230:21, 238:16, 245:20, 246:7, 250:22, 252:5, 252:8, 253:15, 255:9, 255:25, 258:1, 259:15, 264:18, 266:18, 267:20, 269:3, 269:23

**C**

**CALLED** [2] - 242:18, 271:22
**Cambodia** [1] - 222:21
**cannot** [4] - 204:5, 215:13, 215:20, 247:17
**capital** [1] - 212:22
**caption** [1] - 243:6
**capture** [1] - 232:18
**card** [1] - 249:13

**care** [2] - 246:5, 256:11
**career** [1] - 268:11
**careful** [1] - 224:1
**carries** [1] - 243:6
**case** [21] - 213:24, 216:8, 230:1, 230:8, 231:2, 232:7, 234:18, 234:23, 235:21, 235:25, 236:7, 240:5, 241:20, 242:1, 243:6, 260:6, 261:7, 264:5, 266:25, 268:21, 269:13
**Case** [1] - 268:10
**cases** [1] - 268:12
**category** [1] - 236:24
**Caucasians** [1] - 223:5
**caution** [1] - 244:19
**CD** [3] - 234:24, 235:1, 235:3
**Center** [5] - 191:12, 246:11, 259:4, 264:6, 268:14
**certain** [2] - 194:8, 217:23
**certainly** [8] - 201:9, 203:3, 213:19, 213:24, 214:6, 218:2, 218:7, 220:21
**Certainly** [7] - 192:5, 192:11, 201:6, 206:10, 217:21, 220:25, 227:24
**certified** [2] - 190:4, 190:21
**certify** [1] - 276:1
**CHAMBERS** [1] - 187:24
**chance** [5] - 197:8, 197:10, 197:11, 211:6, 218:3
**change** [1] - 227:1
**changes** [7] - 196:13, 199:1, 200:7, 200:8, 206:7, 225:2, 253:25
**characteristics** [1] - 225:1
**characterization** [1] - 226:5
**chart** [6] - 195:11, 195:14, 196:4, 196:7, 197:13, 198:1
**Chart** [3] - 187:6, 187:6, 187:7
**charts** [6] - 194:3, 194:4, 194:11, 194:14, 194:15,

194:18, 194:19, 198:6, 200:12
**chest** [1] - 217:2
**Chicago** [5] - 189:23, 189:25, 190:2, 258:10, 258:13
**child** [43] - 192:3, 192:4, 192:10, 192:13, 192:17, 192:19, 193:8, 195:19, 197:6, 197:8, 201:5, 201:9, 201:16, 203:4, 203:7, 203:9, 203:24, 205:13, 206:3, 206:7, 206:16, 206:18, 206:19, 207:20, 208:4, 208:8, 209:1, 213:21, 213:25, 214:4, 215:17, 215:23, 217:4, 224:14, 225:6, 225:8, 240:7, 240:8, 259:1, 260:8, 268:12, 269:22
**child's** [1] - 205:9
**children** [17] - 189:8, 189:10, 189:12, 189:15, 189:17, 191:22, 194:8, 194:24, 201:20, 201:22, 202:10, 208:14, 209:16, 220:22, 222:3, 226:24, 250:14
**Children** [3] - 259:4, 264:7, 268:15
**Children's** [2] - 191:12, 191:21
**chronologic** [1] - 198:8
**chronological** [2] - 195:21, 228:16
**cities** [1] - 191:16
**clad** [1] - 214:16
**clarify** [3] - 206:25, 227:4, 266:19
**CLARK** [1] - 186:9
**Clark** [17] - 187:3, 243:8, 243:22, 244:5, 244:10, 244:11, 245:9, 245:17, 245:21, 246:18, 250:23, 252:6, 256:1, 256:22, 274:11, 275:12
**clean** [1] - 256:8
**clear** [7] - 196:21, 207:22, 215:16, 227:3, 229:8, 253:8, 254:4

**clearer** [1] - 200:22
**clearly** [13] - 203:7, 203:9, 203:25, 205:9, 206:4, 206:17, 207:20, 208:15, 208:25, 214:2, 214:22, 215:12, 216:15
**CLERK** [8] - 188:10, 188:15, 245:10, 245:15, 257:15, 257:20, 267:10, 267:15
**clerk** [2] - 271:17, 271:18
**click** [1] - 232:25
**clicked** [3] - 233:4, 237:19, 237:20
**clicking** [4] - 234:10, 234:12, 235:2, 237:13
**client** [3] - 227:8, 242:14, 275:10
**clinic** [1] - 194:20
**clinical** [1] - 223:19
**clinically** [1] - 201:8
**clip** [40] - 192:10, 202:16, 202:21, 203:12, 203:15, 203:19, 203:20, 204:8, 204:12, 204:16, 205:15, 205:18, 207:12, 207:17, 207:24, 208:10, 209:3, 209:6, 218:23, 261:3, 261:10, 261:14, 261:23, 263:13, 263:24, 264:1, 264:9, 264:11, 264:12, 264:23, 265:9, 265:11, 265:13, 269:12, 269:16, 269:18, 269:25, 270:3, 271:1, 271:3
**clips** [10] - 202:1, 202:8, 202:11, 207:5, 207:7, 218:19, 220:18, 223:20, 224:9, 261:5
**Clitoral** [1] - 225:16
**clock** [2] - 238:21, 238:22
**close** [1] - 246:2
**closer** [7] - 206:3, 213:20, 213:25, 214:4, 230:19, 268:25, 269:4
**clothes** [1] - 250:15
**cluster** [2] - 207:12, 239:6

4

**clusters** [12] - 206:23, 207:25, 209:7, 228:21, 229:2, 229:8, 232:15, 234:1, 235:6, 239:19, 240:17, 240:20

**coast** [1] - 268:5

**colleague** [1] - 207:3

**collection** [1] - 238:6

**college** [1] - 189:22

**comfort** [1] - 222:22

**comfortable** [11] - 204:21, 205:7, 205:12, 214:3, 214:5, 214:8, 217:3, 217:25, 218:18, 218:21, 224:15

**coming** [3] - 191:17, 205:2, 273:18

**Coming** [1] - 203:23

**commences** [1] - 234:21

**comments** [1] - 210:14

**comparative** [2] - 221:17, 221:20

**complete** [3] - 215:13, 233:13, 254:2

**completed** [1] - 249:19

**completely** [2] - 214:3, 225:15

**complicated** [1] - 249:18

**compound** [1] - 229:18

**comprehensive** [1] - 232:17

**Computer** [1] - 187:16

**computer** [42] - 186:25, 205:16, 206:22, 207:2, 210:25, 217:8, 230:17, 231:19, 233:10, 233:16, 234:25, 237:8, 237:24, 238:18, 243:14, 244:3, 246:14, 247:8, 247:12, 247:24, 248:17, 248:21, 248:24, 249:2, 249:6, 249:23, 250:5, 250:10, 250:12, 250:14, 250:17, 250:24, 250:25, 251:4, 251:8, 251:17, 251:18, 251:20, 251:23, 252:10,

257:8, 258:22

**computers** [2] - 246:16, 256:11

**conclude** [1] - 213:9

**conclusion** [3] - 241:12, 241:13, 260:6

**conduct** [3] - 229:24, 258:21, 264:3

**conducted** [5] - 230:2, 232:2, 232:10, 235:15, 260:1

**CONFERENCES** [2] - 187:23, 187:24

**confidence** [1] - 224:12, 225:20

**confident** [3] - 206:6, 215:22, 226:1

**confirm** [3] - 244:21, 244:25, 256:22

**confirmatory** [1] - 204:5

**connection** [4] - 195:1, 195:3, 249:24, 250:1

**connections** [1] - 231:15

**consider** [2] - 255:5, 255:7

**considerable** [6] - 221:4, 222:10, 223:2, 223:24, 224:2, 224:3

**considerably** [1] - 224:8

**considered** [1] - 255:2

**consult** [4] - 256:21, 271:14, 271:17

**contact** [1] - 270:20

**contacts** [1] - 261:1

**contain** [1] - 240:8

**contained** [3] - 228:13, 229:12, 264:14

**contains** [2] - 207:5, 229:19

**content** [2] - 240:11, 242:22

**contents** [3] - 191:2, 203:15, 204:10

**continue** [1] - 274:7

**continued** [1] - 190:24

**conversation** [1] - 275:12

**convinced** [2] - 204:4, 218:1

**copies** [2] - 210:19, 211:8

**copy** [7] - 203:14, 204:9, 212:23,

233:13, 261:12, 261:15, 269:17

**Correct** [24] - 189:16, 192:8, 193:17, 194:13, 195:12, 196:6, 196:9, 197:16, 199:8, 199:14, 199:16, 200:15, 206:16, 209:5, 211:4, 211:25, 214:17, 221:22, 221:8, 221:13, 224:22, 224:24, 231:1, 236:1

**correct** [61] - 191:4, 193:16, 194:12, 195:2, 196:5, 199:7, 214:16, 218:12, 221:1, 222:17, 224:4, 225:2, 225:13, 226:22, 226:23, 230:23, 231:3, 231:4, 232:5, 232:6, 232:16, 233:15, 233:18, 233:22, 235:7, 235:8, 235:13, 235:17, 235:19, 235:25, 236:11, 236:18, 238:2, 239:14, 239:15, 239:25, 240:1, 240:5, 240:9, 240:10, 240:14, 240:16, 240:18, 253:18, 254:9, 254:14, 254:15, 256:3, 261:23, 262:5, 262:6, 262:9, 264:24, 264:25, 266:8, 266:21, 267:3, 272:21, 275:7, 275:8, 276:2

**correctly** [1] - 249:19

**correspond** [1] - 194:11

**corresponding** [1] - 213:13

**counsel** [7] - 188:2, 226:6, 227:11, 242:12, 242:21, 245:2, 275:18

**count** [1] - 232:7

**countries** [1] - 222:21

**county** [4] - 260:22, 266:25, 267:1, 268:22

**County** [5] - 267:23, 267:25, 268:7, 270:16, 270:17

**couple** [3] - 201:25, 261:5, 261:6

**course** [3] - 191:23,

268:11, 270:11

**COURT** [95] - 186:1, 188:1, 188:2, 188:5, 188:7, 188:20, 190:18, 191:8, 195:8, 199:20, 203:1, 205:20, 205:23, 209:4, 211:2, 211:24, 212:1, 215:16, 215:20, 217:23, 219:4, 219:8, 223:12, 226:4, 226:8, 226:11, 226:14, 227:6, 227:9, 227:13, 227:15, 227:18, 227:20, 227:24, 228:2, 228:6, 230:19, 238:14, 241:13, 241:15, 241:17, 241:19, 241:22, 242:4, 242:8, 242:10, 242:15, 242:17, 242:19, 243:3, 243:18, 243:20, 245:2, 245:6, 246:4, 252:3, 253:14, 255:21, 255:23, 256:18, 257:1, 257:3, 257:12, 259:12, 267:6, 268:25, 271:9, 271:11, 271:13, 271:20, 271:23, 272:1, 272:5, 272:8, 272:14, 272:18, 272:22, 272:24, 273:1, 273:15, 273:19, 273:22, 273:25, 274:3, 274:7, 274:10, 274:14, 274:19, 274:23, 274:25, 275:3, 275:5, 275:9, 275:15, 275:18

**Court** [19] - 186:14, 186:24, 188:24, 190:10, 192:15, 194:1, 197:18, 198:23, 200:3, 200:18, 201:7, 218:10, 245:1, 253:21, 254:11, 273:2, 275:25, 276:1, 276:6

**Court's** [2] - 202:25, 206:22

**Courthouse** [1] - 186:14

**courtroom** [1] - 241:23

**Craig** [1] - 186:19

**crashing** [1] - 237:4

**created** [2] - 230:25,

237:9

**CRIMINAL** [1] - 186:4

**Cross** [5] - 187:1, 219:4, 238:14, 252:3, 271:9

**cross** [1] - 275:13

**CROSS** [4] - 219:9, 238:15, 252:4, 266:17

**cross-examination** [1] - 275:13

**Cross-examination** [4] - 219:4, 238:14, 252:3, 271:9

**current** [2] - 217:17, 268:9

**curriculum** [1] - 190:7

**Curriculum** [1] - 187:5

**curve** [1] - 196:14

# D

**D.P** [3] - 270:9, 270:10, 270:20

**Dalmatian** [2] - 259:19, 259:23

**dat** [1] - 239:23

**data** [10] - 192:20, 193:10, 194:3, 194:5, 194:22, 194:24, 198:25, 246:16, 254:2, 256:12

**date** [10] - 231:5, 231:6, 231:7, 231:9, 231:10, 231:17, 233:24, 235:11, 235:23

**Dated** [1] - 276:4

**dates** [1] - 248:4

**David** [8] - 243:8, 247:21, 247:22, 247:23, 247:24, 248:1, 248:9, 256:22

**DAY** [1] - 275:22

**days** [2] - 229:5, 231:14

**deal** [1] - 189:9

**dealing** [1] - 235:4

**deals** [1] - 230:5

**Decades** [1] - 193:14

**December** [1] - 235:11

**decent** [1] - 222:19

**decision** [2] - 201:20, 274:15

**Defendant** [2] - 186:10, 186:20

**DEFENDANT** [1] - 188:1

**defendant** [2] - 227:11, 244:7

**Defendant's** [1] - 272:4

**defendant's** [1] - 237:24

**defense** [4] - 241:25, 242:12, 242:21, 244:14

**Defense** [1] - 275:3

**Deft's** [1] - 187:21

**degree** [1] - 192:11

**denied** [1] - 274:23

**Dennis** [3] - 186:23, 275:24, 276:5

**denominator** [1] - 219:25

**dental** [1] - 201:12

**Department** [1] - 268:7

**depict** [1] - 264:4

**depicted** [24] - 202:10, 206:2, 209:12, 210:13, 213:18, 215:6, 216:6, 216:25, 217:11, 231:25, 261:19, 261:23, 262:14, 264:8, 264:11, 264:23, 265:2, 265:8, 265:20, 266:1, 266:6, 269:14, 269:22, 269:25

**depicting** [1] - 250:14

**deputy** [1] - 271:18

**derived** [1] - 235:5

**describe** [1] - 232:22

**describing** [1] - 225:5

**Description** [1] - 187:5

**desktop** [1] - 251:15

**details** [1] - 221:2

**detective** [2] - 268:10, 268:21

**Detective** [12] - 207:3, 228:1, 228:2, 228:9, 236:23, 237:22, 238:12, 238:17, 242:2, 242:6, 261:13, 269:24

**determination** [1] - 197:5

**determine** [3] - 192:13, 195:18, 197:3

**development** [25] - 193:9, 194:9, 195:20,

196:24, 197:22, 197:25, 198:15, 199:3, 200:6, 206:19, 209:2, 216:9, 216:11, 216:13, 216:14, 218:16, 221:23, 222:11, 222:15, 223:3, 223:5, 223:7, 223:9

**devil's** [1] - 221:2

**Devon** [2] - 268:18, 268:24

**diagnoses** [1] - 189:19

**dial** [2] - 231:15, 249:19

**Dial** [1] - 249:20

**DiaperLovers** [1] - 236:8

**difference** [2] - 194:15, 234:9

**different** [15] - 197:14, 198:6, 200:20, 213:20, 222:16, 222:18, 223:4, 223:9, 226:20, 226:21, 229:3, 232:11, 234:6, 239:4, 248:22

**difficult** [3] - 224:8, 224:11, 224:13

**digital** [3] - 226:17, 237:17, 240:21

**direct** [1] - 247:7

**DIRECT** [5] - 188:22, 228:7, 245:19, 257:25, 267:19

**Direct** [1] - 187:1

**directory** [1] - 253:22

**disagree** [1] - 272:22

**discuss** [2] - 221:10, 242:14

**discussed** [2] - 230:15, 242:11

**discussing** [2] - 198:24, 221:5

**Discussion** [1] - 227:10

**discussion** [1] - 272:7

**disorders** [2] - 189:8, 189:10

**displayed** [7] - 209:23, 214:11, 215:3, 216:2, 217:7, 217:9, 239:5

**distributed** [1] - 196:14

**distribution** [5] - 197:23, 200:8,

200:20, 201:1, 201:19

**DISTRICT** [2] - 186:1, 186:2

**District** [4] - 186:14, 186:14, 275:25, 276:1

**Docket** [1] - 186:5

**doctor** [7] - 189:21, 195:11, 211:6, 219:11, 227:16, 227:18

**Doctor** [4] - 191:10, 192:1, 193:22, 201:24

**document** [1] - 241:8

**dog** [1] - 244:11

**done** [1] - 221:23

**double** [7] - 232:24, 233:4, 234:10, 234:12, 235:2, 237:13, 237:20

**double-clicked** [2] - 233:4, 237:20

**double-clicking** [4] - 234:10, 234:12, 235:2, 237:13

**down** [9] - 226:13, 227:15, 229:5, 241:17, 256:18, 259:13, 267:6, 271:11, 275:12

**download** [4] - 243:14, 244:3, 250:4, 250:9

**dozen** [1] - 270:12

**Dr** [10] - 188:8, 189:22, 190:7, 190:15, 202:24, 207:6, 207:17, 210:20, 212:5, 218:5

**draw** [2] - 233:23, 272:16

**Drive** [2] - 187:10, 246:11

**drive** [30] - 205:17, 206:24, 207:2, 207:8, 228:21, 229:3, 234:10, 234:23, 234:24, 234:25, 235:1, 235:10, 237:14, 237:25, 239:7, 239:9, 252:10, 252:23, 253:2, 253:4, 253:9, 253:10, 253:11, 253:17, 253:23, 254:1, 254:4, 256:1, 257:8

**drivers** [2] - 249:16, 250:7

**drives** [2] - 256:5, 256:13

**drops** [1] - 196:15

**dump** [5] - 237:7, 237:9, 239:13, 240:3

**duplicate** [1] - 228:24

**during** [7] - 218:10, 231:14, 242:20, 259:25, 261:13, 268:11, 270:10

**DVD** [13] - 187:10, 187:19, 187:20, 203:13, 203:16, 203:18, 204:9, 204:14, 207:4, 207:9, 207:14, 261:15, 269:17

## E

**early** [2] - 231:14, 248:13

**ease** [1] - 207:8

**easiest** [1] - 200:23

**easily** [2] - 225:19, 226:6

**East** [1] - 222:21

**Eastern** [2] - 222:14, 223:5

**easy** [1] - 200:2

**educated** [1] - 221:18

**Edward** [1] - 186:14

**effect** [1] - 215:24

**eight** [4] - 204:13, 248:5, 269:9, 269:18

**Eight** [1] - 258:8

**Either** [1] - 248:22

**either** [3] - 221:6, 225:1, 241:6

**elapsed** [1] - 202:21

**employed** [5] - 245:25, 258:5, 267:22, 267:23, 268:6

**EnCase** [2] - 229:24, 233:20

**end** [5] - 196:8, 208:2, 208:12, 208:21, 209:8

**END** [1] - 275:22

**endocrinologist** [1] - 189:2

**endocrinology** [4] - 189:7, 190:5, 190:21

**ends** [2] - 207:14, 208:24

**enlarge** [4] - 195:14, 198:3, 198:5, 200:1

**entails** [1] - 189:4

**entered** [6] - 202:18, 243:11, 243:15,

243:25, 244:4, 244:14

**entire** [2] - 205:21, 231:19

**entitled** [3] - 186:13, 243:5, 276:3

**entries** [7] - 228:14, 228:16, 228:24, 229:12, 229:19, 232:12, 232:18

**entry** [5] - 229:11, 232:14, 234:20, 235:10, 237:12

**equal** [8] - 213:4, 213:23, 214:20, 216:11, 216:12, 216:13, 217:16, 220:12

**Eric** [3] - 187:3, 257:14, 257:23

**ERIC** [1] - 257:23

**error** [2] - 224:4, 224:6

**Especially** [1] - 231:14

**Esquire** [3] - 186:18, 186:19, 186:20

**essence** [1] - 231:13

**estimate** [5] - 213:1, 213:17, 214:14, 214:18, 220:17

**estimation** [1] - 210:12

**ethnicity** [3] - 222:11, 223:1, 223:25

**Europeans** [2] - 222:14, 223:5

**evaluate** [3] - 202:3, 212:10, 222:3

**evaluated** [1] - 218:20

**evaluates** [1] - 189:11

**evaluation** [4] - 212:11, 218:21, 224:9

**evidence** [13] - 202:18, 210:18, 226:7, 243:11, 243:15, 243:25, 244:4, 244:25, 256:25, 257:7, 257:9, 261:7, 269:13

**Exactly** [1] - 274:9

**examination** [9] - 192:7, 219:4, 223:17, 223:19, 235:16, 238:14, 252:3, 271:9, 275:13

**EXAMINATION** [10] - 188:22, 219:9, 228:7, 238:15, 245:19,

252:4, 255:24, 257:25, 266:17, 267:19

**examined** [1] - 233:17

**example** [8] - 195:25, 222:14, 223:4, 229:11, 232:23, 234:11, 237:11

**exceeded** [1] - 231:18

**exception** [1] - 239:4

**excerpt** [1] - 202:18

**excluded** [6] - 273:5, 273:6, 273:8, 273:10, 273:15

**excused** [4] - 227:16, 227:18, 241:22, 242:2

**Exhibit** [53] - 190:9, 191:6, 198:22, 202:17, 202:20, 202:22, 203:13, 203:14, 204:9, 204:11, 205:15, 205:18, 206:25, 207:5, 207:9, 207:13, 207:25, 208:11, 208:21, 209:7, 212:4, 212:20, 213:12, 214:10, 215:2, 216:17, 217:5, 217:9, 229:9, 231:24, 232:1, 237:11, 237:24, 243:7, 243:15, 243:18, 243:19, 244:4, 247:8, 252:9, 252:19, 254:7, 254:13, 257:10, 261:11, 261:12, 264:14, 265:20, 265:25, 269:17, 271:2, 272:4

**exhibit** [1] - 211:1

**Exhibits** [11] - 193:23, 195:6, 209:24, 210:11, 211:8, 211:10, 211:20, 243:12, 244:1, 256:24, 266:7

**exhibits** [6] - 194:2, 211:12, 221:7, 227:23, 243:2, 271:18

**exist** [1] - 235:1

**existence** [2] - 243:10, 243:24

**exists** [1] - 233:16

**expect** [4] - 195:23, 199:2, 214:6, 275:15

**experience** [8] - 192:2, 221:14, 221:17, 222:1, 225:7, 238:4, 256:12, 259:16

**expert** [5] - 238:18, 241:25, 242:5, 275:7, 275:10

**expiration** [5] - 231:5, 231:9, 231:10, 231:17

**explain** [11] - 189:3, 192:15, 194:1, 195:17, 196:22, 197:17, 198:7, 200:17, 203:6, 253:21, 254:6

**Explain** [2] - 200:3, 201:7

**exploitation** [3] - 259:1, 260:8, 268:12

**Exploited** [3] - 259:4, 264:7, 268:15

**Explorer** [3] - 229:4, 229:16

**extra** [1] - 191:19

## F

**face** [4] - 192:7, 201:18, 225:2

**face-to-face** [1] - 192:7

**facial** [10] - 204:3, 208:6, 212:18, 217:2, 221:5, 221:15, 224:25, 225:1, 225:4

**fact** [9] - 192:22, 222:14, 223:3, 233:11, 233:24, 240:12, 244:21, 252:22, 253:1

**factors** [1] - 225:6

**facts** [1] - 244:16

**fall** [1] - 235:14

**familiar** [12] - 236:25, 246:20, 248:13, 254:24, 259:3, 259:19, 259:22, 268:14, 268:17, 268:20, 269:24, 270:3

**far** [5] - 202:12, 249:22, 251:1, 256:9, 265:7

**Far** [1] - 222:21

**faster** [1] - 231:13

**FBI** [6] - 200:3, 210:7, 258:7, 258:11, 258:17, 260:2

**features** [1] - 208:6

**Federal** [2] - 186:15, 258:5

**felt** [1] - 217:2

**female** [4] - 203:24, 214:16, 216:6, 219:15

**females** [5] - 219:17, 219:21, 220:10, 238:8, 238:10

**Fern** [3] - 243:22, 246:18, 256:22

**few** [6] - 204:16, 234:8, 238:8, 238:10, 242:15, 248:20

**field** [5] - 189:6, 233:1, 258:10, 258:16, 260:1

**fields** [4] - 230:4, 230:5, 230:8, 230:9

**figure** [1] - 201:19

**file** [45] - 207:14, 208:1, 208:11, 208:21, 209:8, 229:7, 229:15, 229:7, 229:18, 232:21, 232:23, 232:25, 233:1, 233:2, 233:4, 233:7, 233:10, 233:12, 234:3, 234:10, 234:12, 234:25, 235:2, 235:10, 236:24, 237:2, 237:7, 237:9, 237:14, 237:16, 237:18, 239:5, 239:8, 239:13, 239:15, 239:18, 239:21, 239:23, 240:2, 240:3, 240:23, 264:16, 265:1

**files** [12] - 228:21, 232:14, 234:4, 239:3, 241:3, 243:14, 244:3, 250:4, 250:9, 250:13, 250:18, 264:13

**filtering** [1] - 226:25

**final** [3] - 209:3, 209:6, 237:11

**finally** [1] - 265:25

**Finally** [2] - 237:22, 244:10

**Fine** [2] - 226:10, 274:14

**fine** [3] - 219:8, 243:3, 274:18

**finish** [1] - 275:15

**First** [4] - 199:25, 225:15, 238:20, 265:19

**first** [26] - 188:16, 202:16, 207:11, 225:11, 229:9,

229:10, 243:4, 244:7, 245:16, 257:21, 261:10, 262:22, 262:23, 263:7, 263:8, 263:23, 264:1, 265:5, 265:6, 272:3, 273:4, 273:9

**Five** [1] - 242:16

**five** [6] - 198:12, 205:19, 205:22, 224:10, 263:3, 265:1

**FLETCHER** [51] - 188:4, 188:6, 191:7, 195:7, 199:19, 211:21, 219:10, 223:14, 223:15, 225:24, 226:10, 226:13, 226:15, 227:7, 227:12, 238:16, 241:14, 242:5, 245:3, 252:5, 252:7, 252:8, 253:15, 255:8, 255:9, 255:20, 256:17, 257:2, 257:11, 259:9, 266:18, 267:4, 271:10, 272:2, 272:6, 272:15, 272:21, 273:12, 273:17, 273:20, 273:23, 274:2, 274:5, 274:9, 274:24, 275:4, 275:8, 275:11, 275:17

**Fletcher** [5] - 186:20, 272:1, 272:12, 274:17, 275:7

**floor** [2] - 244:7, 244:8

**Florida** [3] - 267:24, 268:3, 268:5

**focus** [2] - 225:21, 226:18

**focuses** [1] - 200:19

**folder** [2] - 241:2, 241:8

**follow** [1] - 189:19

**follows** [1] - 186:15

**footage** [1] - 269:19

**Ford** [2] - 186:23, 275:24, 276:5

**fore** [1] - 206:20

**foregoing** [1] - 276:1

**forensic** [1] - 230:2

**forgive** [1] - 244:12

**format** [4] - 253:24, 253:25, 254:2

**forth** [2] - 190:17, 244:17

**forward** [2] - 263:10,

269:21

**foundational** [1] - 211:23

**four** [6] - 237:18, 237:19, 237:20, 240:25, 241:1, 273:9

**fourth** [2] - 273:7, 273:12

**frame** [4] - 202:21, 261:23, 270:18

**front** [12] - 195:13, 195:15, 198:2, 199:22, 212:7, 213:12, 213:14, 214:1, 216:18, 216:21, 234:11, 261:8

**full** [2] - 208:24, 253:25

**fully** [2] - 215:24, 220:23

## G

**gain** [1] - 201:4

**general** [6] - 190:25, 197:21, 201:10, 201:23, 225:3, 225:5

**generally** [6] - 189:14, 193:3, 193:4, 228:12, 228:15, 251:9

**Generally** [1] - 189:18

**generated** [1] - 237:7

**genital** [3] - 199:3, 212:17, 222:15

**genitalia** [14] - 200:6, 200:21, 203:11, 206:13, 207:21, 208:7, 208:19, 209:15, 214:1, 215:11, 218:16, 225:10, 225:12, 225:16

**GEORGE** [1] - 186:13

**Gignoux** [1] - 186:14

**girl's** [1] - 198:1

**girls** [6] - 194:16, 198:15, 220:3, 237:25, 238:1, 238:6

**given** [3] - 192:20, 195:24, 225:18

**glasses** [1] - 206:15

**glean** [2] - 231:25, 234:21

**God** [4] - 188:13, 245:13, 257:18, 267:13

**Government** [16] -

186:18, 188:8,
227:25, 242:21,
242:23, 244:14,
245:9, 257:13, 267:8,
271:15, 271:24,
272:3, 272:22,
274:10, 274:15, 275:1
**Government's** [42] -
190:9, 191:6, 193:23,
195:6, 198:22,
198:23, 199:18,
203:14, 204:9,
204:10, 205:15,
205:18, 206:25,
207:4, 207:9, 207:12,
209:24, 210:10,
211:10, 211:20,
212:4, 212:20,
213:12, 214:10,
215:1, 216:17, 217:5,
217:9, 243:6, 243:12,
243:15, 244:1, 244:4,
247:8, 252:9, 252:18,
254:7, 256:24,
257:10, 261:11,
264:14, 265:19
**Govt's** [1] - 187:5
**graduate** [1] - 190:1
**Grand** [1] - 244:16
**graph** [2] - 195:17,
198:4
**graphs** [3] - 194:6,
194:10, 197:14
**great** [1] - 256:11
**Green** [1] - 260:25
**growth** [6] - 189:10,
189:12, 194:3, 194:4,
200:7, 222:4
**Growth** [1] - 199:12
**guess** [8] - 198:4,
200:22, 220:15,
221:2, 221:20, 224:1,
225:3, 254:5
**guest** [2] - 230:23,
251:10

### H

**habitus** [14] - 201:9,
201:18, 204:3,
205:12, 206:5,
206:12, 207:22,
209:20, 212:18,
215:11, 221:5,
221:16, 224:23, 225:4
**hair** [38] - 196:1,
196:17, 196:24,
197:2, 197:4, 197:5,
197:14, 197:22,
197:23, 198:10,

199:2, 200:8, 200:19,
200:25, 201:19,
203:11, 208:6,
212:16, 213:23,
214:1, 216:9, 216:14,
217:16, 218:6, 218:8,
218:11, 218:20,
219:18, 221:5,
221:15, 222:12,
222:15, 223:8, 225:1,
225:4
**half** [2] - 199:25,
200:16
**Half** [1] - 270:12
**hand** [7] - 188:10,
190:9, 201:13,
217:12, 245:10,
257:15, 267:10
**handed** [1] - 273:2
**handwriting** [1] -
210:22
**Hard** [1] - 187:10
**hard** [27] - 205:17,
206:24, 207:2, 207:8,
212:23, 234:10,
234:25, 235:1,
237:14, 237:25,
252:10, 252:23,
253:2, 253:4, 253:9,
253:10, 253:11,
253:17, 253:23,
254:1, 254:4, 254:6,
256:1, 256:5, 256:13,
257:8
**hear** [1] - 246:3
**heard** [1] - 248:15
**hearing** [4] - 188:12,
245:12, 257:17,
267:12
**height** [1] - 222:6
**held** [1] - 186:13
**help** [5] - 188:13,
210:24, 245:13,
257:18, 267:13
**helped** [3] - 250:2,
250:23, 251:5
**hereby** [3] - 243:7,
243:17, 243:21
**Hernando** [5] -
267:23, 267:25,
268:6, 270:16, 270:17
**Hewett** [2] - 244:9,
246:21
**highlight** [1] - 198:4
**highlighted** [1] -
196:5
**highlighting** [7] -
272:18, 273:3, 273:4,
273:5, 273:6, 273:7,
273:9

**highlights** [1] -
273:13
**Hispanic** [1] - 222:20
**history** [16] - 228:11,
229:4, 229:10,
229:16, 229:17,
229:19, 230:1, 230:3,
230:6, 231:11, 234:1,
237:10, 239:9,
239:24, 240:4
**hit** [1] - 230:10
**hits** [2] - 229:23,
230:3
**hold** [3] - 214:23,
246:13, 274:18
**home** [2] - 190:17,
248:13
**honest** [1] - 248:4
**honestly** [1] - 254:22
**Honor** [64] - 188:3,
188:4, 188:21,
190:13, 191:6, 195:5,
199:17, 202:16,
206:21, 207:13,
208:1, 209:8, 210:17,
211:4, 211:19,
211:21, 211:25,
219:2, 219:7, 225:23,
227:14, 227:22,
227:25, 228:5,
238:13, 241:11,
241:16, 241:18,
241:21, 241:25,
242:9, 242:11,
242:20, 243:4,
244:12, 245:4, 245:8,
245:18, 246:6,
250:21, 252:2,
253:13, 255:22,
256:16, 256:20,
257:4, 257:13,
259:11, 259:14,
261:12, 264:14,
266:14, 266:15,
267:7, 267:8, 269:16,
271:7, 271:14,
271:15, 271:24,
272:10, 273:17,
274:16, 275:2
**HONORABLE** [1] -
186:13
**hormone** [3] - 189:8,
189:10, 189:12
**hormones** [1] -
189:7
**Hospital** [2] - 191:13,
191:21
**Hotel** [2] - 259:19,
259:23
**hour** [10] - 202:22,

202:23, 203:15,
203:16, 203:20,
261:14, 262:15,
263:3, 263:19, 266:23
**house** [3] - 244:8,
246:20, 254:25

### I

**I.C** [1] - 265:4
**identical** [3] - 211:8,
215:2, 216:20
**identified** [6] -
208:11, 260:12,
261:13, 265:16,
266:10, 268:22
**identifiers** [1] -
259:23
**identify** [6] - 252:12,
261:3, 262:3, 263:11,
264:16, 270:7
**identifying** [1] -
190:15
**II** [17] - 196:1, 196:3,
196:17, 197:2, 197:4,
198:14, 200:24,
201:2, 203:10, 204:2,
206:5, 206:16, 213:4,
213:24, 216:11,
216:13, 224:5
**III** [12] - 203:9, 204:1,
205:11, 206:4,
206:14, 206:17,
207:21, 213:25,
214:2, 214:20,
216:10, 216:12
**illustrations** [5] -
199:7, 200:1, 200:3,
200:13, 200:17
**image** [12] - 214:11,
215:3, 215:5, 216:2,
216:20, 217:12,
233:13, 243:14,
244:3, 250:9, 261:3,
265:21, 266:1
**images** [22] - 202:8,
217:7, 217:9, 218:14,
218:19, 220:19,
224:10, 238:1,
239:24, 240:1,
240:16, 240:19,
240:21, 240:22,
250:13, 259:17,
259:22, 259:24,
261:6, 265:18, 268:17
**important** [1] -
225:13
**impossible** [1] -
253:8
**imprecision** [1] -

205:1
**included** [2] -
229:22, 273:7
**including** [1] - 259:1
**incomplete** [3] -
232:21, 232:23,
233:11
**IncompleteFishBoy
Jack** [2] - 233:2, 233:5
**inconsistent** [1] -
222:16
**index.dat** [7] -
229:13, 229:18,
232:13, 239:5, 239:8,
239:22, 240:2
**indicate** [2] - 190:20,
272:12
**indicates** [1] - 256:2
**indicating** [1] -
252:16
**Indirectly** [1] -
192:14
**individual** [31] -
195:23, 213:6,
213:25, 214:2,
214:14, 215:12,
218:23, 218:24,
222:24, 262:13,
262:14, 262:16,
262:17, 262:20,
262:22, 263:2, 263:4,
263:18, 263:20,
263:22, 265:4, 265:5,
265:7, 265:10,
265:11, 265:20,
266:1, 266:3, 266:4,
266:6, 269:25
**individual's** [1] -
262:2
**individually** [1] -
252:13
**individuals** [19] -
202:4, 210:13,
213:18, 224:13,
261:19, 261:22,
261:25, 262:7,
263:11, 263:14,
264:8, 264:11,
264:23, 265:2, 265:8,
265:15, 266:10,
266:20, 267:2
**information** [12] -
190:15, 197:19,
228:12, 229:12,
229:14, 230:8,
233:19, 235:5, 235:6,
237:3, 246:9, 254:1
**initial** [4] - 251:1,
262:23, 263:8, 265:6
**initials** [17] - 262:3,

262:8, 262:16, 262:17, 262:23, 263:6, 263:7, 263:22, 265:2, 265:4, 265:5, 265:7, 265:23, 265:24, 266:3, 266:4, 270:8
**inside** [1] - 203:20
**installation** [1] - 235:7
**installed** [3] - 233:21, 235:15, 249:17
**instance** [2] - 232:24, 233:9
**instances** [2] - 238:7, 239:18
**instructed** [1] - 193:18
**intact** [1] - 254:2
**intent** [1] - 241:10
**interacted** [3] - 269:8, 269:9, 270:24
**internal** [1] - 237:6
**Internet** [31] - 228:11, 229:4, 229:10, 229:16, 230:1, 230:2, 230:6, 231:11, 231:13, 231:14, 231:15, 232:8, 232:11, 233:9, 234:1, 234:9, 234:15, 236:5, 236:10, 237:10, 239:8, 239:24, 240:4, 249:20, 249:24, 250:4, 250:8, 250:10
**interstate** [1] - 257:7
**interview** [1] - 272:7
**interviewed** [1] - 266:20
**interviews** [1] - 244:16
**introduce** [1] - 272:5
**introduced** [2] - 207:4, 261:11
**introducing** [1] - 272:3
**intrusion** [1] - 258:22
**investigation** [11] - 259:25, 260:3, 260:8, 260:11, 261:14, 266:11, 268:23, 269:5, 270:4, 270:11, 271:5
**Investigation** [1] - 258:6
**investigations** [4] - 238:5, 258:20,

258:23, 259:2
**involved** [6] - 238:9, 238:10, 260:5, 260:10, 266:12, 268:12
**involving** [1] - 260:13
**issue** [2] - 194:5, 225:20
**issues** [6] - 189:11, 222:5, 225:21, 225:22, 226:17, 273:11
**item** [1] - 219:5
**items** [1] - 221:6
**itself** [3] - 229:17, 237:6, 254:1
**IV** [4] - 208:7, 212:16, 217:16, 224:5

## J

**J.D** [3] - 265:7, 265:24, 266:5
**J.N** [1] - 199:13
**James** [3] - 187:4, 267:9, 267:18
**January** [8] - 186:15, 232:4, 235:23, 236:16, 237:13, 244:6, 260:4, 275:21
**JD** [1] - 262:17
**Jerrold** [3] - 187:2, 188:8, 188:18
**JERROLD** [1] - 188:18
**job** [2] - 222:5, 246:15
**Journal** [1] - 194:23
**jpeg** [1] - 233:3
**jpg** [1] - 233:6
**Judge** [2] - 186:14, 205:22
**June** [1] - 276:4
**Jury** [1] - 244:16

## K

**KE** [2] - 262:23, 265:6
**keep** [3] - 190:24, 223:7, 249:15
**keeping** [1] - 270:6
**keyword** [3] - 229:25, 230:2, 232:3
**kids** [2] - 189:19, 260:13
**kind** [3] - 219:20, 232:9, 237:6

**kinds** [1] - 225:22
**kitchen** [1] - 255:17
**knowledge** [6] - 243:10, 243:24, 248:18, 253:19, 256:10, 256:14
**KY** [1] - 263:7

## L

**label** [1] - 254:1
**labeled** [2] - 207:4, 208:2
**lack** [3] - 208:18, 218:11, 241:10
**large** [1] - 259:24
**last** [17] - 188:16, 231:5, 231:7, 233:24, 235:10, 236:23, 245:16, 247:3, 247:5, 254:24, 257:21, 262:24, 263:8, 265:6, 267:16, 270:23
**late** [1] - 189:19
**law** [2] - 193:15
**lead** [4] - 213:9, 217:19, 226:20, 259:10
**leading** [2] - 259:9, 259:12
**learn** [1] - 193:18
**least** [4] - 206:13, 222:11, 248:5, 260:20
**leave** [1] - 211:18
**Leave** [1] - 227:20
**leaves** [1] - 254:1
**Lechner** [2] - 202:2, 210:7
**left** [8] - 201:13, 217:12, 235:6, 247:9, 262:13, 265:3, 265:4
**left-hand** [1] - 217:12
**legal** [2] - 241:12, 241:13
**length** [1] - 202:11
**Less** [5] - 213:4, 213:11, 214:20, 216:13, 217:16
**less** [46] - 196:24, 196:25, 202:5, 203:9, 205:11, 206:4, 206:5, 206:6, 206:8, 206:17, 206:18, 207:21, 207:23, 208:7, 208:8, 208:15, 209:17, 212:16, 212:19, 213:23, 214:2, 214:4, 214:5, 214:7, 214:8, 214:22, 215:12,

215:17, 215:23, 216:10, 216:11, 216:12, 216:16, 217:4, 217:21, 218:1, 218:3, 218:24, 220:3, 220:7, 220:13, 220:16, 224:17
**letter** [1] - 262:10
**light** [1] - 222:15
**likely** [6] - 192:21, 197:6, 203:9, 203:10, 204:1, 218:22
**limitations** [1] - 221:1
**limited** [1] - 222:7
**line** [6] - 273:4, 273:5, 273:6, 273:7, 273:9, 273:13
**linear** [1] - 194:4
**lines** [1] - 273:10
**links** [1] - 229:6
**list** [1] - 275:11
**listed** [1] - 199:11
**LittleDiapers** [1] - 240:13
**live** [4] - 245:21, 246:23, 246:25, 266:22
**lived** [4] - 245:23, 247:4, 254:25, 267:2
**lives** [1] - 246:21
**living** [4] - 244:8, 247:5, 255:3, 255:18
**loaded** [1] - 249:16
**local** [2] - 231:19, 232:25
**locally** [1] - 233:7
**located** [1] - 268:2
**logging** [1] - 254:9
**login** [5] - 251:1, 254:8, 254:13, 254:21
**logon** [2] - 251:14, 251:21
**logs** [1] - 251:14, 251:22
**look** [14] - 190:10, 193:24, 195:25, 200:13, 201:17, 202:24, 204:22, 209:25, 211:6, 214:24, 220:21, 231:12, 232:25, 272:17
**looked** [1] - 200:12, 211:9, 211:12, 256:2
**looking** [4] - 196:4, 197:2, 201:15, 211:2
**Looking** [1] - 197:21
**Lord** [2] - 273:18, 274:12

**loud** [1] - 249:10
**lower** [2] - 219:16, 219:17
**lying** [1] - 203:24

## M

**M.C** [1] - 263:22
**main** [1] - 249:21
**MAINE** [1] - 186:2
**Maine** [8] - 186:15, 191:12, 191:17, 245:22, 246:1, 246:8, 246:12, 276:1
**mainframe** [1] - 246:16
**maintain** [1] - 270:7
**maintains** [2] - 244:6, 244:7
**major** [1] - 189:9
**Major** [1] - 268:10
**majority** [1] - 266:22
**male** [10] - 200:6, 204:5, 206:13, 206:15, 215:6, 215:18, 216:25, 217:11, 217:20, 219:15
**males** [13] - 198:25, 199:4, 199:5, 206:2, 218:16, 219:21, 220:6, 220:7, 220:9, 225:14, 238:8, 238:10
**manipulated** [4] - 225:19, 226:1, 226:6, 239:1
**manipulation** [1] - 226:17
**manual** [1] - 186:25
**manufacture** [1] - 257:8
**March** [2] - 235:3, 270:19
**margin** [2] - 224:4, 224:6
**marked** [8] - 193:22, 198:21, 210:10, 210:17, 211:9, 214:9, 257:10, 272:15
**marking** [2] - 252:15, 252:16
**markings** [1] - 210:20
**materials** [1] - 253:22
**matter** [3] - 186:13, 223:1, 276:3
**Matthew** [12] - 233:14, 234:4, 234:7,

244:11, 247:21, 248:7, 248:16, 249:8, 250:24, 254:20, 255:2, 255:6

**MATTHEW** [1] - 186:9

**maturity** [1] - 201:18

**max** [1] - 241:3

**McFetridge's** [1] - 261:13

**mean** [10] - 196:12, 209:4, 221:3, 221:24, 223:8, 225:21, 229:21, 237:18, 253:9

**means** [1] - 196:24

**measurement** [1] - 197:22

**Med** [1] - 191:17

**medical** [3] - 189:24, 200:23, 221:9

**Medical** [2] - 191:12, 193:15

**Medicine** [2] - 189:25, 190:2

**medicine** [1] - 191:11

**meet** [2] - 260:14, 270:10

**meeting** [1] - 260:24

**meetings** [4] - 260:21, 260:22, 270:14, 270:18

**menarche** [1] - 198:17

**Menarche** [3] - 198:18, 198:19, 198:20

**menstrual** [1] - 198:20

**mentioned** [4] - 232:13, 234:8, 254:8, 263:15

**mentioning** [1] - 223:7

**Merit** [1] - 275:24

**message** [1] - 230:11

**met** [8] - 231:18, 260:20, 261:25, 262:4, 262:18, 263:4, 266:24, 270:5

**method** [2] - 192:6, 193:4

**methodological** [1] - 221:1

**methods** [1] - 201:4

**mic** [1] - 246:4

**microphone** [4] - 230:19, 246:2, 269:1, 269:4

**Microsoft** [1] - 229:16

**middle** [4] - 234:20, 235:18, 265:5, 265:10

**might** [4] - 195:1, 222:16, 222:17, 251:10

**Milwaukee** [8] - 258:16, 258:18, 258:24, 258:25, 260:1, 260:24, 266:21, 266:23

**mind** [2] - 222:22, 232:21

**minimum** [1] - 260:19

**minors** [4] - 250:14, 260:10, 260:12, 270:7

**minute** [6] - 202:23, 204:13, 223:18, 242:17, 269:18, 271:20

**minutes** [15] - 202:22, 202:23, 203:16, 203:17, 203:20, 204:13, 204:15, 242:15, 242:16, 261:15, 262:15, 263:3, 263:19, 268:4, 270:2

**missed** [1] - 225:11

**Missing** [3] - 259:4, 264:6, 268:15

**misunderstood** [1] - 272:11

**mixes** [1] - 229:3

**modem** [3] - 249:14, 249:15, 249:17

**modems** [1] - 249:15

**moment** [7] - 197:3, 205:2, 244:13, 245:5, 250:20, 256:4, 266:14

**moments** [1] - 234:8

**monitoring** [1] - 237:8

**month** [3] - 191:23, 191:25, 192:1

**months** [3] - 249:5, 249:6, 270:25

**morning** [16] - 188:2, 188:3, 188:4, 219:11, 219:12, 238:17, 252:6, 258:2, 258:3, 267:21, 273:18, 273:21, 273:22, 274:8, 274:18, 275:6

**most** [10] - 190:11, 192:6, 192:18, 203:10, 204:1, 206:16, 239:3,

240:12, 262:13, 265:4

**mostly** [1] - 222:7

**Mostly** [1] - 249:13

**mother** [2] - 246:18, 246:20

**mother's** [2] - 248:13, 254:25

**mothers** [1] - 255:3

**Motion** [1] - 274:23

**motion** [2] - 274:20, 274:21

**motions** [1] - 274:17

**Move** [3] - 230:19, 259:12, 268:25

**move** [13] - 191:5, 195:5, 199:17, 203:19, 204:15, 211:19, 244:25, 246:4, 247:2, 256:25, 264:12, 265:18, 269:21

**movie** [1] - 237:17

**moving** [2] - 198:1, 208:10

**MR** [149] - 188:3, 188:4, 188:6, 188:8, 188:21, 188:23, 190:13, 190:19, 191:5, 191:7, 191:9, 195:5, 195:7, 195:9, 199:17, 199:19, 199:21, 202:16, 203:5, 203:23, 204:7, 204:20, 204:22, 205:1, 205:5, 205:21, 205:25, 206:21, 207:16, 208:1, 208:9, 209:6, 209:9, 210:17, 211:4, 211:5, 211:19, 211:21, 211:25, 212:3, 215:25, 218:4, 219:2, 219:6, 219:10, 223:14, 223:15, 225:23, 225:24, 226:3, 226:5, 226:10, 226:13, 226:15, 227:7, 227:12, 227:14, 227:17, 227:22, 227:25, 228:5, 228:8, 230:21, 238:12, 238:16, 241:11, 241:14, 241:16, 241:20, 241:25, 242:5, 242:9, 242:11, 242:16, 242:20, 243:4, 243:19, 243:21, 245:3, 245:4, 245:8, 245:18, 245:20, 246:7, 250:20, 250:22, 252:1, 253:13, 255:6, 255:22, 255:25, 256:15, 256:20, 257:4, 272:10, 272:23, 272:25, 274:16

250:22, 252:1, 252:5, 252:7, 252:8, 253:13, 253:15, 255:6, 255:8, 255:9, 255:20, 255:22, 255:25, 256:15, 256:17, 256:20, 257:2, 257:4, 257:11, 257:13, 258:1, 259:9, 259:11, 259:14, 259:15, 264:13, 264:18, 266:14, 266:18, 267:4, 267:5, 267:8, 267:20, 269:3, 269:16, 269:23, 271:7, 271:10, 271:14, 271:21, 271:24, 272:2, 272:6, 272:10, 272:15, 272:21, 272:23, 272:25, 273:12, 273:17, 273:20, 273:23, 274:2, 274:5, 274:9, 274:11, 274:16, 274:20, 274:24, 275:1, 275:4, 275:8, 275:11, 275:17

**multiple** [1] - 229:19

**Murphy** [5] - 186:18, 219:5, 264:15, 271:15, 271:23

**MURPHY** [68] - 188:8, 188:21, 188:23, 190:13, 190:19, 191:5, 191:9, 195:5, 195:9, 199:17, 199:21, 202:16, 203:5, 203:23, 204:7, 204:20, 204:22, 205:1, 205:5, 205:21, 205:25, 206:21, 207:16, 208:1, 208:9, 209:6, 209:9, 210:17, 211:4, 211:5, 211:19, 211:25, 212:3, 215:25, 218:4, 219:2, 219:6, 225:23, 226:3, 226:5, 226:10, 226:13, 226:15, 227:7, 227:14, 227:17, 227:22, 242:11, 242:16, 242:20, 243:4, 243:19, 243:21, 245:4, 245:8, 245:18, 245:20, 246:7, 250:20, 250:22, 252:1, 253:13, 255:6, 255:22, 255:25, 256:10, 257:4, 272:10, 272:23, 272:25, 274:16

**N**

**name** [32] - 188:16, 188:17, 229:13, 230:14, 230:16, 231:2, 231:25, 232:21, 232:24, 232:25, 233:14, 234:2, 234:4, 234:6, 234:21, 236:24, 245:16, 245:17, 251:17, 254:13, 257:21, 257:22, 257:23, 262:23, 262:24, 263:7, 263:8, 265:6, 267:16

**named** [4] - 233:4, 244:11, 251:11, 251:17, 251:19, 251:21

**names** [1] - 259:16

**National** [3] - 259:4, 264:6, 268:14

**Native** [1] - 223:3

**nature** [3] - 205:10, 225:18, 249:12

**NCMEC** [3] - 259:7, 259:16, 259:24

**near** [1] - 266:21

**nearly** [1] - 253:8

**necessarily** [3] - 233:13, 238:7, 240:6

**necessary** [1] - 262:11

**need** [2] - 190:22, 202:12

**needed** [2] - 201:11, 242:7

**needs** [1] - 254:12

**Netscape** [3] - 232:2, 232:11, 236:3

**networking** [1] - 233:12

**Next** [1] - 242:10

**next** [7] - 203:12, 204:8, 205:15, 208:10, 236:23, 242:13, 244:24

**non** [4] - 222:9, 222:23, 229:7

**non-adult** [1] - 222:23

**non-Americans** [1] - 222:9

**non-pubertal** [1] - 222:23

**normal** [1] - 193:1

**normally** [1] - 196:14

**north** [1] - 268:4

**North** [2] - 194:24, 222:17

**northeastern** [1] - 222:8

**northwest** [2] - 260:23, 266:23

**notate** [2] - 210:11, 217:12

**note** [2] - 190:13, 210:23

**noted** [2] - 210:15, 219:13

**nothing** [5] - 188:13, 245:13, 256:1, 257:18, 267:13

**notice** [1] - 186:13

**nudity** [2] - 236:13, 236:21

**Nudity.hgml** [1] - 236:14

**number** [17] - 193:13, 198:14, 199:6, 207:15, 208:12, 208:21, 209:8, 218:7, 220:2, 220:14, 226:8, 243:16, 259:24, 260:17, 264:3, 264:16

**Number** [3] - 190:16, 243:18, 243:19

**numbers** [4] - 210:24, 233:3, 235:5, 249:23

### O

**O-l-s-h-a-n** [1] - 188:19

**oath** [2] - 228:3, 244:22

**object** [4] - 211:21, 226:3, 226:5, 274:10

**Objection** [4] - 241:11, 253:13, 255:6, 259:9

**objection** [6] - 191:7, 195:7, 199:19, 212:2, 257:2, 257:11

**observation** [3] - 192:4, 192:10, 219:16

**observe** [2] - 204:16, 250:13

**obtained** [2] - 199:1, 256:5

**obviously** [2] - 227:3, 274:12

**Occasionally** [1] - 189:18

**occasions** [3] -

201:25, 232:11, 266:24

**occupation** [1] - 188:24

**occur** [2] - 260:3, 260:21

**occurred** [4] - 232:4, 234:2, 260:22, 260:24

**occurs** [2] - 244:12, 244:13

**OF** [3] - 186:2, 186:4, 275:22

**offer** [1] - 257:9

**office** [7] - 210:5, 258:10, 258:17, 260:1, 260:23, 266:25, 270:15

**Office** [2] - 260:25, 267:24

**Official** [3] - 186:24, 275:25, 276:6

**offset** [6] - 207:15, 208:2, 208:12, 208:21, 209:8, 264:16

**often** [2] - 192:23, 253:9

**OIT** [1] - 246:11

**old** [2] - 197:7, 205:13

**older** [4] - 197:6, 205:14, 249:17, 252:20

**Olshan** [1] - 187:2, 188:9, 188:18, 189:22, 190:7, 190:15, 202:24, 207:6, 207:17, 212:5, 218:5

**Olshan's** [1] - 210:20

**once** [4] - 244:25, 249:1, 249:16, 274:14

**One** [4] - 194:16, 201:11, 201:12, 254:24

**one** [41] - 194:16, 195:25, 197:21, 200:6, 202:22, 202:23, 203:15, 203:16, 203:20, 204:13, 206:16, 213:22, 214:4, 214:7, 214:8, 223:2, 224:10, 226:20, 230:15, 241:4, 247:20, 250:20, 252:18, 252:20, 253:10, 255:17, 257:5, 260:22, 261:14, 262:14, 263:3, 263:19, 264:3,

264:13, 266:14, 266:19, 266:23, 268:23, 269:18, 270:4

**one's** [2] - 223:1, 224:17

**online** [1] - 248:22

**onset** [1] - 198:20

**OPEN** [1] - 188:1

**open** [1] - 251:8

**opening** [2] - 273:24, 273:25

**operating** [6] - 233:17, 233:20, 234:5, 235:4, 235:14, 251:4

**operator** [1] - 246:14

**opinion** [17] - 192:9, 202:9, 202:13, 204:18, 204:21, 205:8, 206:1, 208:15, 209:17, 212:14, 213:5, 218:22, 220:4, 226:25, 227:1, 274:13

**opportunity** [2] - 201:24, 256:21

**opposed** [2] - 200:21, 253:24

**opposite** [1] - 238:9

**order** [2] - 202:12, 228:17

**original** [1] - 253:5

**outside** [1] - 244:20

**overall** [12] - 201:8, 203:7, 206:5, 207:22, 208:5, 208:19, 209:2, 212:17, 216:15, 220:1, 225:5, 225:8

**overview** [1] - 229:6

**own** [2] - 243:10, 243:23

**owner** [1] - 251:20

### P

**page** [26] - 198:24, 229:9, 231:19, 231:20, 231:24, 232:1, 232:13, 234:8, 234:11, 234:14, 234:20, 235:9, 235:18, 236:4, 236:9, 236:15, 236:21, 236:22, 236:23, 237:11, 237:12, 273:3, 273:9

**Page** [2] - 234:14, 235:9

**Page/Admit** [1] -

187:5

**part** [11] - 191:18, 210:25, 218:11, 221:12, 225:11, 225:14, 225:17, 231:18, 239:7, 264:5, 271:5

**particular** [21] - 190:22, 210:1, 231:8, 231:22, 233:9, 234:3, 234:23, 235:2, 235:10, 236:10, 236:21, 240:5, 247:19, 247:20, 256:4, 259:17, 263:24, 264:1, 264:11, 266:25, 271:2

**parties** [2] - 243:8, 243:22

**parts** [2] - 198:9, 248:21

**password** [1] - 254:18

**past** [2] - 201:25, 244:16

**path** [1] - 233:2

**patients** [11] - 191:22, 192:24, 219:13, 219:15, 219:24, 220:2, 222:4, 222:19, 224:15

**pay** [1] - 211:1

**pediatric** [4] - 189:2, 189:6, 190:4, 190:21

**Pediatrics** [1] - 194:23

**pediatrics** [3] - 189:5, 190:22, 190:25

**peer** [2] - 233:12

**peer-to-peer** [1] - 233:12

**penis** [4] - 197:14, 197:23, 197:24, 197:25

**Pennsylvania** [1] - 191:18

**percent** [14] - 196:2, 196:12, 196:18, 196:23, 196:25, 197:8, 197:10, 197:11, 198:15, 220:3, 220:7, 253:18, 253:20

**percentage** [6] - 192:23, 219:16, 219:17, 219:20, 220:12, 222:3

**percentile** [4] - 196:11, 196:15, 220:15, 220:17

**percentiles** [2] - 194:7, 195:23

**perhaps** [2] - 199:9, 240:12

**permission** [2] - 202:25, 206:22

**person** [2] - 201:16, 213:19

**personal** [2] - 190:15, 261:1

**personally** [9] - 260:5, 260:15, 261:25, 262:18, 263:4, 266:11, 269:8, 269:9, 270:23

**phallic** [1] - 199:2

**phallus** [1] - 200:7

**Philadelphia** [1] - 191:21

**photo** [1] - 213:18

**photograph** [24] - 192:10, 201:15, 210:12, 212:8, 212:12, 212:22, 213:1, 213:7, 213:13, 213:16, 214:9, 214:10, 214:19, 215:2, 215:7, 216:1, 216:5, 216:7, 216:20, 216:23, 216:25, 218:24

**Photograph** [11] - 187:12, 187:12, 187:13, 187:13, 187:14, 187:14, 187:15, 187:15, 187:18, 187:19, 187:20

**photographed** [1] - 226:21

**Photographs** [2] - 187:11, 187:11

**photographs** [13] - 199:9, 202:1, 209:24, 210:2, 210:10, 210:18, 211:9, 211:22, 218:1, 225:19, 225:22, 226:16, 237:23

**photography** [2] - 226:25, 227:1

**photos** [1] - 226:6

**physical** [1] - 192:6

**physician** [3] - 188:25, 189:5, 189:11

**physicians** [1] - 193:12

**picked** [1] - 197:20

**picture** [3] - 209:16, 233:6, 254:12

**pictured** [1] - 202:4
**pictures** [1] - 210:15
**place** [9] - 214:13, 243:13, 244:2, 253:4, 255:16, 269:5, 270:13, 270:14, 270:18
**placed** [2] - 190:16, 211:15
**places** [1] - 248:22
**Plaintiff** [1] - 186:5
**planning** [1] - 274:17
**play** [5] - 205:19, 261:17, 263:10, 264:19, 265:13
**played** [17] - 203:2, 203:22, 204:19, 204:25, 205:4, 205:24, 206:11, 207:19, 208:3, 208:13, 261:21, 263:1, 263:9, 263:17, 264:21, 265:14, 269:20
**played)** [2] - 208:22, 209:13
**Playing** [1] - 262:25
**playing** [1] - 207:7
**point** [4] - 202:14, 222:25, 223:16, 262:14
**points** [1] - 264:23
**population** [3] - 196:2, 220:1, 222:1
**pornography** [2] - 240:8
**portion** [7] - 195:14, 196:4, 203:21, 225:9, 232:1, 263:24, 272:19
**portions** [1] - 272:12
**Portland** [1] - 186:15
**position** [4] - 206:20, 246:8, 246:12, 246:13
**possess** [3] - 241:10, 243:10, 243:24
**possession** [3] - 248:7, 248:16, 249:9
**possibility** [1] - 242:12
**possible** [13] - 201:4, 228:23, 229:24, 238:20, 238:23, 238:25, 239:2, 240:12, 240:15, 252:12, 252:23, 253:1, 253:6
**Possible** [1] - 253:3
**possibly** [1] - 275:10
**posterior** [1] -

215:15
**potential** [4] - 230:6, 230:7, 232:20, 256:21
**Potentially** [1] - 241:20
**practice** [9] - 189:14, 191:16, 191:20, 195:2, 201:22, 220:5, 221:22, 222:7, 253:4
**practicing** [1] - 191:10
**predominance** [2] - 238:8, 238:9
**prefer** [1] - 204:22, 274:2
**Prepared** [1] - 186:25
**prepared** [1] - 190:7
**presence** [2] - 198:12, 200:24
**present** [1] - 200:25
**PRESENT** [1] - 188:1
**presentations** [1] - 221:10
**presented** [6] - 193:11, 202:2, 204:10, 204:12, 216:10, 226:18
**presently** [1] - 191:10
**preserve** [1] - 262:2
**Preteen** [1] - 234:19
**PreteenBoySex** [1] - 232:3
**pretty** [1] - 201:23
**previous** [5] - 214:21, 235:6, 258:12, 265:9, 265:11
**previously** [10] - 202:17, 202:19, 203:13, 205:16, 206:24, 207:9, 209:23, 231:12, 258:16, 262:4
**privacy** [2] - 262:2, 270:7
**probability** [1] - 193:8
**probable** [6] - 192:13, 195:19, 213:10, 217:20, 217:21, 253:3
**problem** [1] - 237:6
**problems** [2] - 189:12, 189:13
**proceed** [4] - 188:5, 188:20, 228:6, 245:18
**Proceeding** [1] - 275:20
**Proceedings** [1] -

186:11
**proceedings** [1] - 276:2
**process** [10] - 218:12, 231:16, 245:5, 253:18, 253:20, 254:9, 254:16, 254:17, 254:20, 263:12
**processing** [1] - 246:17
**production** [1] - 194:19
**professional** [3] - 202:9, 221:23, 274:13
**professor** [1] - 193:20
**profile** [6] - 230:14, 230:16, 230:25, 233:14, 233:15
**profiles** [1] - 230:15
**program** [3] - 191:20, 237:6, 237:8
**proper** [1] - 213:6
**propose** [3] - 242:25, 244:23, 272:2
**prosecutor's** [2] - 260:23, 266:25
**provide** [6] - 192:3, 193:7, 202:9, 202:13, 205:8, 210:21
**provided** [3] - 194:20, 194:21, 218:9
**proximal** [3] - 206:20, 213:20, 214:4
**proximate** [1] - 206:3
**pubertal** [34] - 192:19, 192:20, 193:4, 193:9, 194:6, 194:8, 195:19, 196:13, 197:19, 197:22, 198:25, 199:2, 200:5, 200:10, 203:8, 206:7, 208:5, 208:17, 208:18, 209:1, 216:14, 221:19, 222:4, 222:5, 222:11, 222:23, 223:3, 223:4, 223:7, 223:8, 223:9, 223:21, 223:24
**puberty** [6] - 189:11, 189:12, 192:25, 200:21, 207:21
**pubic** [30] - 196:1, 196:17, 196:24, 197:2, 197:4, 197:5, 197:14, 197:22, 198:10, 200:19, 200:25, 203:11,

212:16, 213:23, 214:1, 216:9, 216:11, 216:14, 217:16, 218:6, 218:8, 218:11, 218:20, 219:14, 219:18, 222:12, 222:15, 223:8
**published** [3] - 192:20, 194:23, 197:19
**pull** [2] - 229:9, 269:4
**purchased** [1] - 256:5
**purpose** [3] - 194:4, 231:10, 249:21
**purposes** [1] - 230:12
**Pursuant** [1] - 186:13
**put** [7] - 199:22, 227:23, 244:24, 252:10, 253:2, 253:16, 257:6

## Q

**quarters** [1] - 255:3
**questions** [17] - 219:3, 226:9, 227:7, 227:12, 228:12, 228:14, 229:11, 238:13, 238:18, 241:14, 252:1, 255:20, 256:17, 266:15, 267:4, 271:7, 271:10
**Questions** [1] - 255:21
**quick** [2] - 253:24, 253:25
**quickly** [1] - 211:17
**quite** [1] - 217:25

## R

**race** [1] - 223:25
**racial** [1] - 223:2
**raise** [4] - 188:10, 245:10, 257:15, 267:10
**Range** [1] - 221:25, 222:1
**range** [11] - 192:5, 192:16, 195:19, 201:5, 202:10, 220:16, 221:21, 221:24, 223:3, 223:24, 258:25

**ranges** [1] - 192:13
**rapidly** [1] - 196:15
**rate** [1] - 192:19
**rated** [1] - 198:11
**rather** [2] - 231:18, 234:7
**rating** [1] - 213:21
**ray** [1] - 201:13
**reach** [1] - 242:21
**reached** [1] - 209:1
**read** [2] - 243:1, 256:23
**Ready** [1] - 188:5
**really** [2] - 253:8, 273:24
**reason** [2] - 231:9, 252:20
**reasonable** [1] - 192:5
**rebuttal** [1] - 241:20
**recent** [2] - 201:25, 270:20
**recently** [1] - 190:11
**recess** [4] - 242:17, 271:20, 275:6, 275:19
**RECESS** [2] - 242:18, 271:22
**recognize** [3] - 247:12, 247:14, 269:13
**recollection** [1] - 264:9
**record** [12] - 188:17, 190:14, 207:1, 207:13, 210:23, 226:7, 227:10, 243:1, 245:16, 256:23, 267:17, 276:2
**recovered** [3] - 206:23, 229:7, 259:25
**recovery** [1] - 242:21
**Recross** [1] - 187:1
**recycle** [6] - 205:17, 240:22, 240:24, 241:5, 241:7, 241:9
**red** [2] - 214:16, 272:18
**Redacted** [1] - 187:21
**redacted** [2] - 190:14, 272:4
**Redirect** [2] - 187:1, 227:13
**REDIRECT** [1] - 255:24
**redirect** [3] - 241:16, 255:22, 267:5
**refer** [1] - 194:10
**reference** [5] - 195:2, 199:11, 209:18,

210:24, 218:11
**referred** [1] - 200:11
**referring** [7] -
206:15, 230:8,
234:24, 239:16,
251:3, 251:8
**Referring** [1] -
217:11
**reflected** [1] - 221:6
**refugees** [1] - 222:20
**refurbishing** [1] -
253:17
**regard** [3] - 208:17,
242:22, 273:3
**regarding** [3] -
210:14, 217:19,
218:16
**region** [4] - 208:19,
212:18, 219:14,
219:18
**Registered** [1] -
275:24
**regularly** [2] -
193:21, 200:9
**reinstalled** [1] -
234:6
**related** [2] - 222:4,
222:6
**relates** [2] - 197:20,
222:12
**relative** [1] - 201:10
**relatively** [1] -
196:14
**relevant** [2] - 194:5,
198:9
**reload** [1] - 231:18
**remember** [2] -
247:17, 248:4
**remembered** [1] -
272:6
**Remove** [1] - 219:6
**remove** [4] - 190:15,
218:6, 219:5, 253:4
**removed** [3] -
218:21, 252:22,
256:12
**render** [2] - 192:9,
204:18
**rephrase** [1] - 247:3
**Rephrase** [1] -
253:14
**replace** [1] - 242:13
**replacing** [1] -
249:15
**Report** [1] - 187:16
**report** [10] - 228:11,
228:13, 228:14,
228:16, 228:24,
229:10, 229:21,
229:22, 230:12,

239:19
**reported** [1] - 239:8
**Reporter** [4] -
186:24, 275:24,
275:25, 276:6
**representative** [1] -
194:24
**representing** [1] -
267:1
**represents** [1] -
196:10
**reproduction** [1] -
198:24
**required** [1] - 191:1
**resell** [1] - 256:13
**reset** [1] - 238:21
**residence** [2] -
255:11, 255:13
**residing** [1] - 207:8
**respect** [13] - 195:10,
212:11, 212:15,
213:5, 213:10,
213:17, 216:25,
218:14, 218:15,
218:18, 218:23,
232:8, 242:24
**rest** [1] - 271:19
**restate** [1] - 253:12
**restore** [1] - 253:5
**restricted** [1] -
189:14
**rests** [1] - 271:24
**result** [5] - 232:2,
232:12, 234:15,
235:19, 237:4
**resume** [5] - 190:11,
190:14, 190:20,
191:2, 191:3
**retrieve** [1] - 227:22
**return** [1] - 241:22
**review** [2] - 244:20,
244:24
**reword** [1] - 196:21
**Richard** [1] - 186:18
**Road** [2] - 244:9,
246:21
**Roger** [4] - 187:3,
245:9, 245:17, 275:11
**room** [2] - 255:17,
255:18
**rough** [1] - 220:17
**Roughly** [1] - 191:15
**Rule** [1] - 274:20
**rulings** [1] - 273:16
**run** [1] - 202:11
**running** [1] - 226:11
**runs** [2] - 203:15,
204:12

**S**

**satisfactory** [1] -
245:1
**Satisfactory** [1] -
245:2
**saw** [2] - 200:11,
263:23
**Scale** [25] - 192:12,
193:3, 193:7, 193:10,
193:19, 199:15,
209:20, 210:12,
212:11, 212:25,
213:17, 215:6,
215:21, 215:24,
216:6, 216:24, 217:2,
217:13, 220:25,
221:12, 221:15,
224:8, 224:21, 225:9,
225:13
**Scales** [2] - 193:21,
221:18
**Scaling** [8] - 194:11,
195:3, 198:3, 201:3,
201:16, 209:18,
212:15, 213:6
**scanner** [1] - 241:1
**Scansoft** [1] - 241:8
**scheduled** [1] -
242:1
**school** [3] - 189:24,
193:15, 193:16
**School** [2] - 189:25,
190:2
**Scot** [1] - 187:2
**screen** [20] - 195:13,
195:15, 198:2,
199:22, 212:7,
212:23, 213:14,
214:11, 215:3, 216:2,
216:21, 217:8, 219:5,
251:9, 254:8, 261:8,
262:14, 263:2,
263:19, 263:21
**scrotum** [2] - 200:8,
212:17
**Search** [1] - 229:23
**search** [17] - 229:25,
232:2, 232:8, 232:10,
232:12, 232:17,
234:15, 234:16,
234:18, 235:19,
235:21, 235:24,
236:3, 236:5, 244:11,
248:12
**searched** [1] - 236:7
**searches** [2] - 230:2,
244:6
**seated** [5] - 188:15,

228:3, 245:15,
257:20, 267:15
**second** [7] - 207:24,
226:4, 244:8, 262:10,
263:20, 273:5, 273:10
**seconds** [20] -
202:22, 202:23,
203:16, 203:17,
203:20, 204:13,
204:14, 204:15,
204:17, 205:19,
205:22, 209:10,
224:10, 261:15,
262:15, 263:3,
263:19, 265:1,
269:19, 270:2
**section** [3] - 190:22,
198:3, 207:25
**Section** [1] - 268:10
**Security** [1] - 190:16
**see** [27] - 191:22,
191:24, 192:24,
194:8, 195:13,
195:15, 199:23,
200:2, 200:6, 201:1,
201:22, 207:14,
210:4, 215:11, 218:7,
219:24, 220:2, 220:8,
220:22, 222:4,
222:17, 247:10,
253:16, 255:10,
263:10, 269:13, 273:1
**seeing** [1] - 201:20
**seem** [1] - 238:18
**selected** [1] - 207:5
**send** [1] - 244:23
**senior** [1] - 246:14
**sense** [3] - 191:20,
225:5, 268:2
**separate** [13] -
218:15, 237:19,
237:20, 255:3, 255:5,
255:10, 255:11,
255:13, 255:17,
255:18
**series** [13] - 200:16,
201:25, 202:1, 202:8,
209:23, 259:17,
259:20, 259:22,
259:23, 268:17,
268:18, 268:20,
268:24
**Serono** [1] - 194:22
**service** [1] - 249:1
**serviced** [1] - 251:24
**servicing** [3] -
249:22, 250:17,
251:16
**set** [2] - 238:20,
250:25

**seven** [1] - 248:5
**several** [4] - 218:9,
248:19, 248:22,
268:22
**shape** [2] - 225:10,
225:12
**shave** [6] - 218:6,
218:8, 219:18, 220:4,
220:8, 220:9
**shaved** [4] - 219:13,
220:19, 220:22,
220:23
**shaving** [1] - 219:22
**Sheriff's** [2] - 267:23,
268:7
**sheriff's** [1] - 270:15
**shirt** [1] - 214:16
**short** [3] - 205:18,
242:25, 265:13
**shortly** [1] - 249:9
**shot** [1] - 226:19
**show** [18] - 193:22,
198:13, 198:21,
200:13, 202:12,
202:17, 203:12,
204:8, 206:22, 207:6,
207:11, 207:24,
210:5, 210:16, 252:9,
254:7, 261:5, 269:11
**showed** [2] - 237:23,
271:1
**showing** [3] -
192:20, 199:6, 208:20
**shown** [2] - 209:16,
210:9
**shows** [4] - 195:22,
199:1, 240:4, 254:13
**side** [3] - 210:11,
211:13, 217:12
**SIDEBAR** [1] -
187:23
**signed** [1] - 257:5
**significance** [3] -
230:11, 232:21,
233:23
**significant** [6] -
192:23, 218:7,
220:14, 222:3, 225:9
**significantly** [1] -
225:12
**signify** [2] - 229:14,
232:8
**similar** [1] - 252:18
**Similarly** [1] - 239:3
**similarly** [1] - 239:13
**simplistic** [1] -
197:24
**simply** [1] - 244:23
**SINGAL** [1] - 186:13
**single** [3] - 251:13,

13

251:23, 263:2
**sink** [1] - 255:19
**site** [1] - 234:9
**sitting** [2] - 247:9, 247:10
**Six** [1] - 236:3
**six** [3] - 248:11, 248:12, 270:25
**size** [11] - 197:24, 200:7, 201:19, 204:3, 209:20, 225:10, 225:12, 225:16, 225:17, 225:20, 230:11
**skeletal** [1] - 201:12
**slide** [1] - 230:20
**slightly** [1] - 190:14
**slow** [3] - 226:12, 231:15, 259:13
**small** [3] - 260:23, 266:22, 267:1
**Social** [1] - 190:16
**software** [1] - 241:2
**solely** [1] - 221:17
**solemnly** [4] - 188:11, 245:11, 257:16, 267:11
**someone** [2] - 223:19, 231:7, 232:10
**Somerville** [1] - 246:21
**sometime** [2] - 233:21, 247:18
**sometimes** [2] - 202:11, 224:10
**sorry** [6] - 191:25, 197:9, 203:19, 206:25, 212:10, 216:12
**Sorry** [1] - 205:1
**sort** [1] - 250:13
**sound** [2] - 249:13
**source** [4] - 194:18, 199:9, 231:20, 233:11
**sourced** [1] - 233:7
**space** [9] - 229:15, 239:9, 239:10, 239:14, 239:18, 239:20, 239:21, 240:23, 241:6
**speaking** [2] - 228:12, 228:15
**Special** [8] - 258:5, 259:3, 261:17, 261:22, 264:19, 264:22, 266:9, 266:16
**specialist** [1] - 246:9
**specialize** [2] - 189:8, 258:22
**specialized** [1] -

189:5
**specializing** [1] - 189:6
**specialty** [2] - 189:1, 189:4
**specific** [5] - 201:11, 223:13, 228:14, 229:25, 237:14
**speed** [1] - 231:16
**spell** [2] - 257:21, 267:16
**spelling** [1] - 188:16
**spent** [1] - 221:4
**stage** [9] - 192:21, 194:6, 197:5, 197:14, 197:20, 197:23, 206:19, 209:1
**Stage** [10] - 196:1, 196:3, 196:17, 197:2, 197:4, 198:14, 200:5, 200:24, 201:2
**stages** [2] - 193:9, 194:9, 200:11, 200:13, 200:20, 200:21
**Staging** [5] - 192:18, 193:7, 193:12, 205:10, 205:12
**staging** [4] - 198:10, 198:11, 198:25
**stand** [1] - 275:6
**standard** [2] - 192:22, 194:24
**standardized** [1] - 194:3
**start** [5] - 202:24, 203:18, 204:15, 245:5, 251:8
**Start** [1] - 253:14
**starts** [2] - 261:14, 269:18
**State** [3] - 246:1, 246:8, 246:12
**state** [16] - 188:16, 213:24, 218:22, 225:4, 245:16, 246:13, 248:23, 252:14, 252:16, 252:17, 256:2, 256:6, 256:10, 256:11, 257:21, 267:16
**statement** [1] - 204:5
**states** [3] - 191:16, 243:7, 243:16
**STATES** [2] - 186:1, 186:4
**States** [6] - 186:14, 186:19, 222:8, 260:25, 275:25
**stating** [1] - 214:3

**statistical** [2] - 193:8, 193:10
**status** [8] - 192:19, 193:5, 200:10, 203:8, 208:5, 220:14, 221:19, 222:6
**stay** [1] - 246:2
**stayed** [1] - 191:19
**stenography** [1] - 186:25
**step** [5] - 227:15, 241:17, 256:18, 267:6, 271:11
**sticker** [1] - 252:21
**stickies** [1] - 210:23
**still** [16] - 191:20, 202:1, 202:8, 206:9, 213:5, 214:23, 218:19, 218:21, 220:18, 222:18, 224:10, 228:3, 253:23, 261:3, 261:6, 265:18
**stills** [2] - 202:4, 223:20
**stipulated** [3] - 243:7, 243:17, 243:21
**Stipulation** [3] - 187:17, 187:17, 187:18
**stipulation** [5] - 242:22, 243:5, 243:16, 257:5
**stipulations** [6] - 242:12, 242:24, 244:13, 244:23, 245:7, 256:23
**stop** [3] - 202:14, 207:18, 261:18
**stopped** [2] - 237:5, 237:7
**stored** [4] - 229:17, 230:6, 250:18
**Street** [2] - 186:15, 246:11
**stretch** [1] - 233:5
**strike** [1] - 194:17
**string** [1] - 233:3
**structure** [1] - 229:8
**students** [2] - 193:21, 200:24
**stuff** [2] - 223:6, 253:4
**subject** [2] - 241:19, 242:3
**submission** [1] - 264:6
**submit** [1] - 243:1
**subspecialty** [1] - 191:1

**suddenly** [1] - 237:5
**suggest** [1] - 241:9
**suggestive** [1] - 240:7
**supine** [1] - 203:25
**support** [2] - 226:7, 246:9
**supposed** [1] - 254:3
**surface** [1] - 253:25
**surfing** [1] - 229:19
**surplus** [7] - 248:23, 252:14, 252:17, 252:23, 256:3, 256:6
**swear** [4] - 188:11, 245:11, 257:16, 267:11
**system** [7] - 233:17, 233:20, 234:5, 235:5, 235:14, 249:16, 249:18, 251:4, 253:6

## T

**table** [2] - 223:19, 227:23
**tag** [1] - 252:17
**Tammy** [1] - 273:17
**Tampa** [1] - 268:4
**Tanner** [79] - 192:12, 192:18, 193:3, 193:7, 193:10, 193:12, 193:19, 193:21, 194:11, 195:3, 196:2, 197:19, 198:3, 198:12, 199:1, 199:12, 199:13, 199:15, 200:24, 201:2, 201:3, 201:16, 203:9, 203:10, 204:1, 204:2, 205:10, 205:11, 205:12, 206:4, 206:5, 206:8, 206:14, 206:16, 207:21, 208:7, 209:18, 209:20, 210:12, 210:20, 212:11, 212:15, 212:16, 212:25, 213:4, 213:6, 213:17, 213:24, 213:25, 214:2, 214:13, 214:20, 215:5, 215:13, 215:20, 215:24, 216:6, 216:10, 216:11, 216:12, 216:13, 216:24, 217:1, 217:12, 217:16, 220:25, 221:12, 221:15, 221:18,

224:5, 224:8, 224:21, 225:9, 225:13
**tape** [6] - 202:19, 203:15, 204:10, 261:13, 261:16, 269:18
**teach** [3] - 193:21, 200:23
**teenagers** [1] - 218:6
**ten** [6] - 191:24, 242:17, 260:12, 260:14, 260:16, 271:20
**ten-minute** [2] - 242:17, 271:20
**term** [4] - 234:18, 235:21, 236:7, 236:25
**terms** [1] - 222:1
**terribly** [1] - 238:11
**testes** [2] - 197:15, 197:21
**testified** [1] - 238:25
**testify** [10] - 242:1, 243:9, 243:13, 243:23, 244:2, 244:5, 244:10, 244:15, 244:22, 274:12
**testimony** [12] - 188:11, 218:10, 220:9, 228:9, 240:20, 242:6, 242:13, 242:23, 244:16, 245:11, 257:16, 267:11
**testing** [1] - 201:11
**THE** [117] - 186:13, 188:2, 188:5, 188:7, 188:10, 188:14, 188:15, 188:18, 188:20, 190:18, 191:8, 195:8, 199:20, 203:1, 205:20, 205:23, 209:4, 211:2, 211:24, 212:1, 215:16, 215:20, 217:23, 219:4, 219:8, 223:12, 226:4, 226:8, 226:11, 226:14, 227:6, 227:9, 227:13, 227:15, 227:18, 227:19, 227:20, 227:24, 228:2, 228:4, 228:6, 230:19, 238:14, 241:13, 241:15, 241:17, 241:18, 241:19, 241:22, 241:24, 242:4, 242:8, 242:10, 242:15, 242:17, 242:19, 243:3,

243:18, 243:20,
245:2, 245:6, 245:10,
245:14, 245:15,
245:17, 246:4, 252:3,
253:14, 255:21,
255:23, 256:18,
256:19, 257:1, 257:3,
257:12, 257:15,
257:19, 257:20,
257:23, 259:12,
267:6, 267:7, 267:10,
267:14, 267:15,
267:18, 268:25,
271:9, 271:11,
271:12, 271:13,
271:20, 271:23,
272:1, 272:5, 272:8,
272:14, 272:18,
272:22, 272:24,
273:1, 273:15,
273:19, 273:22,
273:25, 274:3, 274:7,
274:10, 274:14,
274:19, 274:23,
274:25, 275:3, 275:6,
275:9, 275:15, 275:18
   **themselves** [1] -
244:20
   **Theodore** [1] -
186:20
   **therefore** [1] -
214:21
   **therein** [1] - 202:10
   **thesis** [1] - 221:9
   **they've** [2] - 220:19,
220:23
   **thinking** [1] - 255:12
   **thinks** [1] - 253:10
   **third** [4] - 196:11,
265:7, 273:6, 273:10
   **Three** [2] - 240:24,
240:25
   **three** [29] - 196:1,
196:8, 196:10,
196:12, 196:18,
196:25, 197:8,
197:11, 197:13,
197:20, 198:6,
198:14, 208:14,
217:8, 224:19,
231:24, 240:21,
241:1, 242:13, 243:5,
249:5, 258:19,
260:20, 263:14,
264:22, 265:2, 265:8,
273:4
   **thyroid** [1] - 189:10
   **tissue** [1] - 198:13
   **today** [4] - 214:23,
244:22, 274:4, 274:6

   **together** [2] - 226:9,
269:10
   **toilet** [1] - 255:19
   **Tomorrow** [1] -
273:22
   **tomorrow** [8] -
242:1, 242:7, 273:18,
273:21, 274:8,
274:18, 275:6, 275:16
   **Tonight** [2] - 273:19,
273:20
   **took** [1] - 249:9
   **tool** [2] - 192:12,
192:16
   **Top** [1] - 236:4
   **top** [5] - 194:22,
199:25, 235:9, 236:9,
237:12
   **total** [2] - 209:15,
212:18
   **totality** [1] - 264:10
   **toward** [1] - 246:4
   **towards** [1] - 194:6
   **tower** [1] - 247:8
   **town** [4] - 245:21,
260:23, 266:23, 267:1
   **training** [3] - 191:18,
192:2, 201:21
   **Transcript** [3] -
186:11, 187:21, 273:2
   **transcript** [4] -
272:4, 272:7, 272:8,
276:2
   **transcription** [1] -
186:25
   **treat** [1] - 189:17
   **treatment** [1] -
189:15
   **trial** [5] - 243:5,
243:9, 243:23, 257:6,
264:3
   **Trial** [2] - 186:7,
243:16
   **TRIAL** [1] - 186:13
   **trip** [1] - 271:13
   **trouble** [2] - 249:14,
250:1
   **troubleshooting** [2]
- 249:2, 249:10
   **True** [1] - 254:10
   **true** [9] - 191:3,
203:10, 218:5,
219:14, 222:10,
223:23, 240:3, 253:11
   **truth** [12] - 188:12,
188:13, 245:12,
245:13, 257:17,
257:18, 267:12,
267:13
   **try** [3] - 226:11,

253:5, 270:6
   **trying** [1] - 197:1
   **Tucson** [1] - 273:18
   **Tufts** [1] - 193:20
   **turn** [6] - 212:4,
212:20, 213:12,
215:1, 216:1, 217:5
   **Turn** [5] - 214:9,
216:17, 232:13,
234:8, 234:20
   **Turning** [5] - 231:24,
235:18, 236:4, 236:9,
236:22
   **two** [27] - 194:10,
194:14, 194:15,
197:5, 198:12,
209:12, 213:17,
221:6, 221:10, 232:7,
232:11, 232:12,
235:24, 242:23,
243:16, 248:9, 249:5,
257:8, 260:19,
261:22, 262:15,
262:22, 263:7, 265:5,
265:15, 265:18
   **type** [9] - 230:9,
230:10, 237:2, 237:3,
237:16, 238:4,
254:18, 258:20
   **types** [1] - 232:18
   **typical** [1] - 189:20
   **typically** [1] - 191:22

---

# U

   **unable** [1] - 215:23
   **unallocated** [18] -
206:23, 207:12,
207:25, 209:7,
228:20, 229:2, 229:8,
232:14, 233:25,
235:5, 239:6, 239:10,
239:14, 239:19,
239:20, 240:17,
240:19, 241:6
   **uncovered** [1] -
271:5
   **under** [6] - 198:14,
209:4, 215:18, 228:3,
235:14, 244:22
   **Under** [2] - 229:13,
233:14
   **Understood** [1] -
241:24
   **UNITED** [2] - 186:1,
186:4
   **United** [6] - 186:14,
186:19, 222:8,
260:24, 275:25

   **University** [3] -
189:23, 189:25, 190:1
   **unusual** [2] - 238:5,
238:11
   **up** [14] - 189:18,
189:19, 203:23,
205:2, 208:25,
221:24, 229:9,
231:15, 231:16,
249:19, 249:20,
250:25, 251:15,
254:12
   **updated** [2] - 190:11,
190:25
   **updating** [1] - 190:23
   **URL** [4] - 231:2,
231:25, 232:25,
234:21
   **User** [1] - 251:1
   **user** [19] - 229:20,
230:16, 230:25,
231:8, 231:11,
231:22, 233:3, 233:8,
234:2, 234:6, 238:21,
239:11, 250:25,
251:2, 251:9, 251:13,
251:17, 251:23,
254:13
   **user's** [1] - 234:4
   **user.dmp** [3] -
236:25, 239:15,
239:22
   **utilize** [5] - 192:12,
192:15, 194:17,
195:18, 201:4

---

# V

   **variation** [4] -
222:10, 222:13,
224:2, 224:3
   **various** [2] - 193:9,
218:14
   **verify** [2] - 210:22,
252:21
   **versus** [2] - 186:7,
228:21
   **VHS** [5] - 202:19,
203:15, 204:10,
243:11, 243:25
   **victims** [9] - 260:10,
261:2, 264:4, 266:11,
266:22, 266:24,
268:22, 269:7, 270:4
   **video** [37] - 192:10,
201:15, 202:1, 202:8,
202:11, 205:16,
205:20, 205:21,
206:2, 207:12,

208:20, 209:7,
209:11, 218:19,
218:23, 220:18,
223:20, 224:9,
237:17, 241:4,
243:14, 244:3, 250:9,
250:13, 261:3, 261:5,
262:25, 263:3,
263:10, 263:24,
264:1, 264:13, 265:1,
269:12, 269:14, 271:2
   **Video** [24] - 187:7,
187:8, 187:8, 187:9,
187:9, 203:2, 203:22,
204:19, 204:25,
205:4, 205:24,
206:11, 207:19,
208:3, 208:13,
208:22, 209:13,
261:21, 263:1, 263:9,
263:17, 264:21,
265:14, 269:20
   **videos** [7] - 202:4,
206:22, 209:22,
240:17, 259:25,
261:19, 264:3
   **videotape** [1] -
202:19
   **videotapes** [3] -
243:11, 243:25, 257:9
   **view** [10] - 201:25,
205:2, 206:4, 209:11,
215:14, 215:15,
224:16, 233:9, 261:8,
269:21
   **viewed** [2] - 203:21,
237:20
   **viewing** [2] - 207:9,
234:3
   **viewpoint** [1] -
255:11
   **violations** [1] - 259:1
   **visit** [4] - 231:21,
232:7, 236:10, 236:19
   **visited** [6] - 229:6,
231:3, 231:8, 231:12,
231:22
   **visiting** [1] - 234:3
   **visitor** [1] - 230:9
   **visits** [3] - 236:2,
236:3, 237:18
   **visualized** [1] - 204:6
   **Vitae** [1] - 187:5
   **vitae** [1] - 190:7
   **vogue** [1] - 218:6
   **volume** [2] - 197:15,
197:21

## W

**Wait** [1] - 227:6
**walk** [1] - 255:15
**wants** [1] - 274:12
**warrant** [1] - 235:25
**watch** [1] - 241:23
**watched** [1] - 265:9
**Web** [6] - 229:20, 231:3, 231:20, 236:15, 237:4, 237:5
**website** [7] - 231:8, 231:23, 236:10, 236:14, 236:15, 240:13, 240:14
**websites** [2] - 231:12, 240:7
**Wednesday** [1] - 275:20
**week** [2] - 191:25
**weeks** [2] - 229:5, 235:24
**west** [1] - 268:4
**whole** [5] - 188:12, 245:12, 254:3, 257:17, 267:12
**Wide** [1] - 229:20
**wider** [1] - 258:25
**Windows** [2] - 251:4, 251:6
**Windsor** [1] - 245:22
**wipe** [1] - 254:3
**wiped** [1] - 256:8
**Wisconsin** [3] - 260:13, 260:25, 267:2
**WITNESS** [15] - 188:14, 188:18, 227:19, 228:4, 241:18, 241:24, 245:14, 245:17, 256:19, 257:19, 257:23, 267:7, 267:14, 267:18, 271:12
**witness** [10] - 211:2, 219:3, 241:19, 242:10, 243:9, 243:23, 244:24, 264:15, 275:7, 275:10
**Witness** [1] - 187:1
**witnesses** [12] - 242:13, 242:23, 244:15, 244:18, 244:20, 256:21, 256:22, 271:16, 274:4, 274:5, 275:9, 275:14
**WOLFF** [30] - 188:3, 227:25, 228:5, 228:8,

230:21, 238:12, 241:11, 241:16, 241:20, 241:25, 242:9, 257:13, 258:1, 259:11, 259:14, 259:15, 264:13, 264:18, 266:14, 267:5, 267:8, 267:20, 269:3, 269:16, 269:23, 271:7, 271:14, 271:21, 271:24, 275:1
**Wolff** [3] - 186:19, 207:3, 271:23
**wondering** [1] - 254:11
**word** [2] - 224:1, 229:25
**words** [4] - 196:20, 229:25, 233:8, 241:23
**World** [1] - 229:20
**write** [7] - 212:25, 213:3, 213:16, 215:5, 215:9, 216:5, 216:23
**writing** [2] - 211:13, 211:15
**written** [1] - 242:24
**wrote** [3] - 214:18, 215:10, 216:8

## X

**x-ray** [1] - 201:13

## Y

**year** [3] - 190:1, 191:19, 248:9
**years** [47] - 191:15, 193:13, 196:3, 196:13, 196:23, 197:7, 197:9, 197:10, 197:12, 198:16, 201:21, 202:5, 203:4, 203:8, 203:25, 205:13, 206:6, 206:17, 206:18, 207:23, 208:8, 208:15, 209:17, 212:19, 213:11, 214:5, 214:22, 215:12, 215:23, 216:16, 217:4, 218:24, 224:17, 225:7, 245:24, 248:6, 248:11, 248:12, 248:19, 248:20, 249:23, 258:8, 258:19, 264:4, 268:8

**yellow** [1] - 252:17
**yesterday** [9] - 228:10, 228:22, 230:15, 230:18, 230:22, 232:20, 233:19, 237:23, 238:25
**young** [1] - 212:15
**younger** [3] - 197:9, 197:11, 250:14
**yup** [1] - 254:15
**Yup** [1] - 193:25