```
 1                UNITED STATES DISTRICT COURT

 2                     DISTRICT OF MAINE

 3      _____

 4      UNITED STATES OF AMERICA,        CRIMINAL ACTION

 5             Plaintiff           Docket No:  2:10-CR-62-GZS

 6

 7         -versus-                      Trial Day #4

 8

 9      MATTHEW G. CLARK,

10             Defendant
        _____
11
                     Transcript of Proceedings
12

13      Pursuant to notice, the above-entitled matter came on
        for TRIAL held before THE HONORABLE GEORGE Z. SINGAL,
14      United States District Judge, in the United States
        District Court, Edward T. Gignoux Courthouse, 156
15      Federal Street, Portland, Maine on the 27th day of
        January, 2011 at 3:00 PM as follows:
16

17      Appearances:

18      For the Government: Richard W. Murphy, Esquire

19                          Craig M. Wolff, Esquire
                            Assistant United States Attorneys
20
        For the Defendant:  Theodore G. Fletcher, Esquire
21

22

23
                      Dennis R. Ford
24               Official Court Reporter

25         (Prepared from manual stenography and
                computer aided transcription)
```

```
 1                (OPEN COURT. DEFENDANT PRESENT)
 2            THE COURT:  We are here on criminal docket
 3    10-62 P-S, United States of America versus Matthew G.
 4    Clark.  I'm here to return the verdict.
 5        Counsel, please enter your appearance.
 6            MR. WOLFF:  Good afternoon, Your Honor.  Craig
 7    Wolff and Richard Murphy for the United States.
 8            MR. FLETCHER:  Theodore G. Fletcher for the
 9    defendant Matthew Clark.
10            THE COURT:  Counsel, I've reviewed the
11    testimony and the exhibits.  I've prepared findings of
12    fact which I will docket following the verdict in this
13    case.
14        The Court finds the following verdict.  With
15    regard to Count 1, possession of child pornography, I
16    find the defendant Matthew G. Clark guilty.
17        With regard to Count 2, possession of child
18    pornography involving the computer, I find the
19    defendant Matthew Clark guilty.
20        Bail issues, Mr. Wolff.
21            MR. WOLFF:  Your Honor, under the Bail Reform
22    Act this is a mandatory remand case.
23            MR. FLETCHER:  Your Honor, Mr. Clark has asked
24    me to ask for bail.  I understand the appropriate
25    section 3147 does ask for bail before sentence.
```

1   His mother apparently, as you may have seen here,
2   is quite infirmed.  She relies on Mr. Clark to heat her
3   house in the sense that it's necessary for Mr. Clark to
4   be there to do so.
5   THE COURT:  All right.  Mr. Clark, I am
6   ordering you detained pending sentencing in this case.
7   I order the preparation of the customary Presentence
8   Investigation Report.
9   Is there anything else, Mr. Wolff?
10  MR. WOLFF:  No, Your Honor.  Thank you.
11  THE COURT:  Mr. Fletcher, anything?
12  MR. FLETCHER:  No, Your Honor.  I'm just
13  wondering what kind of schedule you'll be looking at
14  for --
15  THE COURT:  You're free to talk to the
16  probation officer and they will give you a pretty
17  reasonable estimate of the amount of time needed.
18  MR. FLETCHER:  I would also note that if it
19  would be possible for Mr. Clark to be held in
20  Cumberland County, it would be certainly more
21  convenient for counsel to meet with him.
22  THE COURT:  I'm sure the Assistant United
23  States Attorney will see what they can do.  Thank you.
24  We are in recess.
25  MR. MURPHY:  Thank you.

```
 1            (END OF PROCEEDING)
 2         C E R T I F I C A T I O N
 3   I, Dennis R. Ford, Registered Merit Reporter and
 4   Official Court Reporter for the United States District
 5   Court, District of Maine, certify that the foregoing is
 6   a correct transcript from the record of proceedings in
 7   the above-entitled matter.
 8   Dated:  June 7, 2011
 9            /s/ Dennis R. Ford
10            Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```