# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA      ) | |
| ) | |
| v.                            ) | Criminal No. 2:10-cr-00062-GZS |
| ) | |
| MATTHEW CLARK                 ) | |
| ) | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a Redaction Request shall be filed directly with the Court Reporter/Transcriber for the transcript of trial proceedings held on January 25, 2011. Notice will be filed within twenty-one days from the filing of the transcript.

                Respectfully submitted,

                THOMAS E. DELAHANTY II
                UNITED STATES ATTORNEY


                /s Craig M. Wolff
                Craig M. Wolff
                Assistant United States Attorney

Dated: July 20, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2011, I electronically filed the foregoing **Notice of Intent to Request Redaction** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Theodore G. Fletcher, Esq.**
law@tgfletcher.us

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY

 /s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov