SCANNED

Matthew Clark

vs.                                               2:10-cr-00062-GZS

United States of America

<u>Response to Recommendation</u>

There are several things wrong with the Recommendations so I am requesting all to be thrown out.

On his page 5 paragraph 2 that this petition is not a substitute for an appeal, I'm saying that it is if the Appellette Counsel refuses to appeal items that are not in Trial transcripts even when told to by client and client was told to do these things in a 2255 which he did and I have written letters to prove. So is he saying that my Appellette Counsel was also ineffective? He is!

<u>Ground I</u>: For a Statute of Limitations he uses the Adam Welch Act to justify there is none. He overlooked an important issue, if as the government claims they came in from another state in 1992, then the Statute of Limitations had run out on them years before the Adam Walsh Act of 2006. Since it wasn't backdated, then my claim should stand.

To my knowledge I signed nothing that stipulated where the Harddrive and tapes came from. In fact the Harddrive came from State Auctions.

The First Circuit set it's own precedents, the actual pictures must cross state lines by me. Lewis 554 F.3d at 213. Also 2252A says I must knowingly mail or transport across state lines. Judge said (I think)

Ground II: Recommendation page 10, para. 2, #1
This is not even close to being right. I stated that pictures were taken of things removed from my apartment and never turned over to the Defense. Any pictures taken of property while under a Search Warrant are evidence and must be given to the Defense. This is not vague. It is explained thoroughly in my rebuttal to the Government's Responce to the 2255 if it was read.

#2 Yes, Statements from Mrs Worley and Fraser were withheld. Plainly state in Grounds 2 & 3 of Rebuttal.

#3 Destroyed Video camera & tape removed.

#4 Search tape destroyed.

#5 Detective sit a table.

All the things were clearly explained in my 2255 and my Rebuttal. Maybe someone should re-read it.

Yes tried to bring these own in Appeal but told by Counsel it couldn't be done.

Ground III: As I said in the 2255, I tried to get this stuff on Appeal but the assigned Attorney said I couldn't. Worley said in her original statement her Co Worker called her over, this says they weren't together so Worley couldn't have known where things were found unless told so, it is second hand information and she lied when she, Worley said she found them. That is Perjury and the Prosecutors knew about.

Page 14 of recommendation contradicts itself, and says I was in unallowed space.

I won't try to explain the clocks on a computer. One you can see in bottom right corner and one you can't. The Biological Clock is the one he lied about, even a child knows if you remove the battery from a digital clock it resets to 1200, this expert didn't.

Yes he did say, (the FBI Expert) he checked all the DVD's in evidence against the originals but this is impossible, Not only were some destroyed but in the response to this 2255 by the Government, they said he didn't so he lied.

The VCR Tape that Fraser destroyed had on it her saying twice about my living quarters being seperate. She only changed her testimony after ADA Wright took over the case. She knew it was seperate so she had no "good faith" to search it. The VCR Tape also shows an outside entrance, a locked door between the two apartments. Also shows a Kitchen, Living Room, 2 Bedrooms and ½ Bath, alot more than a Bedroom.

The issue of seperate living quarters was Never adressed as AUSA Murphy stopped it in State court and it should've been heard as per Ground 6 of this 2255.

Ground #4: Even I know you can't search for something unless it is on a Search Warrant. Clearly, by statements by Worley and Det. McFetridge, they stated they searched for Child Pornography before a Search Warrant for it was obtained. This is against the 4th Amendment.

Ground #5: If a Law Officer Interrogates a person with a hidden mic without just cause and given No Miranda Rights he is in Violation of Miranda. Even a woman sitting on her Couch during a Search is required such.

Ground #6: Maybe these people should read more, as I said I filed a seperate motion that had nothing to do with my mother's Case. Even the Case number was different. Proof is in the State Court Records where Judge Horton of Lincoln County Superior Court ordered it so. The problem is these

people are scared that if I get them records that I can prove all I have said.

Ground #7: I have told that Court several things that are in the State Court paperwork. Many things that would have the First Search Warrant thrown out on my behalf which the Government has tried to hide and the Attorney wouldn't do or forgot to do. Yes the attorney should've gotten all the paperwork and checked into other things that were wrong.

Ground #8: Sound Strategy is alot different than I don't wanna piss of the judge.

Ground #9: Regardless of the Conflict of Interest according to the law it must be reported by the Attorney and a Hearing must be heald on it. He thought I was a Homosexual and I'm Not but even the thought discussed him therefore interfering with his doing his job. He talked my case over with his best friend, my ex probation officer who violated me. He should've reported it and stepped aside. I did report this to my Appellette counsel and he said it couldn't be brought up in the Appeal.

Ground 10: Actually I had no idea about this until I read some legal paperwork here. United States v. Kimbrough 69 F.3d 1420 5th Cir. As I said before, this place withheald all my Appeal things and I never saw them.

Ground 11: As I said the Trial in Lincoln County in 1984 I was found Not guilty. The Government must Verify everything they use to enhance a sentence and they didn't so therefore they can use none of it. Not to mention that Judge alone can't impose the Mandatory minimum according to Alleyne v. U.S.

He also raised the mandatory minimum with facts that he alone determined. This is also wrong according to the Supreme Court.

In conclusion, there is nothing vague in my description for the grounds for which I am seeking relief. I have also made it plain to any reasonable what I need and why I need them from the Maine Courts. I also a few months ago sent a Judicial Notice to the Court which I'm including another copy here.

Facts are as follows, I must myself transport pictures across state lines for Interstate Commerce to be involved. A witness cannot testify to something she did not find or do, her co worker called her over and told her what she said she found. Second Hand Testimony is not allowed. Evidence was clearly withheld by the Government and some destroyed. Miranda Rights should have been given. All motions whether they be State or Federal must be heard within a reasonable length of time, since it was never heard it is way too long. Many things this recommender said should've been taken care of in Court or on Appeal, this is Counsels job and he didn't do it so therefore ineffective assistance applies. Conflict of interests must be reported to Court by Counsel, he didn't. Judge alone can not set Mandatory Minimum and Government must confirm all they use.

I swear this is true to the best of my knowledge.

Matthew Clas
14 Apr 2014