UNITED STATES DISTRICT COURT
District of Maine

| MATTHEW G. CLARK, | ) | |
|---|---|---|
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 2:10-cr-00062-GZS No. 2:13-cv-00332-GZS |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant | ) ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 25, 2014, his Recommended Decision (ECF No. 124). Plaintiff filed his Objection to the Recommended Decision (ECF No. 125) on April 14, 2014. In addition, Plaintiff filed A Response to the Recommended Decision (ECF No.126) on April 18, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion under 28 U.S.C. § 2255 is **DISMISSED**.

3. It is hereby **ORDERED** that no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal_____
U.S. District Judge

Dated this 14th day of May, 2014.