

## Inmate Statement

PRINT

| Inmate Reg #: | 06105036 | Current Institution: | Marion USP |
|---|---|---|---|
| Inmate Name: | CLARK, MATTHEW | Housing Unit: | MAR-G-A |
| Report Date: | 07/08/2014 | Living Quarters: | G01-016L |
| Report Time: | 10:16:02 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MAR | 7/1/2014 6:25:04 AM | 2 | | | Sales | ($5.45) | | $0.32 |
| MAR | 6/18/2014 6:26:39 AM | 9 | | | Sales | ($13.25) | | $5.77 |
| MAR | 6/11/2014 6:27:23 AM | 15 | | | Sales | ($28.25) | | $19.02 |
| MAR | 6/5/2014 1:22:08 PM | NFRP0614 | | | FRP Quarterly Pymt | ($25.00) | | $47.27 |
| MAR | 6/5/2014 1:20:57 PM | NIPP0514 | | | Payroll - IPP | $68.80 | | $72.27 |
| MAR | 5/29/2014 6:29:30 AM | 13 | | | Sales | ($11.90) | | $3.47 |
| MAR | 5/21/2014 6:23:35 AM | 9 | | | Sales | ($20.10) | | $15.37 |
| MAR | 5/14/2014 6:29:58 AM | 12 | | | Sales | ($24.50) | | $35.47 |
| MAR | 5/7/2014 11:43:15 AM | NIPP0414 | | | Payroll - IPP | $58.80 | | $59.97 |
| MAR | 5/7/2014 6:33:53 AM | 18 | | | Sales | ($6.35) | | $1.17 |
| MAR | 4/30/2014 6:43:36 AM | 17 | | | Sales | ($19.95) | | $7.52 |
| MAR | 4/23/2014 6:35:04 AM | 13 | | | Sales | ($14.40) | | $27.47 |
| MAR | 4/16/2014 6:49:03 AM | 20 | | | Sales | ($19.00) | | $41.87 |
| MAR | 4/9/2014 6:50:38 AM | 35 | | | Sales | ($26.40) | | $60.87 |
| MAR | 4/8/2014 8:26:03 AM | NIPP0314 | | | Payroll - IPP | $83.80 | | $87.27 |
| MAR | 4/2/2014 6:53:37 AM | 20 | | | Sales | ($18.30) | | $3.47 |
| MAR | 3/17/2014 6:42:12 AM | 10 | | | Sales | ($14.70) | | $21.77 |
| MAR | 3/6/2014 1:34:53 PM | NFRP0314 | | | FRP Quarterly Pymt | ($25.00) | | $36.47 |
| MAR | 3/6/2014 1:34:21 PM | NIPP0214 | | | Payroll - IPP | $57.85 | | $61.47 |
| MAR | 3/4/2014 6:37:12 AM | 13 | | | Sales | ($20.35) | | $3.62 |
| MAR | 2/10/2014 6:29:47 AM | 18 | | | Sales | ($34.40) | | $23.97 |
| MAR | 2/7/2014 6:05:45 PM | TL0207 | | | TRUL Withdrawal | ($2.00) | | $58.37 |
| MAR | 2/7/2014 9:45:13 AM | NIPP0114 | | | Payroll - IPP | $58.80 | | $60.37 |
| MAR | 1/21/2014 6:32:50 AM | 4 | | | Sales | ($32.60) | | $1.57 |
| MAR | 1/13/2014 1:00:04 PM | 36 | | | Sales | ($24.90) | | $34.17 |
| MAR | 1/6/2014 10:05:25 AM | NIPP1213 | | | Payroll - IPP | $58.80 | | $59.07 |
| MAR | 1/6/2014 6:28:34 AM | 7 | | | Sales | ($1.50) | | $0.27 |
| MAR | 12/17/2013 6:29:32 AM | 4 | | | Sales | ($7.00) | | $1.77 |
| MAR | 12/10/2013 9:12:28 AM | 61 | | | Sales | ($19.55) | | $8.77 |
| MAR | 12/9/2013 8:57:09 AM | NFRP1213 | | | FRP Quarterly Pymt | ($25.00) | | $28.32 |
| MAR | 12/9/2013 8:56:33 AM | NIPP1113 | | | Payroll - IPP | $53.20 | | $53.32 |
| MAR | 12/3/2013 6:27:45 AM | 4 | | | Sales | ($4.20) | | $0.12 |

| | | | | | |
|---|---|---|---|---|---|
| MAR | 11/19/2013 6:36 30 AM | 8 | Sales | ($13.30) | $4.32 |
| MAR | 11/12/2013 6:47.34 AM | 6 | Sales | ($44.75) | $17.62 |
| MAR | 11/7/2013 1:36 09 PM | NIPP1013 | Payroll - IPP | $61.60 | $62.37 |
| MAR | 10/28/2013 6:31:36 AM | 3 | Sales | ($1.60) | $0.77 |
| MAR | 10/21/2013 6:25:22 AM | 4 | Sales | ($11.40) | $2.37 |
| MAR | 10/15/2013 6:24 08 AM | 7 | Sales | ($41.19) | $13.77 |
| MAR | 10/10/2013 1:14:47 PM | NIPP0913 | Payroll - IPP | $54.45 | $54.96 |
| MAR | 10/7/2013 6:30 15 AM | 3 | Sales | ($4.25) | $0.51 |

1

**Total Transactions: 40**

|  |  |  |
|---|---|---|
| **Totals:** | ($4.44) | $0.00 |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MAR | $0.32 | $0.00 | $0.00 | $0 00 | $0.00 | $0.00 | $0 00 | $0.32 |
| **Totals:** | **$0.32** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.32** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $328 05 | $386.80 | $24.51 | $47.27 | $10.51 | N/A | N/A |